HAMILTON CANDEE (Cal. SBN 111376)
BARBARA JANE CHISHOLM (Cal. SBN 224656)
ELIZABETH VISSERS (Cal. SBN 321365)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: hcandee@altber.com; bchisholm@altber.com; evissers@altber.com

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

GLEN H. SPAIN (Cal. SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
Email: fish1ifr@aol.com

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; GOLDEN STATE SALMON ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INC.; DEFENDERS OF WILDLIFE; and BAY.ORG d/b/a THE BAY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce; CHRIS OLIVER, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; NATIONAL MARINE FISHERIES SERVICE; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; AURELIA SKIPWITH, in her official capacity as Director, U.S. Fish and Wildlife Service; U.S. FISH AND WILDLIFE SERVICE; BRENDA BURMAN, in her official capacity as Commissioner of Reclamation; and U.S. BUREAU OF RECLAMATION,<br><br>Defendants. | **DECLARATION OF PETER B. MOYLE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Peter Moyle, Ph.D., declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge and if called as a witness in this proceeding, I could and would testify competently thereto under oath. As to those matters that reflect an opinion, they reflect my personal opinion on the matter.

2. I am a University of California ("UC") Davis Distinguished Professor Emeritus in the Department of Wildlife, Fish, and Conservation Biology, and associate director of the UC Davis Center for Watershed Sciences. I have been a member of the Natural Resources Defense Council ("NRDC") for over 20 years. I support NRDC because it does important work advocating for and protecting the natural environment of the San Francisco Bay-Delta and the fishes that depend on it, and I believe it is important to protect that environment for native aquatic life in general.

3. I have studied the ecology and conservation of freshwater and estuarine fishes in California for over 50 years. I began my career researching those topics in 1969, as an assistant professor at California State University, Fresno, and have continued that research ever since. I joined the faculty at UC Davis in 1972, and currently conduct research as Distinguished Professor, Emeritus, and Associate Director of the Center for Watershed Science.

4. In general, my research interests include the conservation of aquatic species, habitats, and ecosystems; the ecology of fishes of the San Francisco Estuary; the ecology of California stream fishes; and the impacts of introduced aquatic organisms on native ecosystems and organisms. My research team has documented the status of the native freshwater and estuarine fish species in California. I am particularly interested in researching the San Francisco Estuary because it is a novel and unique ecosystem. Not only is it the largest estuary on the West Coast, but it has very complex hydrodynamics and a mix of species unparalleled in other estuaries. As a result, a major focus of my research has been native and non-native fishes of the San Francisco Estuary; I also have a special interest in delta smelt, as well as salmon, steelhead, and other migratory fishes.

5. I have authored or co-authored over 275 peer-reviewed publications or books on California fishes, including *Inland Fishes of California,* (UC Press 2002), which explains the

characteristics, taxonomy, life history, ecology, and current status and distribution of all native and introduced fish species in the inland waters of California, along with suggestions for conserving native fishes in light of the state's growing economy and population. I have also authored or contributed to various scientific reports discussing the status of and effects of water quality and quantity on fish species such as winter-run and fall-run Chinook salmon, Central Valley steelhead, Delta smelt, and Longfin smelt. For instance, I am the lead author of *Fish Species of Special Concern in California* (California Department of Fish and Wildlife 2015), which provides scientists and the public with the most recent information on California's sensitive native freshwater and anadromous fishes. I also co-authored the peer-reviewed paper *Rapid Decline of California's Native Inland Fishes: A Status Assessment* (2011, Biological Conservation 144: 2414-2422), which used a quantitative protocol to determine the conservation status of all approximately 120 freshwater native California fishes. In addition to my academic publications, I also contribute regularly to the California WaterBlog, a blog about California wildlife and water policy, available at https://californiawaterblog.com/tag/peter-moyle/.

6. Over the years, I have studied aquatic habitats and species throughout the San Francisco Estuary and its watersheds. For example, as part of my research into the ecology and conservation of Bay-Delta fishes, I conducted monthly sampling of fishes and macroinvertebrates in Suisun Marsh 1979-2015, which is one of the most important tidal habitats in the estuary. This project is still on-going, with other scientists in charge, although I still advise the project and at times help with the sampling. Sampling by trawl or seine currently takes places at 21 locations throughout the Marsh. The resulting 40-year (and counting) data set allows study of the long-term trends of native and alien fishes such as delta smelt, Sacramento splittail, and striped bass and is the basis for life history studies of those fishes. I am still using the data collected by this project to conduct analyses of status and trends of the fishes. In addition to conducting sampling in Suisun Marsh for my research, I also took undergraduate and graduate students out on the water and train them how to properly catch, identify, measure, and release fish. This tradition continues. Many of these students wind up working for state and federal agencies, often on fishes of the estuary. Helping to train the next generation of managers is a

source of great pride for me. UC Davis is currently funded to conduct this monthly sampling in Suisun Marsh for the foreseeable future.

7. In addition, for seven years, this sampling program has been extended about 80 miles upstream into the North Delta, to Cache and Lindsey Sloughs along the Sacramento River. Those sloughs are some of the most "natural" remaining areas of the Delta, and therefore one of the best candidates for habitat restoration, in part because of the natural drainage patterns that still exist on the landscape and its connections with the Sacramento River. The purpose of sampling those areas is to study the characteristics of tidal habitats that favor native versus alien fishes, with the aim of using the results to inform habitat restoration projects in the future.

8. Over the years, I have also visited and sampled locations such as South San Francisco Bay, the Napa River estuary, and the tidal reaches of the Cosumnes River in the Delta. I greatly enjoy and look forward to the time I get to spend doing field work. I take pleasure in observing the Bay-Delta ecosystems that I study and interacting with and encountering firsthand the diverse aquatic species that I study. I view the opportunity to continue to do so as one of the continuing delights and to write about my observations past and present is one the delights of my professional career. My aesthetic and professional experiences in and enjoyment of these ecosystems, however, are diminished and harmed by the decline of native fish populations such as native smelt and salmonids. The entire ecosystem is severely altered by the greatly diminished levels or even absence of species such as Delta smelt from their historic habitat.

9. Although my research program covers many species in the Bay-Delta and its watersheds, for many years have had a special focus on Delta smelt. For example, I recently co-authored the article *Delta Smelt: Life history and Decline of a Once-Abundant Species in the San Francisco Estuary* in *San Francisco Estuary and Watershed Science* (July 2016), available at http://escholarship.org/uc/item/09k9f76s as well as *Delta smelt and the politics of water in California* (2018, Fisheries 43:42-51). Since I began researching the species in the 1970s, I have seen its population decline drastically, due to damaged habitat and the species' sensitivity to changing water quality and quantity. The decline has reached the point where field research on the species is no longer practical or feasible. The necessary research permits are too difficult to

obtain, and too stringent. For instance, our current permit only allows for two smelt to be taken each year in Suisun Marsh. In the event our sampling exceeds that limit, the sampling program could be shut down. The drastic decline and continued low abundance of Delta smelt therefore directly harms my research interests, including my ability to study and sample Delta smelt, and reduces my enjoyment of my field research. Relatedly, the extreme low abundance of Delta smelt limits my ability to teach others about Delta smelt sampling and field research, thereby negatively impacting my interests in and enjoyment of teaching to diverse groups.

10. My research program also encompasses anadromous species such as spring-run and winter-run Chinook salmon and Central Valley steelhead from the Sacramento River and San Joaquin River watersheds. For instance, I co-authored *Impending extinction of salmon, steelhead, and trout (Salmonidae) in California,* Environmental Biology of Fishes, DOI 10.1007/s10641-012-9974-8 (2012), which describes the current imperiled status of anadromous species. Working with a team of researchers from Davis and California Trout, I am the lead author of the 2017 report, *State of California Salmonids II: Status, Threats, and Solutions for California's Salmon, Steelhead, and Trout,* available at https://caltrout.org/sos. In addition to assessing the current distribution, status, and life histories of anadromous fish, my work includes research into how to restore migration, spawning, and rearing habitat in the Delta and its tributaries to rehabilitate anadromous and resident fish populations. For example, I co-authored the report *Recommendations on Restoring Spring-Run Chinook salmon to the Upper San Joaquin River* (2007) as part of the San Joaquin River Restoration Program to rehabilitate salmon runs in the San Joaquin Basin. I also coauthored the peer-reviewed article *Water Management Adaptations to Prevent Loss of Spring-Run Chinook Salmon in California Under Climate Change* (Journal of Water Resources Planning and Management 138:465-478, 2012), which examined stream flow and water temperature regimes that lead to long-term reductions in spring-run Chinook salmon. My aesthetic and professional experiences and the enjoyment I derive from native Chinook salmon and steelhead, however, are diminished and harmed by the decline of these native fish populations.

DECL. OF P. MOYLE ISO MOTION FOR PRELIMINARY INJUNCTION
5
CASE NO. 3:19-cv-07897-LB

11. My most recent research projects are focused on the common theme of reconciliation ecology, which studies ways to encourage biodiversity in human-influenced ecosystems such as the Bay-Delta. My research group is particularly focused on developing an understanding as to how the native fishes of California and the ecosystems on which they depend can persist into the future, given the growing impacts of human use of the planet and climate change. In addition to continuing the Suisun Marsh and North Delta ecology field studies, my research includes conducting interdisciplinary studies on California water policy, the environmental flow requirements of fishes, the effects of dams, and the conservation and management of flood plains important to salmon and other fishes in the Central Valley. Of particular interest is the Yolo Bypass, a floodplain system that is partially in the Delta.

12. I believe that conservation of native species is important because over 80% of California's 125+ extant native fishes are found only or mainly in this state. Without these uniquely Californian species, our streams and lakes would have the same homogenized fauna found in much of North America, made up of carp, bass, catfish, sunfish and other common fishes. The existence of salmon and steelhead are especially important to my use and enjoyment of the Delta and the Sacramento River. And as a researcher and nature lover, it is extremely important to me that salmon and steelhead return to the Central Valley every year. The opportunity to see these fishes in their natural habitat inspires me. Without these fishes, my experience of the rivers and Delta will be made less enjoyable because I know that an essential part of the overall health of the ecosystem is diminished or missing entirely.

13. In addition to studying the species themselves, another important focus of my research has been habitat restoration, investigating how to create habitats that favor native fishes. For example, I co-authored the article *Where The Wild Things Aren't: Making The Delta a Better Place For Native Species,* San Francisco: Public Policy Institute of California (2012), which makes recommendations how to approach the management of the Delta's water and land to create habitat conditions for native species in the context of continuing land and water use by humans. I also co-authored the article Kiernan, J.D., P. B. Moyle, and P. K. Crain. 2012. *Restoring Native Fish Assemblages to a Regulated California Stream Using the Natural Flow*

*Regime Concept* (Ecological Applications. 22:1472-1482, 2012), which explores how to achieve the restoration of native fishes by manipulating stream flows at biologically important times of the year. In addition to my academic contributions, I also write blog posts setting forth strategies for saving the species that depend on the Delta, including *Why and How to Save Native Salmon During Severe Drought,* California Water Blog (2014),[1] *The North Delta Habitat Arc: An Ecosystem Strategy for Saving Fish,* California Water Blog (2016),[2] and *Futures for Delta Smelt,* California Water Blog (2019).[3]

14. I have also served on numerous advisory bodies, with the goal of providing scientific analysis and advice to address the problems of preserving native Delta ecosystems and Delta-dependent wildlife. For instance, I was the head of California's Delta Native Fishes Recovery Team from 1993-1995, and a member of the San Joaquin River Restoration Technical Advisory Committee from 2007-2011.

15. Because adequate freshwater flows are important to sustaining native species and their habitat in the Delta, I have also been involved in interdisciplinary studies regarding California water policy, particularly with respect to environmental flow requirements. For example, I am one of eight coauthors of the 2011 book *Managing California's Water. From Conflict to Reconciliation.* (PPIC, San Francisco. 482 pp.). Also, in 2011, I completed a project for the California Energy Commission on how well current environmental flow practices are working and suggested improvements to those practices. Recently, I co-authored a study entitled *Developing Biological Goals for the Bay-Delta Plan: Concepts and Ideas from an Independent Scientific Advisory Panel,* (Delta Stewardship Council, Delta Advisory Program April 2019).

16. In addition to my estuary-specific research and activities, I have a strong interest in the conservation of watersheds and river basins throughout the west and have devoted my time and expertise to that cause for many years. For instance, I have been a board member of The Natural

---

[1] *Available at* https://californiawaterblog.com/2014/02/17/why-and-how-to-save-native-salmon-during-a-severe-drought/
[2] *Available at* https://californiawaterblog.com/2016111/06/the-north-delta-habitat-arc-an-ecosystem-strategy-for-saving-fish/
[3] *Available at* https://californiawaterblog.com/2019/12/15/futures-for-delta-smelt/

Heritage Institute, a non-profit organization dedicated to the mission of restoring and preserving natural functions in major river basins to maintain their water-dependent ecosystems, since 1980. I am also a board member of Western Rivers Conservancy, which protects outstanding river ecosystems in the western United States, including the Scott and Klamath River Basins in California. In 2010, I co-authored a book on conservation science, *Protecting Life on Earth* (UC Press).

17. It is important to me that the government fulfills its duty to protect the species and water quality in the San Francisco Estuary and rivers that flow into it. I have dedicated my career to studying the estuary's fishes, including Delta smelt and Chinook salmon, and intend to continue visiting the estuary and studying these fish as long as possible. My research program depends on the survival of those and other Bay-Delta fish species and on my ability to conduct scientific research on them. Changing water quality, diminishing and altering flows, and increasing harm done to fish species effects what species we are able to study, and hinders research into California native species and ecosystems.

18. Of course, if species that are currently on the brink of extinction, such as Delta smelt and Chinook salmon, actually go extinct due to a combination of factors, including from the effects of the operation of the Central Valley Project and State Water Project, scientific inquiry regarding those fishes will be foreclosed forever. We know surprisingly little about many of California's native fishes, and full accounts of some of those fishes may not be complete before they become extinct. That gap in our scientific knowledge can never be rectified.

19. Finally, I have spent over 45 years of my life experiencing and interacting with the Delta, Suisun Marsh and the Bay, their river tributaries, and the various aquatic species that rely on them. I take great pleasure in my visits to the estuary and its watersheds, plan to continue those visits in the future, and have an abiding aesthetic interest in and connection with those ecosystems and the species in them. Native fish species such as Chinook salmon, Central Valley steelhead, and Delta smelt are both aesthetically and biologically important to me and these ecosystems, and I believe it is vitally important to protect those native species and to manage ecosystems for future generations to study and enjoy as I do. Those interests are harmed when

the government harms or fails to adequately protect listed fish species and their habitats. The continuing harm to and low abundance of these species harms me both personally and professionally, and further declines in the viability of Delta Smelt, Central Valley steelhead, and Chinook salmon would magnify these harms.

I declare under penalty of perjury under the laws of the United States and the State of California, that to the best of my knowledge the foregoing is true and correct.

Executed this day of March 2, 2020 in Davis, California.

Peter Moyle