| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | KEVIN M. O'BRIEN (Bar No. 122713) |
| 2 | kobrien@downeybrand.com |
| | MEREDITH E. NIKKEL (Bar No. 254818) |
| 3 | mnikkel@downeybrand.com |
| | BRIAN E. HAMILTON (Bar No. 295994) |
| 4 | bhamilton@downeybrand.com |
| | SAMUEL BIVINS (Bar No. 300965) |
| 5 | sbivins@downeybrand.com |
| | 621 Capitol Mall, 18th Floor |
| 6 | Sacramento, California 95814 |
| | Telephone: 916.444.1000 |
| 7 | Facsimile: 916.444.2100 |

Attorneys for Defendants-Intervenors
RECLAMATION DISTRICT NO. 108, et al.
TEHAMA-COLUSA CANAL AUTHORITY

SOMACH SIMMONS & DUNN
 A Professional Corporation
STUART L. SOMACH (Bar No. 090959)
ssomach@somachlaw.com
ANDREW M. HITCHINGS (Bar No. 154554)
ahitchings@somachlaw.com
BRITTANY K. JOHNSON (Bar No. 282001)
bjohnson@somachlaw.com
JARED S. MUELLER (Bar No. 257659)
jmueller@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, California 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Defendants-Intervenors
GLENN-COLUSA IRRIGATION DISTRICT, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATION, *et al.*, | No. 1:20-CV-00431-DAD-SAB |
| Plaintiffs, | STIPULATION AND ORDER REGARDING INTERVENTION OF CITY OF REDDING AND KNIGHTS LANDING INVESTORS, LLC |
| v. | |
| WILBUR ROSS, *et al.*, | |
| Defendants. | |

This stipulation is entered into by Plaintiffs Pacific Coast Federation of Fishermen's Association, Institute for Fisheries Resources, Golden State Salmon Association, Natural Resources Defense Council, Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute ("Plaintiffs"); Defendants Wilbur Ross, in his official capacity as Secretary of Commerce; Chris Oliver, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; National Marine Fisheries Service; David Bernhardt, in his official capacity as Secretary of Interior; Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Fish and Wildlife Service; Brenda Burman, in her official capacity as commissioner of Reclamation; and U.S. Bureau of Reclamation ("Federal Defendants"); Defendant-Intervenors San Luis & Delta-Mendota Water Authority and Westlands Water District ("SLDMWA and Westlands"); Defendant-Intervenors the State Water Contractors ("SWC"); Defendant-Intervenor Tehama-Colusa Canal Authority ("TCCA"); Defendant-Intervenors Sacramento River Settlement Contractors ("SRS Contractors")[1]; City of Redding ("Redding"); and Knights Landing Investors, LLC ("KLI"). Plaintiffs, Federal Defendants, SLDMWA and Westlands, SWC, TCCA, SRS Contractors, Redding, and KLI are collectively referred to hereinafter as the "Parties."

## RECITALS

WHEREAS, Plaintiffs filed the instant action naming only Federal Defendants as defendants. ECF No. 1.

WHEREAS, the Court granted SLDMWA and Westlands' motion for permissive intervention. ECF No. 37.

---

[1] The SRS Contractors constitute the following parties currently in this case: Reclamation District No. 108; Sutter Mutual Water Company; Natomas Central Mutual Water Company; River Garden Farms Water Company; Pleasant Grove-Verona Mutual Water Company; Pelger Mutual Water Company; Meridian Farms Water Company; Henry D. Richter, et al.; Howald Farms, Inc.; Oji Brothers Farm, Inc.; Oji Family Partnership; Carter Mutual Water Company; Windswept Land and Livestock Company; Maxwell Irrigation District; Beverly F. Andreotti, et al.; Tisdale Irrigation and Drainage Company; Princeton-Codora-Glenn Irrigation District; Provident Irrigation District; Glenn-Colusa Irrigation District; Reclamation District No. 1004; David and Alice teVelde Family Trust; Pelger Road 1700, LLC,; Conway Preservation, LLC; and Anderson Cottonwood Irrigation District.

WHEREAS, the Court granted the SRS Contractors and TCCA's intervention pursuant to the terms of a stipulation with all Parties. ECF No. 102.

WHEREAS, the Court granted SWC's motion for permissive intervention. ECF No. 122.

WHEREAS, Redding and KLI also hold Sacramento River Settlement Contracts with the United States, and if granted intervention, they will be included and treated as two of the SRS Contractors moving forward. In order to avoid the necessity of briefing a motion for Redding and KLI to intervene, the Parties agree that Redding and KLI should be granted leave to permissively intervene in this case as part of the SRS Contractors' group, albeit with Plaintiffs' position being that certain additional reasonable limitations are and will be necessary to ensure that their intervention does not unduly prejudice Plaintiffs or delay the efficient resolution of this case.

NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel, as follows:

Redding and KLI shall be granted permissive intervention in this action, subject to all of the agreements, terms, and conditions applicable to the SRS Contractors as set forth in the Court's Order granting the SRS Contractors' intervention. ECF No. 102. The inclusion of Redding and KLI as intervening SRS Contractors shall not modify any of the existing terms and conditions applicable to the SRS Contractors' intervention.

DATED: March 31, 2020

GLEN H. SPAIN

By: /s/ Glen H. Spain

GLEN H. SPAIN
Attorney for Plaintiffs PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and INSTITUTE FOR FISHERIES RESOURCES

DATED: March 31, 2020

ALTSHULER BERZON LLP

By: /s/ Barbara J. Chisholm

BARBARA J. CHISHOLM
Attorneys for Plaintiffs GOLDEN STATE SALMON ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INC.; DEFENDERS OF WILDLIFE; and BAY.ORG d/b/a THE BAY INSTITUTE

| | | |
|---|---|---|
| 1 | DATED: March 31, 2020 | DOWNEY BRAND LLP |
| 2 | | By: /s/ Meredith E. Nikkel |
| 3 | | MEREDITH E. NIKKEL |
| | | Attorneys for Defendants-Intervenors |
| 4 | | RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT; and TEHAMA-COLUSA CANAL AUTHORITY |

DATED: March 31, 2020    SOMACH SIMMONS & DUNN

By: /s/ Jared Mueller
    JARED MUELLER
Attorneys for Defendants-Intervenors GLENN-COLUSA IRRIGATION DISTRICT; RECLAMATION DISTRICT NO. 1004; CONAWAY PRESERVATION GROUP, LLC; DAVID AND ALICE teVELDE FAMILY TRUST; PELGER ROAD 1700, LLC; ANDERSON-COTTONWOOD IRRIGATION DISTRICT; CITY OF REDDING; and KNIGHTS LANDING INVESTORS, LLC

DATED: March 31, 2020    U.S. DEPARTMENT OF JUSTICE ENVIRONMENT & NATURAL RESOURCES DIVISION
WILDLIFE & MARINE RESOURCES SECTION

By: /s/ Lesley Lawrence-Hammer
    LESLEY LAWRENCE-HAMMER
    Attorneys for Federal Defendants

1612891v2

Case No. 1:20-cv-00431

STIPULATION AND ORDER REGARDING INTERVENTION

| | | |
|---|---|---|
| 1 | DATED: March 31, 2020 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 2 | | By:    /s/ Daniel J. O'Hanlon |
| 3 | | DANIEL J. O'HANLON<br>Attorneys for Defendant-Intervenors SAN LUIS & |
| 4 | | DELTA-MENDOTA WATER AUTHORITY and<br>WESTLANDS WATER DISTRICT |
| 5 | | |
| 6 | DATED: March 31, 2020 | VAN NESS FELDMAN LLP |
| 7 | | By:    /s/ Jenna R. Mandell-Rice |
| 8 | | JENNA R. MANDELL-RICE<br>Attorneys for Defendant-Intervenor<br>THE STATE WATER CONTRACTORS |

| | |
|---|---|
| 1 | ORDER |
| 2 | Pursuant to the Parties' Stipulation, the Court hereby grants the City of Redding and |
| 3 | Knights Landing Investors, LLC, intervention pursuant to the terms of the Stipulation. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: **March 31, 2020**            *Dale A. Drozd* |
| | UNITED STATES DISTRICT JUDGE |