HAMILTON CANDEE (Cal. SBN 111376)
BARBARA JANE CHISHOLM (Cal. SBN 224656)
ELIZABETH VISSERS (Cal. SBN 321365)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: hcandee@altber.com; bchisholm@altber.com;
         evissers@altber.com

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

GLEN H. SPAIN (Cal. SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
Email: fish1ifr@aol.com

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00431-DAD-SAB<br><br>**DECLARATION OF BARBARA CHISHOLM IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date: If not resolved on the papers, hearing requested by April 6, 2020<br><br>Judge: Hon. Dale A. Drozd<br><br>Courtroom 5, 7th Floor<br>2500 Tulare Street<br>Fresno, CA 93721 |

I, Barbara J. Chisholm, declare as follows:

1.     I am an attorney representing Plaintiffs Natural Resources Defense Council, Defenders of Wildlife, Golden State Salmon Association, and The Bay Institute in the above-captioned action and am a partner at the law firm of Altshuler Berzon LLP.  I am a member in good standing of the bars of the State of California and this Court.  I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2.     Attached hereto as **Exhibit A** are true and correct copies of the Delta Operations Summaries for March 19-20, March 23-27, March 30, and April 1-3.[1]  These daily summaries of scheduled Delta exports, estimated Delta hydrology, and Delta operations from joint operation of the State Water Project and Central Valley Project are issued by e-mail by the California Department of Water Resources, and are also available each day online at https://water.ca.gov/Programs/State-Water-Project/Operations-and-Maintenance/Operations-and-Delta-Status (click on "Delta Operations Summary (daily)").

3.     Attached hereto as **Exhibit B** is a true and correct copy of a report on Delta Hydrology Conditions, which I downloaded from the California Department of Water Resources' website at the following address: https://water.ca.gov/-/media/DWR-Website/Web-Pages/Programs/State-Water-Project/Operations-And-Maintenance/Files/Operations-Control-Office/Delta-Status-And-Operations/Delta-Hydrologic-Conditions-Daily-Summary.pdf?la=en&hash=16E290EB4FEC2FD14A17D61B7C72B8BD5F294C75.

4.     Attached hereto as **Exhibit C** is a true and correct copy of the Weekly Fish and Water Operations Outlook for 3/31/2020 – 4/6/2020, which was provided to Plaintiffs by a California Department of Fish and Wildlife staff person on April 1, 2020.  This weekly summary is issued by the Salmon Monitoring Team, which is an interagency technical advisory team comprised of biologists, hydrologists, and other staff from both federal and state agencies.  Such weekly operations outlooks also appear to be provided in the weekly Meeting Notes

---

[1] No reports were provided on March 21-22, March 28-29, and March 31, which are weekend days and Cesar Chavez Day (a state holiday).

1    linked on the Salmon Monitoring Team's website, https://www.usbr.gov/mp/bdo/salmon-

2    monitoring-team.html, but the relevant Meeting Notes for March 31, 2020, have not yet been

3    posted as of the date of this declaration.

4        5.      Attached hereto as **Exhibit D** is a true and correct copy of a letter sent by Plaintiffs'

5    counsel to Federal Defendants' counsel via e-mail on April 1, 2020, regarding Reclamation's

6    increased Delta exports.  The enclosure to this letter was the report that is attached to this

7    declaration as Exhibit C.

8        6.      Attached hereto as **Exhibit E** is a true and correct copy of an email from Federal

9    Defendants' counsel to Plaintiffs' counsel that I received on April 2, 2020, and an attached

10   memorandum from the Bureau of Reclamation.

11       7.      Attached hereto as **Exhibit F** are reports for March and April 2020 on the number

12   of winter-run and spring-run Chinook salmon and Central Valley steelhead entrained and lost at

13   the Delta pumping stations operated by Reclamation and the State Water Project.  I downloaded

14   these reports from Reclamation's website, https://www.usbr.gov/mp/cvo/ (April reports linked

15   under "Fish Reports," March reports linked under "Monthly Reports (Previous Months) – Fish

16   Reports"), at the following web addresses:

17   https://www.usbr.gov/mp/cvo/vungvari/salmondly.pdf,

18   https://www.usbr.gov/mp/cvo/vungvari/salmon0320.pdf,

19   https://www.usbr.gov/mp/cvo/vungvari/steelheaddly.pdf, and

20   https://www.usbr.gov/mp/cvo/vungvari/steelhead0320.pdf.

21       8.      Attached hereto as **Exhibit G** is a true and correct copy of a February 25-26, 2020

22   e-mail exchange between counsel for Plaintiffs and counsel for Federal Defendants regarding

23   the timing for a hearing on the preliminary injunction and irreparable harms beginning April 1,

24   2020.  Earlier emails in the e-mail exchange chain have been omitted for brevity.

25       9.      Attached hereto as **Exhibit H** is a true and correct copy of an article dated April 1,

26   2020, which I downloaded from the California Department of Water Resources' website at the

27   following address:  https://water.ca.gov/News/News-Releases/2020/April-20/March-

28   Precipitation-Not-Enough-to-Offset-Dry-Winter.

1       10.   Attached hereto as **Exhibit I** is a true and correct copy of an e-mail sent by counsel

2   for Plaintiffs to counsel for Federal Defendants and Defendant-Intervenors on April 2, 2020,

3   notifying defendants of Plaintiffs' intention to seek a temporary restraining order on April 3,

4   2020.  As of the morning of April 3, 2020, Federal Defendants have indicated they intend to

5   oppose the application for a temporary restraining order and Intervenor-Defendants State Water

6   Contractors have reserved the right to do so.

7       I declare under penalty of perjury under the laws of the United States that the foregoing

8   is true and correct to the best of my knowledge.

9       Executed this 3rd day of April 2020 in Berkeley, California.

10

11       /s/ *Barbara J. Chisholm*
Barbara J. Chisholm

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28