HAMILTON CANDEE (Cal. SBN 111376)
BARBARA JANE CHISHOLM (Cal. SBN 224656)
ELIZABETH VISSERS (Cal. SBN 321365)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: hcandee@altber.com; bchisholm@altber.com;
       evissers@altber.com

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

GLEN H. SPAIN (Cal. SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
Email: fish1ifr@aol.com

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00431-DAD-SAB<br><br>**SUPPLEMENTAL DECLARATION OF BARBARA CHISHOLM IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date: If not resolved on the papers, hearing requested by April 6, 2020<br><br>Judge: Hon. Dale A. Drozd<br><br>Courtroom 5, 7th Floor<br>2500 Tulare Street<br>Fresno, CA 93721 |

I, Barbara J. Chisholm, declare as follows:

1. I am an attorney representing Plaintiffs Natural Resources Defense Council, Defenders of Wildlife, Golden State Salmon Association, and The Bay Institute in the above-captioned action and am a partner at the law firm of Altshuler Berzon LLP.  I am a member in good standing of the bars of the State of California and this Court.  I make this supplemental declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2. Attached hereto as **Exhibit J** is a true and correct copy of a letter addressed to counsel for the Federal Defendants, which I received today, April 3, 2020, via email at 4:49 p.m. from Daniel Fuchs, counsel for the plaintiffs in *California Natural Resources Agency v. Ross*, Case No. 1:20-cv-00426-DAD, who wrote on behalf of the Attorney General.  In the letter, the Attorney General requests "that Reclamation immediately reduce export of water at the Jones Pumping Plant to at most 900 cfs" and states that "[t]his reduction is necessary to conform Reclamation's actions to the Declaration of Reclamation's Central Valley Office's Operations Manager, Kristin White," in the above-captioned matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of April 2020 in Berkeley, California.

/s/ *Barbara J. Chisholm*
Barbara J. Chisholm