UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASS'N, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, et al.,<br><br>Defendants. | No. 1:20-cv-00431-DAD-EPG<br><br>ORDER REGARDING STIPULATION TO INTERVENE BY CITY OF FOLSOM, CITY OF ROSEVILLE, AND SAN JUAN WATER DISTRICT<br><br>(Doc. Nos. 206, 210) |

**ORDER**

Pursuant to the Parties' Stipulation (Doc. Nos. 206, 210), the Court hereby grants the City of Folsom, the City of Roseville, and San Juan Water District permissive intervention on the terms set forth in the Stipulation.

IT IS SO ORDERED.

Dated:  **August 5, 2020**

_____
UNITED STATES DISTRICT JUDGE