1   MATTHEW G. ADAMS (SBN 229021)
    madams@kaplankirsch.com
2   SARA V. MOGHARABI, *pro hac vice*
    smogharabi@kaplankirsch.com
3   KAPLAN KIRSCH & ROCKWELL, LLP
    595 Pacific Avenue, 4th Floor
4   San Francisco, CA 94133
    Tel: 628-209-4151
5   Fax: 303-825-7005
6
7   Attorneys for Friant Water Authority and
    Arvin-Edison Water Storage District
8
9
                    **UNITED STATES DISTRICT COURT**
10              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
11
12  PACIFIC COAST FEDERATION OF          **Case No. 1:20-cv-00431-DAD-EPG**
13  FISHERMEN'S ASSOCIATIONS, *et al.,*
                                         **STIPULATION AND ORDER**
14         Plaintiffs,                   **REGARDING INTERVENTION BY**
                                         **FRIANT WATER AUTHORITY**
15  v.                                   **AND ARVIN-EDISON WATER**
                                         **STORAGE DISTRICT**
16  WILBUR ROSS, in his official capacity as
17  secretary of commerce, *et al.,*     **(Doc. Nos. 198, 211)**
18         Defendants.
19
20
21         This stipulation is entered by Plaintiffs Pacific Coast Federation of Fishermen's

22  Associations, Institute for Fisheries Resources, Golden State Salmon Association, Natural

23  Resources Defense Council, Inc., Defendants of Wildlife, and Bay.Org d/b/a The Bay Institute

24  ("Plaintiffs"); Defendants Wilbur Ross in his official capacity as Secretary of Commerce, Chris

25  Oliver in his official capacity as Assistant Administrator for Fisheries at the National Oceanic

26
27  and Atmospheric Administration, National Marine Fisheries Service, David Bernhardt, in his

28  official capacity as Secretary of Interior, Aurelia Skipwith, in her official capacity as Director of

the U.S. Fish and Wildlife Service, U.S. Fish and Wildlife Service, Brenda Burman, in her official capacity as commissioner of U.S. Bureau of Reclamation, and U.S. Bureau of Reclamation ("Federal Defendants"); Defendants-Intervenors Westlands Water District and San Luis & Delta-Mendota Water Authority (together, "SLDMWA and Westlands"); Defendant-Intervenor State Water Contractors ("SWC"); Defendants-Intervenors Sacramento River Settlement Contractors ("SRS Contractors");[1] the Defendant-Intervenor Tehama-Colusa Canal Authority ("TCCA"); Defendant-Intervenor Contra Costa Water District; and prospective Intervenor-Defendants Friant Water Authority ("FWA") and Arvin-Edison Water Storage District ("Arvin-Edison" and together with FWA, the "Friant Intervenors").  The foregoing are collectively referred to herein as the "Parties."

## **RECITALS**

WHEREAS, Plaintiffs filed the instant action naming only the Federal Defendants as Defendants (*see* ECF No. 1);

WHEREAS, before this case was transferred, the United States District Court for the Northern District of California ("Northern District") granted San Luis Delta-Mendota Water Authority and Westlands Water District's motion for permissive intervention, noting that case management issues would be addressed "when they arise" (ECF No. 37 at 3);

WHEREAS, the Northern District granted the SRS Contractors and TCCA permissive intervention, subject to conditions, pursuant to the terms of a stipulation (ECF No. 102);

WHEREAS, the Northern District transferred the case to this Court (ECF No. 112);

WHEREAS, the Court granted the State Water Contractors permissive intervention, subject to specified conditions (ECF No. 122);

---

[1] The entities comprising the SRS Contractors are identified in the Stipulation and Order Regarding Intervention of the SRS Contractors (ECF No. 102) and the Stipulation and Order Regarding Intervention of City of Redding and Knights Landing Investors, LLC (ECF No. 124).

WHEREAS, the Court granted the City of Redding and Knights Landing Investors, LLC permissive intervention as additional Sacramento River Settlement Contractors, subject to specified conditions, pursuant to the terms of a stipulation (ECF No. 124);

WHEREAS, the Court granted Contra Costa Water District permissive intervention, subject to specified conditions, pursuant to the terms of a stipulation (ECF No. 171);

WHEREAS, on June 22, 2020, the Friant Intervenors filed a motion to intervene as of right, or, in the alternative for permissive intervention (ECF No. 198), asserting that (i) FWA is a public agency formed to operate and maintain the Friant-Kern Canal, a portion of the Central Valley Project ("CVP"), and to represent FWA members in policy, political, and operational decisions that could affect CVP water supplies (*id.* at 3), and, further (ii) FWA's members, including Arvin-Edison, hold contracts with the United States Bureau of Reclamation for water supply from the CVP (*id.*);

WHEREAS, prior to filing their motion to intervene the Friant Intervenors conferred with the Plaintiffs, the Federal Defendants, and all Intervenor-Defendants and only the Plaintiffs stated any opposition to intervention;

WHEREAS, on July 7, 2020, Plaintiffs filed a Response to the Friant Intervenors' motion clarifying that they oppose intervention as of right (ECF No. 205 at 5-8) but do not oppose permissive intervention subject to reasonable conditions on the intervention (*id.* at 8-10);

WHEREAS, separate motions to intervene have also been filed by Oakdale Irrigation District and South San Joaquin Irrigation District (ECF No. 177) and the City of Folsom, City of Rosedale, and San Juan Water District (ECF No. 206), both of which motions remain pending;

WHEREAS, on July 13, 2020, the Court issued an Order (the "July 13 Order") addressing page limits and directing parties to meet and confer in an attempt to resolve remaining disputes regarding pending intervention motions (ECF No. 208);

WHEREAS, the Court's July 13 Order states that "whatever page limitation applies to the plaintiffs and defendants at the opening brief stage will likewise apply to all of the intervenors combined" and, further, that "[e]ven within the assigned number of pages, the court will not tolerate duplicative briefing" (ECF No. 208 at 3);

1   WHEREAS, the Court's July 13 Order instructs the Parties "to attempt to resolve the

2   pending motions to intervene" (ECF No. 208 at 4); and

3   WHEREAS, to avoid the necessity of further briefing on the Friant Intervenors' motion

4   to intervene, the Parties agree that the FWA and Arvin-Edison should be granted permissive

5   intervention subject to the page limitations and other conditions set forth in the Court's July 13

6   Orde , as well as any additional limitations that the Court may impose now or in the future;

7   NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their

8   respective counsel, as follows:

9   1.  The Friant Intervenors shall be granted permissive intervention in this action.

10   2.  The Friant Intervenors shall promptly file its answer in intervention (ECF No. 198-4).

11   3.  The Friant Intervenors shall comply with the page and duplication limits set forth in the

12   Court's July 13 Order and any further case management orders the Court may issue.

13

14   DATED: July 23, 2020          KAPLAN KIRSCH & ROCKWELL, LLP

15   By_____ /s/ Matthew G. Adams_____
              MATTHEW G. ADAMS
16   Attorneys for Prospective Intervenor-Defendants
     FRIANT WATER AUTHORITY and ARVIN-
17   EDISON WATER STORAGE DISTRICT

18
     DATED:  July 23, 2020          GLEN H. SPAIN
19
20   By_____ /s/ Glen H. Spain_____
              GLEN H. SPAIN
21   Attorney for Plaintiffs PACIFIC COAST
     FEDERATION OF FISHERMEN'S ASSOCIATIONS
22   and INSTITUTE FOR FISHERIES RESOURCES

23    DATED:  July 23, 2020          ALTSHULER BERZON LLP

24   By_____ /s/ Barbara J. Chisholm_____
              BARBARA J. CHISHOLM
25              ELIZABETH VISSERS
     Attorneys for Plaintiffs GOLDEN STATE SALMON
26   ASSOCIATION; NATURAL RESOURCES
     DEFENSE COUNCIL, INC.; DEFENDERS OF
27   WILDLIFE, and BAY.ORG dba THE BAY
     INSTITUTE
28

DATED:  July 24, 2020                    U.S. DEPARTMENT OF JUSTICE

By_____/s/ Lesley Lawrence-Hammer_____
                                LESLEY LAWRENCE-HAMMER
                          Attorneys for the FEDERAL DEFENDANTS

DATED:  July 24, 2020                    DOWNEY BRAND LLP

By_____/s/ Meredith Nikkel_____
                                MEREDITH NIKKEL

Attorneys for Intervenor-Defendants
RECLAMATION DISTRICT NO. 108, SUTTER
MUTUAL WATER COMPANY; NATOMAS
CENTRAL MUTUAL WATER COMPANY; RIVER
GARDEN FARMS WATER COMPANY;
PLEASANT GROVE-VERONA MUTUAL WATER
COMPANY; PELGER MUTUAL WATER
COMPANY; MERIDIAN FARMS WATER
COMPANY; HENRY D. RICHTER, et al.;
HOWALD FARMS, INC.; OJI BROTHERS FARM,
INC.; OJI FAMILY PARTNERSHIP; CARTER
MUTUAL WATER COMPANY; WINDSWEPT
LAND AND LIVESTOCK COMPANY;
MAXWELL IRRIGATION DISTRICT; BEVERLY
F. ANDREOTTI, et al.; TISDALE IRRIGATION
AND DRAINAGE COMPANY; PROVIDENT
IRRIGATION; DISTRICT; PRINCETON-
CODORA-GLENN IRRIGATION DISTRICT and
TEHAMA COLUSA CANAL AUTHORITY

DATED July 24, 2020                    SOMACH SIMMONS & DUNN

By:  _____/s/ Brittany Johnson_____
                                BRITTANY JOHNSON

Attorneys for Defendants-Intervenors GLENN
COLUSA IRRIGATION DISTRICT;
RECLAMATION DISTRICT NO. 104;
CONAWAY PRESERVATION GROUP, LLC;
DAVID AND ALICE the VELDE FAMILY
TRUST; PELGER ROAD 1700, LLC;
ANDERSON- COTTONWOOD IRRIGATION
DISTRICT; CITY OF REDDING; and KNIGHTS
LANDING INVESTORS, LLC

DATED: July 23, 2020      KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By _____ */s/ Daniel J. O'Hanlon* _____
          DANIEL J. O'HANLON

Attorneys for Defendant-Intervenors SAN LUIS &
DELTA-MENDOTA WATER AUTHORITY and
WESTLANDS WATER DISTRICT

DATED: July 23, 2020      VAN NESS FELDMAN LLP

By: _____ */s/ Jenna R. Mandell-Rice* _____
        JENNA R. MANDELL-RICE

Attorneys for Defendant-Intervenors STATE
WATER CONTRACTORS

DATED: July 24, 2020      PERKINS COIE LLP

By: _____ */s/ Marc R. Bruner* _____
        MARC R. BRUNER

Attorneys for Defendant-Intervenor
CONTRA COSTA WATER DISTRICT

DATED: July 23, 2020      BARTKIEWICZ, KRONICK & SHANAHAN, PC

By: _____ */s/ Jennifer T. Buckman* _____
        JENNIFER T. BUCKMAN

Attorneys for Proposed Defendant-Intervenors
CITY OF FOLSOM, CITY OF ROSEVILLE, and
SAN JUAN WATER DISTRICT

DATED: July 24, 2020      O'LAUGHLIN & PARIS, LLP

By: _____ */s/ Timothy J. Wasiewski* _____
        TIMOTHY J. WASIEWSKI

Attorneys for Proposed Defendant-Intervenor
OAKDALE IRRIGATION DISTRICT

DATED: July 24, 2020      ROBBINS, BROWNING, GODWIN & MARCHINI

By: _____ */s/ Kenneth Robbins* _____
        KENNETH ROBBINS

Attorneys for Proposed Defendant-Intervenor
SOUTH SAN JOAQUIN IRRIGATION
DISTRICT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court hereby grants Friant Water Authority and Arvin-Edison Water Storage District permissive intervention according to the terms of the Stipulation (Doc. Nos. 198, 211).

IT IS SO ORDERED.

Dated:   **August 5, 2020**

_____
UNITED STATES DISTRICT JUDGE