TIMOTHY J. WASIEWSKI (SBN 302306)
O'LAUGHLIN & PARIS, LLP
2617 K Street, Suite 100
Sacramento, California 95816
Telephone:   (916) 264-2045
Facsimile:    (916) 264-2040
Email:         tw@olaughlinparis.com

Attorney for Defendant-Intervenor
OAKDALE IRRIGAITON DISTRICT

KENNETH ROBBINS (SBN 72389)
ROBBINS, BROWNING, GODWIN & MARCHINI, LLP
700 Loughborough Drive, Suite D
P.O. Box 2067
Merced, CA 95344
Telephone:   (209) 383-9334 x16
Facsimile:    (209) 383-9386
Email:         kmr@rbgmlaw.com

Attorney for Defendant-Intervenor
SOUTH SAN JOAQUIN IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00431-DAD-EPG<br><br>**STIPULATION AND ORDER REGARDING INTERVENTION BY OAKDALE IRRIGATION DISTRICT AND SOUTH SAN JOAQUIN IRRIGATION DISTRICT**<br><br>**(Doc. Nos. 177, 209)** |

This stipulation is entered into by Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, Golden State Salmon Association, Natural Resources Defense Council, Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute ("Plaintiffs"); Defendants Wilbur Ross, in his official capacity as Secretary of Commerce; Chris Oliver, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic

1

and Atmospheric Administration; National Marine Fisheries Service; David Bernhardt, in his official capacity as Secretary of Interior; Aurelia Skipwith, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. Fish and Wildlife Service; Brenda Burman, in her official capacity as commissioner of U.S. Bureau of Reclamation; U.S. Bureau of Reclamation ("Federal Defendants"); Defendants-Intervenors Westlands Water District and San Luis & Delta-Mendota Water Authority (together, "SLDMWA and Westlands"); Defendant-Intervenor State Water Contractors ("SWC"); Defendants-Intervenors Sacramento River Settlement Contractors ("SRS Contractors"),[1] the Defendant-Intervenor Tehama-Colusa Canal Authority ("TCCA"), Defendant-Intervenor Contra Costa Water District, proposed Defendant-Intervenor Oakdale Irrigation District ("OID"), proposed Defendant-Intervenor South San Joaquin Irrigation District ("SSJID"), potential Defendants-Intervenors Friant Water Authority and Arvin-Edison Water Storage District, and potential Defendants-Intervenors City of Folsom, City of Roseville and San Juan Water District, all of which are collectively referred to herein as the "Parties."

**RECITALS**

WHEREAS, Plaintiffs filed the instant action in the U.S. District Court for the Northern District of California ("Northern District Court"), against the Federal Defendants. ECF Doc. No. 1.

WHEREAS, the Northern District Court granted a motion by SLDMWA and Westlands for permissive intervention. ECF Doc. No. 37.

WHEREAS, the Northern District Court granted the SRS Contractors and TCCA permissive intervention pursuant to the terms of a stipulation. ECF Doc. No. 102.

WHEREAS, the Northern District Court transferred the instant action to the U.S. District Court for the Eastern District of California ("this Court") by order dated March 20, 2020. ECF Doc. No. 112.

WHEREAS, this Court granted a motion by the SWC for permissive intervention with conditions on briefing. ECF Doc. No. 122.

---

[1] The entities comprising the SRS Contractors are identified in the Stipulation and Order Regarding Intervention of the SRS Contractors, ECF Doc. No. 102, and the Stipulation and Order Regarding Intervention of City of Redding and Knights Landing Investors, LLC, ECF Doc. No. 124.

WHEREAS, this Court granted the City of Redding and Knights Landing Investors permissive intervention as part of the SRS Contractors, pursuant to the terms of a stipulation. ECF Doc. No. 124.

WHEREAS, OID and SSJID moved to intervene in the instant action by notice of motion and motion dated May 14, 2020, wherein they asserted that they jointly hold adjudicated, pre-1914 water rights on the Stanislaus River that are senior to those held by the U.S. Bureau of Reclamation, and that they are parties to a 1988 agreement with the U.S. Bureau of Reclamation. ECF Doc. No. 177.

WHEREAS, Plaintiffs filed a response to OID and SSJID's motion to intervene, opposing the motion to intervene as a matter of right, but not opposing their application for permissive intervention, so long as such intervention was subject to certain conditions as articulated in Plaintiffs' response. ECF Doc. No. 186.

WHEREAS, this Court issued an order dated July 10, 2020 (and filed July 13, 2020), regarding page limitations and other requirements for briefing and directing certain parties, including Plaintiffs, OID, and SSJID, to meet and confer in an attempt to resolve remaining disputes regarding pending intervention motions ("Order re Page Limits"). ECF Doc. No. 208.

NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel, as follows:

1. OID and SSJID shall be granted permissive intervention in this action, subject to the page limits and other restrictions on all briefing pursuant to the Court's Order re Page Limits, ECF Doc. No. 208, as well as any additional limitations that the Court may impose on that intervention, now or in the future, to ensure the fair and efficient resolution of this litigation.

2. OID and SSJID shall promptly file their answer in intervention to Plaintiffs' First Amended Complaint (ECF Doc. No. 177-4).

3. Plaintiffs, OID and SSJID agree to abide by the Court's Order re Page Limits, including the order's provisions regarding duplicative briefing. ECF Doc. No. 208.

| | | |
|---|---|---|
| 1 | Dated:  July 24, 2020 | */s/ Barbara J. Chisholm* |
| | | Barbara J. Chisholm |

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
ELIZABETH VISSERS (SBN 321365)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

Dated:  July 24, 2020        */s/ Glen H. Spain*
                             Glen H. Spain

GLEN H. SPAIN (SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

Dated: July 24, 2020        O'LAUGHLIN & PARIS, LLP


By:      /s/ Timothy J. Wasiewski
TIMOTHY J. WASIEWSKI

*Attorneys for Proposed Defendant-Intervenor OAKDALE IRRIGATION DISTRICT*

Dated: July 24, 2020        ROBBINS, BROWNING, GODWIN & MARCHINI


By:      /s/ Kenneth Robbins
KENNETH ROBBINS

*Attorneys for Proposed Defendant-Intervenor SOUTH SAN JOAQUIN IRRIGATION DISTRICT*

Dated July 24, 2020

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL & NATURAL RESOURCES DIVISION, WILDLIFE & MARINE RESOURCES SECTION

By: ___/s/ Lesley Lawrence-Hammer_____
LESLEY LAWRENCE-HAMMER
*Attorneys for Federal Defendants*

Dated July 24, 2020

DOWNEY BRAND LLP

By: _____/s/ Meredith Nikkel_____
MEREDITH NIKKEL

*Attorneys for Proposed Defendants-Intervenors*
RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI, et al.; TISDALE IRRIGATION AND DRAINAGE COMPANY; PROVIDENT IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT and TEHAMACOLUSA CANAL AUTHORITY

Dated July 24, 2020

SOMACH SIMMONS & DUNN

By: _____/s/ Andrew Hitchings_____
ANDREW HITCHINGS

*Attorneys for Defendants-Intervenors GLENN COLUSA IRRIGATION DISTRICT; RECLAMATION DISTRICT NO. 104; CONAWAY PRESERVATION GROUP, LLC; DAVID AND ALICE the VELDE FAMILY TRUST; PELGER ROAD 1700, LLC; ANDERSON- COTTONWOOD IRRIGATION DISTRICT; CITY OF REDDING; and KNIGHTS LANDING INVESTORS, LLC*

| | | |
|---|---|---|
| DATED: July 24, 2020 | | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>By: _____/s/ Daniel J. O'Hanlon_____<br>DANIEL J. O'HANLON |

*Attorneys for Defendant-Intervenors*
*SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT*

DATED: July 24, 2020           VAN NESS FELDMAN LLP
                               By: _____/s/ Jenna R. Mandell-Rice_____
                               JENNA R. MANDELL-RICE

*Attorneys for Defendant-Intervenor*
*THE STATE WATER CONTRACTORS*

DATED: July 24, 2020           KAPLAN, KIRSCH & ROCKWELL, LLP
                               By: _____/s/ Matthew G. Adams_____
                               MATTHEW G. ADAMS

*Attorneys for Proposed Defendant-Intervenors*
*FRIANT WATER AUTHORITY and ARVIN-EDISON WATER STORAGE DISTRICT*

DATED: July 24, 2020           PERKINS COIE LLP
                               By: _____/s/ Marc R. Bruner_____
                               MARC R. BRUNER

*Attorneys for Defendant-Intervenor*
*CONTRA COSTA WATER DISTRICT*

DATED: July 24, 2020           BARTKIEWICZ, KRONICK & SHANAHAN, PC
                               By: _____/s/ Jennifer T. Buckman_____
                               JENNIFER T. BUCKMAN

*Attorneys for Proposed Defendant-Intervenors*
*CITY OF FOLSOM, CITY OF ROSEVILLE, and SAN JUAN WATER DISTRICT*

ORDER

Pursuant to the Parties' Stipulation, the Court hereby grants Oakdale Irrigation District and South San Joaquin Irrigation District permissive intervention pursuant to the terms of the Stipulation (Doc. Nos. 177, 209).

IT IS SO ORDERED.

Dated:   **August 5, 2020**                          _____
                                                                     UNITED STATES DISTRICT JUDGE