1  HAMILTON CANDEE (Cal. SBN 111376)
   BARBARA JANE CHISHOLM (Cal. SBN 224656)
2  ELIZABETH VISSERS (Cal. SBN 321365)
   ALTSHULER BERZON LLP
3  177 Post St., Suite 300
   San Francisco, CA 94108
4  Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
   Email: hcandee@altber.com; bchisholm@altber.com;
6        evissers@altber.com

7  *Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources
   Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*
8

9  GLEN H. SPAIN (Cal. SBN 88097)
   P.O. Box 11170
10 Eugene, OR 97440-3370
   Telephone: (541) 689-2000
11 Email: fish1ifr@aol.com

12 *Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and
   Institute for Fisheries Resources*
13

14
                **UNITED STATES DISTRICT COURT**
15           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

16
17 PACIFIC COAST FEDERATION OF              Case No. 1:20-cv-00431-DAD-EPG
   FISHERMEN'S ASSOCIATIONS, *et al.*,
18                                          **REQUEST AND ORDER TO EXCUSE
                                            LATE FILING PURSUANT TO LOCAL
                                            RULE 134(c) TECHNICAL FAILURE**
19               Plaintiffs,

20        v.                                Judge: Hon. Dale A. Drozd

21 WILBUR ROSS, in his official capacity
   as Secretary of Commerce, *et al.*,      Courtroom 5, 7th Floor
22                                          2500 Tulare Street
                 Defendants.                Fresno, CA 93721
23

24

25

26

27

28

1    Pursuant to Local Rule 134(c)(1), Plaintiffs Golden State Salmon Association, Natural

2  Resources Defense Council, Inc., Defenders of Wildlife, Bay.Org d/b/a The Bay Institute, Pacific

3  Coast Federation of Fishermen's Associations and Institute for Fisheries Resources (collectively

4  "Plaintiffs") do and hereby request that the Court excuse the late filing of, and accept as filed, the

5  two documents filed at Dkts. 239 and 239-1, which may have been filed a few minutes past the

6  filing deadline as a result of a technical failure of the Court's CM/ECF site.[1]  *See* CM/ECF

7  notification of filing for Dkts. 239 and 239-1 (indicating that the "transaction was entered" at 0:02

8  a.m. on December 19, but "filed on December 18, 2020)."

9    There is good cause to excuse the late filing of these documents because, as described in

10  further detail below, there was a technical failure of the Court's CM/ECF website that lasted more

11  than two hours on the evening of December 18, 2020.  Local Rule 134(c)(1).  This caused

12  significant delays in Plaintiffs' ability to upload and file the more than two hundred documents

13  associated with Plaintiffs' Motion to Complete the Administrative Records or, in the Alternative,

14  Supplement the Administrative Records ("Motion to Complete the Administrative Records") (Dkt.

15  224).  Plaintiffs ultimately were able to timely file all but one exhibit (split into two parts, Exh.

16  161A-1 and Exh. 161A-2), *see* Dkt. 239, as a result of diligent and continued efforts to file

17  documents over a span of more than seven hours.

18    The delay in filing this exhibit was a result of the significant delays in filing that were

19  caused by the CM/ECF site's technical failure.  Specifically, while Plaintiffs were in the process of

20  filing all of the Exhibits associated with their Motion to Complete the Administrative Records, the

21  CM/ECF site began continuously and repeatedly crashing.  Plaintiffs repeatedly attempted to

22  upload batches of exhibits for filing, but before any filing could be completed, the site would crash

23  and the process of uploading each exhibit to CM/ECF for filing would have to be re-started.  After

24  an hour of such failed attempts and site crashes, Plaintiffs were able to file two small batches of ten

25

26

27

28

[1] Local Rule 134(c) defines a technical failure of the CM/ECF site as a scenario in which "the site is unable to accept filings continuously or intermittently over the course of any period of time greater than two hours after 2:00 p.m. on a given day."  Local Rule 134(c)(1) directs parties with untimely filings due to CM/ECF failure to "file the document as promptly as possible and seek appropriate relief from the Court."

1    exhibits, *see* Dkts. 230 (filed at 8:21 p.m., one hour after Dkt. 229, filed at 7:21 p.m.) and 231

2    (filed at 8:28 p.m.), but then were again unable to successfully file any documents despite repeated

3    and continuous attempts until nearly another hour later, *see* Dkt. 232 (filed at 9:21 p.m.).

4           Given these filing delays and difficulties, and in order to avoid any potential prejudice to

5    other Parties that could potentially result from late-filing of these documents, Plaintiffs prioritized

6    filing their Notice of Request to Seal and Memorandum of Points and Authorities in support of

7    Plaintiffs' Motion to Complete the Administrative records, and were ultimately able to do so at

8    10:41 p.m. and 10:55 p.m.  *See* Dkts. 233, 234.  Plaintiffs then resumed filing the remainder of the

9    Exhibits and were able to timely file all documents except for Exhibits 161A-1 and 161A-2, which

10   were filed three minutes past the filing deadline.  *See* Dkt. 239.  Plaintiffs do not believe the fact

11   that this one exhibit was filed three minutes late caused prejudice to any of the parties.

12          Although the Court's CM/ECF notification indicates that Dkt. 239 and Dkt. 239-1 were

13   "filed" on December 18, 2020, because the transaction was entered two minutes after midnight,

14   Plaintiffs in an abundance of caution request that the Court excuse the late filing as a result of the

15   CM/ECF site's technical failure and accept these documents as filed pursuant to Local Rule

16   134(c)(1).

17

18

19                                              Respectfully submitted,

20   DATED:  December 21, 2020               */s/* Barbara J. Chisholm
                                             Barbara J. Chisholm

21

22                                           HAMILTON CANDEE (SBN 111376)
                                             BARBARA JANE CHISHOLM (SBN 224656)
                                             ELIZABETH VISSERS (SBN 321365)
23                                           ALTSHULER BERZON LLP
                                             177 Post St., Suite 300
24                                           San Francisco, CA 94108
                                             Telephone: (415) 421-7151
25                                           Facsimile: (415) 362-8064

26                                           *Attorneys for Plaintiffs Golden State Salmon*
                                             *Association, Natural Resources Defense Council,*
27                                           *Inc., Defenders of Wildlife, and Bay.Org d/b/a The*
                                             *Bay Institute*
28

1   DATED:  December 21, 2020              */s/* Glen H. Spain
                                          Glen H. Spain
2
                                          GLEN H. SPAIN (SBN 111376)
3                                         P.O. Box 11170
                                          Eugene, OR 97440-3370
4                                         Telephone: (541) 689-2000

5                                         *Attorney for Plaintiffs Pacific Coast Federation of*
                                          *Fishermen's Associations and Institute for Fisheries*
6                                         *Resources*

7

8                              **ORDER**

9          Pursuant to Local Rule 134(c)(1), and good cause having been shown, the court hereby

10   excuses any late filing of, and accepts as filed, the two parts of Exhibit 161A filed by Plaintiffs at

11   Dkts. 239 and 239-1.

12

13   IT IS SO ORDERED.

14      Dated:   **December 31, 2020**      _____
15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28