HAMILTON CANDEE (Cal. SBN 111376)
BARBARA JANE CHISHOLM (Cal. SBN 224656)
ELIZABETH VISSERS (Cal. SBN 321365)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: hcandee@altber.com; bchisholm@altber.com;
        evissers@altber.com

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

GLEN H. SPAIN (Cal. SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
Email: fish1ifr@aol.com

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants. | No. 1:20-cv-00431-DAD-EPG <br><br> <u>ORDER GRANTING REQUEST TO FILE UNDER SEAL DOCUMENTS RE: PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORDS OR, IN THE ALTERNATIVE, SUPPLEMENT THE ADMINISTRATIVE RECORDS UNTIL SUCH TIME AS THE COURT CAN RESOLVE THE PARTIES' DISPUTE REGARDING THE STATUS OF THE SEALED DOCUMENTS</u> <br><br> **[Local Rule 141 (Fed. R. Civ. P. 5.2, 26)]** <br><br> Judge: Hon. Dale A. Drozd <br><br> Courtroom 5, 7th Floor <br> 2500 Tulare Street <br> Fresno, CA 93721 |

1  The request submitted by Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, Bay.Org d/b/a The Bay Institute, Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources (collectively "Plaintiffs") having been presented, and good cause appearing, IT IS HEREBY ORDERED, that the Plaintiffs shall file under seal the following documents associated with the filing of Plaintiffs' Motion to Complete the Administrative Records or, in the Alternative, Supplement the Administrative Records ("Motion to Complete the Administrative Records") (Dkt. 224):

1. Appendix Exhibit 1 (Memorandum to the record authored by Howard Brown regarding Long-term Operation of the Central Valley Project and State Water Project: Consultation Process, dated July 1, 2019)

2. Appendix Exhibit 2 (Memorandum to the record authored by Garwin Yip regarding ROC on LTO consultation process, dated July 1, 2019)

3. Appendix Exhibit 3 (Memorandum to the record authored by Naseem Alston regarding ROC on LTO, dated July 1, 2019)

4. Unredacted version of Plaintiffs' Memorandum of Points and Authorities in Support of Motion to Complete the Administrative Records

Accordingly, pursuant to Local Rule 141(e)(2)(i), Plaintiffs shall e-mail sealed versions of these documents to: ApprovedSealed@caed.uscourts.gov, within 4 days of the date of this Order.

In making this ruling, the Court takes no position at this time as to whether any of the documents to be sealed are in fact privileged, in full or in part, under the deliberative process privilege or any other privilege. Until such time as the Court can rule on Plaintiffs' Motion to Complete the Administrative Records and resolve the parties' dispute about whether the documents are subject to a privilege, the Court agrees that the documents may be filed under seal.

/////
/////
/////
/////
/////
/////

If the Court rules, in resolving Plaintiffs' Motion to Complete the Administrative Records or at any other time, that the documents at issue are not privileged, the documents shall be unsealed pursuant to Local Rule 141(f), and Plaintiffs may refile the previously sealed documents publicly on the docket using the Court's ECF system.

IT IS SO ORDERED.

Dated:   **January 4, 2021**                              /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE