JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
U.S. Department of Justice
Environment & Natural Resources Division
NICOLE M. SMITH, Trial Attorney (CA Bar No. 303629)
150 M St. NE, Washington, D.C. 20002, Tel: (202) 305-0368
LESLEY LAWRENCE-HAMMER, Senior Trial Attorney (DC Bar No. 982196)
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
Tel: (303) 844-1368 (Lawrence-Hammer); Tel: (303) 844-1381 (McDonald)
*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., <br>       Plaintiffs, <br> v. <br> WYNN COGGINS,[1] in her official capacity as Acting Secretary of Commerce, et al., <br>       Defendants. | Case No. 1:20-cv-00426-DAD-EPG <br> Case No. 1:20-cv-00431-DAD-EPG <br><br> ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPLETE AND/OR SUPPLEMENT THE RECORD <br><br> Hearing date: February 11, 2021 <br> Time: N/A <br> Judge: Hon. Dale A. Drozd <br><br> Courtroom 5, 7th Floor <br> 2500 Tulare Street <br> Fresno, CA |
| THE CALIFORNIA NATURAL RESOURCES AGENCY, et al., <br>       Plaintiffs, <br> v. <br> WYNN COGGINS, et al., <br>       Defendants. | |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Wynn Coggins is automatically substituted for Wilbur Ross as Acting Secretary of Commerce.

Upon consideration of Federal Defendants' Motion to Extend the Deadline to Respond to Plaintiffs' Motions to Complete and/or Supplement the Record, and finding good cause shown, the Court establishes the following schedule:

- Federal Defendants will file their responses to Plaintiffs' motions in *PCFFA v. Coggins*, Case No. 1: 20-cv-00431-DAD-EP, to complete the administrative records or, in the alternative, supplement the administrative records (ECF 224), and in *CNRA v. Coggins*, Case No. 1:20-cv-00426-DAD-EPG (ECF 149; ECF 158), to complete and supplement the records, by May 13, 2021.
- Intervenor-Defendants' responses to Plaintiffs' motions shall be due May 17, 2021.
- Any reply will be filed by June 7, 2021.[2]

IT IS SO ORDERED.

Dated:  **February 8, 2021**  

_____
UNITED STATES DISTRICT JUDGE

---

[2] A ninety-day extension of the existing March 8, 2021, deadline for any reply would fall on Sunday, June 6, 2021, so the deadline ordered here is rolled to the following Monday, June 7, 2021.