1 | JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
2 | S. JAY GOVINDAN, Assistant Section Chief
3 | U.S. Department of Justice
Environment & Natural Resources Division
4 | NICOLE M. SMITH, Trial Attorney (CA Bar No. 303629)
150 M St. NE, Washington, D.C. 20002, Tel: (202) 305-0368
5 | LESLEY LAWRENCE-HAMMER, Senior Trial Attorney (DC Bar No. 982196)
6 | EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
7 | Tel: (303) 844-1368 (Lawrence-Hammer); Tel: (303) 844-1381 (McDonald)
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., <br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al., <br> Defendants. <br> _____ <br><br> THE CALIFORNIA NATURAL RESOURCES AGENCY, et al., <br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, et al., <br> Defendants. | Case No. 1:20-cv-00426-DAD-EPG <br> Case No. 1:20-cv-00431-DAD-EPG <br><br><br> **STIPULATION TO EXTEND BY TWO WEEKS THE DEADLINES FOR RESPONSES TO PLAINTIFFS' MOTIONS TO COMPLETE AND/OR SUPPLEMENT THE ADMINISTRATIVE RECORDS AND PLAINTIFFS' REPLIES** |

| | |
|---|---|
| 1 | This stipulation is entered between the parties for an extension of two weeks for Federal |
| 2 | Defendants to respond to Plaintiffs' motions in *Pacific Coast Federation of Fishermen's* |
| 3 | *Associations v. Raimondo* ("*PCFFA*"), Case No. 1:20-cv-00431-DAD-EPG, to complete the |
| 4 | administrative records or, in the alternative, supplement the administrative records (ECF 224), |
| 5 | and in *California Natural Resources Agency v. Raimondo* ("*CNRA*"), Case No. 1:20-cv-00426- |
| 6 | DAD-EPG (ECF 149, ECF 158), to complete and supplement the records (collectively, |
| 7 | "Plaintiffs' Motions"), and corresponding two-week extensions for the deadlines for Intervenor- |
| 8 | Defendants' responses as well as any replies by Plaintiffs. |

**RECITALS**

WHEREAS, on September 23, 2020, the parties stipulated to a schedule for Federal Defendants to produce the administrative records of the United States Fish and Wildlife Service ("FWS"), the National Marine Fisheries Service ("NMFS"), and Bureau of Reclamation ("BOR") for these cases, *CNRA*, ECF 142; *PCFFA*, ECF 217, and the stipulation established a meet and confer process regarding the submitted administrative records and a briefing schedule for any motions to supplement and/or complete the records;

WHEREAS, in accordance with the parties' stipulation, Federal Defendants submitted the three agencies' respective administrative records in these cases on September 23, 2020, *CNRA*, ECF 143; *PCFFA*, ECF 218, and after receiving the records, Plaintiffs in both cases and Intervenor-Defendants identified documents and categories of documents that they wished the agencies would include in the records, the parties met and conferred, and in an effort to narrow the scope of the dispute, Federal Defendants agreed to add certain, but not all, of these documents to the records;

WHEREAS, on December 18, 2020, Plaintiffs in *CNRA* and *PCFFA* filed separate motions to complete and/or supplement the administrative records along with memorandums of law and exhibits, *CNRA*, ECF 149-155; *PCFFA*, ECF 224-239;

WHEREAS, under Executive Order 13390 (Protecting Public Health and the Environment and Restoring Science To Tackle the Climate Crisis, 86 Fed. Reg. 7,037 (Jan. 25, 2021)), FWS, NMFS, and the BOR are currently reviewing the 2019 biological opinions for the

Long-Term Operations of the Central Valley Project and State Water Project ("CVP") challenged in these cases, consistent with the President's direction in that Executive Order[1];

WHEREAS, on June 15, 2021, the Court most recently extended the due dates for Federal Defendants' response to Plaintiffs' Motions to June 28, 2021, the due date for Intervenor-Defendants' responses to Plaintiffs' Motions to July 2, 2021, and the due date for any replies by Plaintiffs to July 23, 2021 (*CNRA*, ECF 177, *PCFFA*, ECF 265);

WHEREAS, Federal Defendants are still evaluating Plaintiffs' Motions;

WHEREAS, Federal Defendants intend to move shortly, but not on or before July 11, 2021, for a stay of these cases to facilitate review of the 2019 biological opinions under Executive Order 13990 in order to conserve judicial resources, and Federal Defendants are still attempting to reach agreement with the parties on such a stay. This extension will allow the parties additional time to discuss whether the parties can reach agreement about a potential stay of litigation before Federal Defendants file a motion for stay; and

WHEREAS, any party may move for emergency relief during the two-week extension stipulated to here, and any party may oppose such a motion.

## STIPULATION

Now therefore, counsel for Federal Defendants, Plaintiffs, and Defendant-Intervenors hereby agree and stipulate, subject to approval by the Court, that: (1) the due date for Federal Defendants' responses to Plaintiffs' motions to complete and/or supplement the administrative records is extended to July 12, 2021; (2) the due date for Intervenor-Defendants' responses to Plaintiffs' Motions is extended to July 16, 2021; and (3) the due date for Plaintiffs' replies is extended to August 6, 2021.

Respectfully submitted,

Dated: June 25, 2021     JEAN E. WILLIAMS

---

[1] *See* The White House, *Fact Sheet: List of Agency Actions for Review*, https://www.whitehouse.gov/briefing-room/statements-releases/2021/01/20/fact-sheet-list-of-agency-actions-for-review/ (last visited June 24, 2021).

Stipulation to Extend Briefing Deadlines for Plaintiffs' Record Motions
Case Nos. 1:20-cv-00426-DAD-EPG; 1:20-cv-00426-DAD-EPG

|   |   |   |
|---|---|---|
| 1 | | Acting Assistant Attorney General |
| 2 | | SETH M. BARSKY, Section Chief |
|   | | S. JAY GOVINDAN, Assistant Section Chief |
| 3 | | U.S. Department of Justice |
| 4 | | Environment & Natural Resources Division |
|   | | LESLEY LAWRENCE-HAMMER |
| 5 | | Sr. Trial Attorney |
|   | | EVE W. MCDONALD |
| 6 | | Trial Attorney |

*/s/ Eve W. McDonald*
EVE W. MCDONALD
Trial Attorney
*Attorneys for Federal Defendants*

Dated: June 25, 2021   */s/ Barbara Jane Chisholm (Email Authorization 6/25)*
HAMILTON CANDEE
BARBARA JANE CHISHOLM
ELIZABETH VISSERS
ALTSHULER BERZON LLP
*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

Dated: June 25, 2021   */s/ Glen H. Spain (Email authorization 6/25)*
GLEN H. SPAIN
*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

Dated: June 25, 2021   ROB BONTA
Attorney General of California
TRACY L. WINSOR
Supervising Deputy Attorney General

*/s/ Daniel M. Fuchs (Email authorization 6/25)*
DANIEL M. FUCHS
Deputy Attorney General
*Attorneys for Plaintiffs California Natural Resources Agency, California Environmental Protection Agency, and People of the State of California by and through Attorney General Rob Bonta*

Dated: June 25, 2021   */s/ Daniel J. O'Hanlon (Email authorization 6/25)*
Daniel J. O'Hanlon
DANIEL J. O'HANLON (SBN 122380)

Stipulation to Extend Briefing Deadlines for Plaintiffs' Record Motions
Case Nos. 1:20-cv-00426-DAD-EPG; 1:20-cv-00426-DAD-EPG

|   |   |   |
|---|---|---|
| 1 | | CARISSA M. BEECHAM (SBN 254625) |
| 2 | | REBECCA L. HARMS (SBN 307954) |
|   | | JENIFER N. GEE (SBN 311492) |
| 3 | | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 4 | | *Attorneys for San Luis & Delta-Mendota Water Authority and Westlands Water District* |
| 5 | Dated: June 25, 2021 | */s/ Andrew Hitchings (Email authorization 6/25)* |
| 6 | | ANDREW HITCHINGS |
|   | | SOMACH SIMMONS & DUNN |
| 7 | | *Attorneys for Intervenor-Defendants Glenn- Coclusa Irrigation District; Reclamation District No. 1004; Conaway Preservation Group, LLC; David and Alice te Velde Family Trust; Pelgar Road 1700, LLC; Anderson-Cottonwood Irrigation District; City of Redding; and Knights Landing Investors, LLC* |
| 11 | Dated: June 25, 2021 | */s/ Meredith E. Nikkel (Email authorization 6/25)* |
| 12 | | MEREDITH E. NIKKEL |
|   | | DOWNEY BRAND LLP |
| 13 | | *Attorneys for Reclamation District No. 108, Sutter Mutual Water Company; Natomas Central Mutual Water Company; River Garden Farms Water Company; Pleasant Grove-Verona Mutual Water Company; Pelger Mutual Water Company; Meridian Farms Water Company; Henry D. Richter, Et Al.; Howald Farms, Inc.; Oji Brothers Farm, Inc.; Oji Family Partnership; Carter Mutual Water Company; Windswept Land And Livestock Company; Maxwell Irrigation District; Beverly F. Andreotti, Et Al.; Tisdale Irrigation And Drainage Company; Provident Irrigation District; Princeton-Codora-Glenn Irrigation District; And Tehama-Colusa Canal Authority* |
| 20 | Dated: June 25, 2021 | */s/ Matthew G. Adams (Email authorization 6/25)* |
| 21 | | MATTHEW G. ADAMS |
|   | | KAPLAN KIRSCH & ROCKWELL, LLP |
| 22 | | *Attorneys for Friant Water Authority and Arvin-Edison Water Storage District* |
| 24 | Dated: June 25, 2021 | */s/ Jenna R. Mandell-Rice (Email authorization 6/25)* |
| 25 | | JENNA R. MANDELL-RICE |
|   | | VAN NESS FELDMAN, LLP |
| 26 | | *Attorneys for Intervenor-Defendants The State Water Contractors* |
| 28 | Dated: June 24, 2021 | */s/ Marc R. Bruner (Email authorization 6/24)* |

Stipulation to Extend Briefing Deadlines for Plaintiffs' Record Motions
Case Nos. 1:20-cv-00426-DAD-EPG; 1:20-cv-00426-DAD-EPG

| | |
|---|---|
| | MARC R. BRUNER<br>PERKINS COIE LLP<br>*Attorneys for Intervenor-Defendant Contra Costa Water District* |
| Dated: June 25, 2021 | */s/ Timothy O'Laughlin (Email authorization 6/25)*<br>TIMOTHY O'LAUGHLIN<br>O'LAUGHLIN & PARIS, PLC<br>*Attorneys for Intervenor-Defendant Oakdale Irrigation District* |
| Dated: June 25, 2021 | */s/ Kenneth Robbins (email authorization 6/25)*<br>KENNETH ROBBINS<br>ROBBINS, BROWNING, GODWIN & MARCHINI<br>*Attorneys for Intervenor-Defendant South San Joaquin Irrigation District* |
| Dated: June X, 2021 | */s/ Jennifer T. Buckman (Email authorization by HJJ 6/27)*<br>JENNIFER T. BUCKMAN<br>BARTKIEWICZ, KRONICK & SHANAHAN, PC<br>*Attorneys for Intervenor-Defendant City of Folsom, City of Roseville, and San Juan Water District* |

**ORDER**

Pursuant to the Parties' Stipulation, the court hereby orders as follows:

(1) the due date for Federal Defendants' responses to Plaintiffs' motions in *PCFFA v. Raimondo*, Case No. 1: 20-cv-00431-DAD-EPG, to complete the administrative records or, in the alternative, supplement the administrative records (ECF 224), and in *CNRA v. Raimondo*, Case No. 1:20-cv-00426-DAD-EPG (ECF 149; ECF 158), to complete and supplement the records, is July 12, 2021;

(2) the due date for Intervenor-Defendants' responses to Plaintiffs' Motions is July 16, 2021; and

(3) the due date for Plaintiffs' replies is August 6, 2021.

IT IS SO ORDERED.

Dated: __**July 1, 2021**__

_____
UNITED STATES DISTRICT JUDGE