# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.<br>*Plaintiff*<br>v.<br>GINA RAIMONDO, in her official capacity as Secretary<br>*Defendant* | Case No. 1:20-cv-00431-DAD-EPG |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor, San Juan Water District.

Date: 07/19/2021

*/s/Bruce A. Lindsay*
*Attorney's signature*

Bruce A. Lindsay, 102794
*Printed name and bar number*

Jones & Mayer
3777 N Harbor Blvd.
Fullerton, CA 92835
*Address*

bal@jones-mayer.com
*E-mail address*

(714) 446-1400
*Telephone number*

(714) 446-1448
*FAX number*