**FILED**

JUL 16 2021

AO 154 (10/03) Substitution of Attorney

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
CALIFORNIA DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN District of _____

|  |  |
|---|---|
| Plaintiff (s). | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| v. | |
| Defendant (s). | CASE NUMBER: 1:20-cv-00431-DAD-EPG |

Notice is hereby given that, subject to approval by the court, Defendant, San Juan Water District substitutes

(Party (s) Name)

Bruce A. Lindsay, Jones & Mayer _____ State Bar No. 102794 _____ as counsel of record in

(Name of New Attorney)

place of Jennifer T. Buckman, Bartkiewicz, Kronick & Shanahan, APC _____

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Jones & Mayer |
|---|---|
| Address: | 3777 North Harbor Blvd., Fullerton, CA 92835 |
| Telephone: | (714) 446-1400     Facsimile (714) 446-1448 |
| E-Mail (Optional): | bal@jones-mayer.com |

I consent to the above substitution.

Date: July , 2021

Defendant, San Juan Water District

_Paul Helliker_

(Signature of Party (s))

I consent to being substituted.

Date: July 15 2021

Jennifer T. Buckman

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: July 15, 2021

Bruce A. Lindsay

/s/Bruce A. Lindsay

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/16/21

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]