TIMOTHY J. WASIEWSKI (SBN 302306)
PARIS KINCAID & WASIEWSKI, LLP
2617 K Street, Suite 100
Sacramento, California  95816
Telephone:  (916) 264-2045
Facsimile:  (916) 264-2040
Email:  tw@pariskincaid.com

Attorneys for Defendant/Intervenor
SOUTH SAN JOAQUIN IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, et al., <br><br> Defendants. | Case No. 1:20-cv-00431-DAD-EPG <br><br> **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT effective immediately, O'Laughlin & Paris, LLP has changed its name to Paris, Kincaid & Wasiewski, LLP.  The firm's name, telephone number and facsimile numbers will remain the same.

IN ADDITION, PLEASE TAKE NOTICE, effective immediately, the email address of Timothy J. Wasiewski has changed to:  tw@pariskincaid.com

Please update your records to reflect these changes.

DATED:  September 29, 2021            PARIS KINCAID & WASIEWSKI, LLP

                                      By: _/s/ Timothy J. Wasiewski_____
                                          TIMOTHY J. WASIEWSKI
                                          Attorneys for Defendant/Intervenor
                                          SOUTH SAN JOAQUIN IRRIGATION DISTRICT