AO 154 (10/03) Substitution of Attorney

**FILED**

**SEP 30 2021**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
**EASTERN** District of **CALIFORNIA**

PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS, et al.,

        Plaintiff(s),

V.

GINA RAIMONDO, et al.

        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-cv-00431-DAD-EPG

Notice is hereby given that, subject to approval by the court, **South San Joaquin Irrigation District** substitutes
(Party(s) Name)

**Timothy J. Wasiewski**, State Bar No. **302306** as counsel of record in
(Name of New Attorney)

place of **Kenneth Robbins (SBN 72389) - Robbins, Browning, Godwin & Marchini, LLP**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Paris, Kincaid & Wasiewski, LLP
    Address: 2617 K Street, Suite 100, Sacramento, CA 95816
    Telephone: (916) 993-3962     Facsimile (916) 264-2040
    E-Mail (Optional): tw@pariskincaid.com

I consent to the above substitution.

Date: September 28, 2021

PETER RIETKERK
(Signature of Party(s))

I consent to being substituted.

Date: September 27, 2021

KENNETH ROBBINS
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: September 24, 2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/30/21

                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]