# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Pacific Coast Federation of Fisherman's Assn, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00431-DAD-EPG |
| Wilbur Ross, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant San Juan Water District.

Date: 10/1/21

/s/ Kristen T. Castanos
*Attorney's signature*

Kristen T. Castanos - SB #198672
*Printed name and bar number*
Stoel Rives LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814

*Address*

kristen.castanos@stoel.com
*E-mail address*

(916) 447-0700
*Telephone number*

(916) 447-4781
*FAX number*