TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
U.S. Department of Justice
Environment & Natural Resources Division
NICOLE M. SMITH, Trial Attorney (CA Bar No. 303629)
CLIFFORD E. STEVENS, JR., Senior Trial Attorney (DC Bar No. 463906)
150 M St. NE, Washington, D.C. 20002
Tel: (202) 305-0368 (Smith); Tel: (202) 353-7548 (Stevens)
LESLEY LAWRENCE-HAMMER, Senior Trial Attorney (DC Bar No. 982196)
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
999 18th Street, South Terrace – Suite 370, Denver, CO 80202
Tel: (303) 844-1368 (Lawrence-Hammer); Tel: (303) 844-1381 (McDonald)
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al.,<br>Defendants.<br><br>———————————————<br><br>THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, et al.,<br>Defendants. | Case No. 1:20-cv-00426-DAD-EPG<br>Case No. 1:20-cv-00431-DAD-EPG<br><br>**OCTOBER 1, 2021 JOINT STATUS REPORT** |

OCTOBER 1, 2021 JOINT STATUS REPORT
Case Nos. 1:20-cv-0043126-DAD-EPG; 1:20-cv-00426-DAD-EPG

Pursuant to the Court's August 20, 2021 Order Granting Motion to Stay until September 30, 2021 (Doc. No. 285, Case No. 1:20−cv−00431−DAD−EPG; Doc. No. 194, Case No. 1:20-cv- 00426-DAD-EPG) ("Aug. 2021 Order"), the parties in the two above-captioned cases hereby submit this joint status report outlining their respective positions on how these cases should proceed. While each group of parties presents their specific positions below, all parties in both cases agree that these matters should continue to be stayed for two more weeks to allow the parties to continue to attempt to reach agreement on the appropriate path forward in these related lawsuits.

**Federal Defendants' and State Plaintiffs' Report**

On September 30, 2021, the United States Bureau of Reclamation (Reclamation), in coordination with the United States Fish and Wildlife Service (FWS), the National Marine Fisheries Service (NMFS), and the California Department of Water Resources (DWR), requested to reinitiate consultation on the Long-Term Operation of the Central Valley Project (CVP) and State Water Project (SWP) under Section 7 of the Endangered Species Act. Attach. 1; *see also* Attach. 2 (NOAA letter), Attach. 3 (FWS letter). The Federal Defendants and Plaintiffs in *CNRA v. Raimondo* ("the State Plaintiffs") will expeditiously pursue reinitiated consultation under Section 7 of the Endangered Species Act, with goals of (a) completion of new Biological Opinions within 12 months of receipt by NMFS and USFWS of a Proposed Action from Reclamation; (b) Reclamation submitting a comprehensive Proposed Action, including all analyses necessary to support the Proposed Action, by December 2022; and (c) Reclamation preparing associated National Environmental Policy Act (NEPA) documents to implement the new Proposed Action/Preferred Alternative by October 1, 2024.

As part of the reconciliation process described in Federal Defendants' prior filings (Doc. No. 272, Case No. 1:20−cv−00431−DAD−EPG; Doc. No. 186, Case No. 1:20-cv- 00426-DAD-EPG), the Federal Defendants and the State Plaintiffs have also been "fully engaged in the serious task of determining how the projects will be operated during [the] interim period [when] ESA-consultation is re-initiated." Aug. 2021 Order at 5. Specifically, the Federal Defendants and

OCTOBER 1, 2021 JOINT STATUS REPORT                                                                                                    1
Case Nos. 1:20-cv-0043126-DAD-EPG; 1:20-cv-00426-DAD-EPG

1  the State Plaintiffs have been working diligently to develop a plan for operations of the
2  CVP/SWP ("interim operations plan") through September 30, 2022 while reinitiated consultation
3  is ongoing. The Federal Defendants and the State Plaintiffs acknowledge that reinitiated
4  consultation may take more than one year, but both agree that addressing interim operations for
5  one year at this time allows the parties to plan for operations based on actual and expected
6  conditions for the water year that starts today, October 1, 2021. The Federal Defendants and the
7  State Plaintiffs have presented and discussed their interim operations plan with all parties in
8  these cases, although not all parties have been able to provide feedback as of September 30,
9  2021, and discussions with other parties are ongoing.

10  In order to allow sufficient time for all parties to fully discuss the interim operations plan
11  and attempt to reach agreement with the plaintiffs in *PCFFA v. Raimondo* ("*PCFFA* Plaintiffs")
12  and Defendant-Intervenors in both cases, and to obtain the required approvals from all of the
13  parties, the Federal Defendants and the State Plaintiffs propose that these cases remain stayed for
14  two additional weeks, through and until October 15, 2021.  At that time, the Federal Defendants
15  and the State Plaintiffs propose that the parties submit another joint status report outlining their
16  respective positions on how these cases should proceed.  Subject to obtaining the necessary
17  approvals, this joint status report will attach the interim operations plan and describe the status of
18  the parties' agreement thereto.

### ***PCFFA* Plaintiffs' Report**

20  Federal Defendants and State Plaintiffs first shared a written proposal with *PCFFA*
21  Plaintiffs on Monday, September 27, 2021.  *PCFFA* Plaintiffs provided a written response to the
22  Federal Defendants' and State Plaintiffs' proposal within two days, on Wednesday, September
23  29, 2021, and understand that the Federal Defendants are in the process of reviewing that
24  response.  *PCFFA* Plaintiffs also requested that the Federal Defendants and State Plaintiffs share
25  the modeling that they have done of their proposed interim operations.  *PCFFA* Plaintiffs
26  understand that State Plaintiffs are in the process of preparing a response with the modeling and
27  related assumptions.

28

*PCFFA* Plaintiffs do not oppose a short extension of the current stay to allow the parties in both cases to continue discussing the interim operations plan. *PCFFA* Plaintiffs continue to believe that it is imperative that the CVP and SWP interim operations plan for 2022 reflect the very dire situation of winter-run Chinook salmon and Delta smelt, among other protected species, be based on the best available science, and be consistent with state and federal law. An extension of the stay by two weeks will still allow the Court, if necessary, to rule on a motion related to interim operations prior to January 1, 2022.

### Defendant-Intervenors' Position

1. Contra Costa Water District (CCWD):

CCWD supports a stay and believes that a 30-day stay would be appropriate to provide sufficient time for reviewing and providing meaningful input on the proposed interim operations plan. CCWD requests that the Federal Defendants and State Plaintiffs promptly provide the modeling and any other relevant technical documentation associated with the plan to facilitate the review.

2. Oakdale Irrigation District: Agrees to a two week stay.

3. Remaining Defendant-Intervenors

Defendant-Intervenors need adequate time and information to be able to evaluate the components of any proposed interim operations plan. The affected water suppliers need to be included in discussions regarding components of any interim operations plan, given California's severe and ongoing drought and the obvious implications of the components of any interim operations plan on the water suppliers' ability to continue to provide water service to their customers. To allow sufficient time for the affected parties to obtain the information they need to inform themselves about the substantive components of a potential plan, Defendant-Intervenors propose that these cases remain stayed for 30 days, until November 1, 2021. Defendant-Intervenors reserve all rights and positions regarding the Federal Defendants' decision to reinitiate consultation on the 2019 BiOps and on any interim operations plan that may result from this process.

Furthermore, agreement of State Water Contractor ("SWC") Defendant-Intervenors to the continued stay is premised on an understanding that (i) Federal Defendants and State Plaintiffs will provide in a timely manner all analyses of the effects of the proposed interim operations plan on project operations, water deliveries, and listed species and (ii) prior to the adoption and implementation of an interim operations plan that deviates from the action analyzed in the 2019 Biological Opinions and adopted in the 2019 Record of Decision, Federal Defendants will comply with the Endangered Species Act, 16 U.S.C. 1536(a)(2), the National Environmental Policy Act, 42 U.S.C. 4332(2)(C), and the Water Infrastructure Improvements for the Nation (WIIN) Act, Pub. L. No. 114-322 (2016). To the extent that the Federal Defendants attempt to implement any of the components of the proposed interim operations during the pendency of the stay, SWC objects to such implementation and reserves all rights and positions to oppose such implementation.

DATED: October 1, 2021          Respectfully submitted,

TODD KIM
Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Lesley Lawrence-Hammer*
LESLEY LAWRENCE-HAMMER
Sr. Trial Attorney (DC Bar No. 982196)
Wildlife & Marine Resources Section
Tel: (303) 844-1368
Lesley.Lawrence-Hammer@usdoj.gov

NICOLE M. SMITH
Trial Attorney (CA Bar No. 303629)
Wildlife & Marine Resources Section
Tel: (202) 305-0368
Nicole.M.Smith@usdoj.gov

CLIFFORD E. STEVENS, Jr.
Sr. Trial Attorney (DC Bar No. 463906)
Wildlife & Marine Resources Section

OCTOBER 1, 2021 JOINT STATUS REPORT                                                 4
Case Nos. 1:20-cv-0043126-DAD-EPG; 1:20-cv-00426-DAD-EPG

Tel.: (202) 353-7548
clifford.stevens@usdoj.gov

EVE W. MCDONALD
Trial Attorney (CO Bar No. 26304)
Natural Resources Section
Tel: (303) 844-1381
Evelyn.Mcdonald@usdoj.gov

*Attorneys for Federal Defendants*

| | |
|---|---|
| Dated:  October 1, 2021 | Respectfully submitted, |

ROB BONTA
Attorney General of California
TRACY L. WINSOR
Supervising Deputy Attorney General

 */s/ Daniel M. Fuchs*

DANIEL M. FUCHS
Deputy Attorney General
*Attorneys for Plaintiffs*
*California Environmental Protection Agency, California Natural Resources Agency, and People of the State of California by and Through Rob Bonta, Attorney General of the State of California*

| | |
|---|---|
| DATED:  October 1, 2021 |  */s/  Barbara J. Chisholm* |
| | Barbara J. Chisholm |

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
ELIZABETH VISSERS (SBN 321365)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

OCTOBER 1, 2021 JOINT STATUS REPORT                                                                                   5
Case Nos. 1:20-cv-0043126-DAD-EPG; 1:20-cv-00426-DAD-EPG

DATED:  October 1, 2021               /s/  Glen H. Spain
                                      Glen H. Spain

                                      GLEN H. SPAIN (SBN 111376)
                                      P.O. Box 11170
                                      Eugene, OR 97440-3370
                                      Telephone: (541) 689-2000


                                      *Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*


DATED: October 1, 2021                KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                      A Professional Corporation



                                By:        */s/ Daniel J. O'Hanlon*
                                      Daniel J. O'Hanlon
                                      *Attorneys for Defendant-Intervenors,*
                                      *San Luis & Delta-Mendota Water Authority*
                                      *and Westlands Water District*


DATED: October 1, 2021
                                       */s/ Rachel Jacobson*
                                      RACHEL JACOBSON, (*Pro Hac Vice*)
                                      rachel.jacobson@wilmerhale.com
                                      WILMER CUTLER PICKERING HALE and DORR LLP
                                      1875 Pennsylvania Avenue NW
                                      Washington, DC 20006
                                      Telephone: (202) 663-6385
                                      Facsimile: (202) 663-6363

                                      Attorney for Westlands Water District


DATED: October 1, 2021                PERKINS COIE LLP

                                By:   */s/ Marc Bruner*
                                       MARC BRUNER

OCTOBER 1, 2021 JOINT STATUS REPORT                                              6
Case Nos. 1:20-cv-0043126-DAD-EPG; 1:20-cv-00426-DAD-EPG

|   |   |
|---|---|
|   | Attorneys for Defendant-Intervenor<br>CONTRA COSTA WATER DISTRICT |
| DATED: October 1, 2021 | Bartkiewicz, Kronick & Shanahan, PC |
|   | By: /s/ *Jennifer T. Buckman*<br>Jennifer T. Buckman<br>Attorneys for the City of Folsom and the City of Roseville |
| DATED: October 1, 2021 | KAPLAN KIRSCH & ROCKWELL, LLP<br>/s/ Matthew G. Adams<br>MATTHEW G. ADAMS<br><br>*Attorneys for Friant Water Authority and Arvin-Edison Water Storage District* |
| DATED: October 1, 2021 | VAN NESS FELDMAN, LLP<br><br>*/S/ Jenna R. Mandell-Rice,*<br>JENNA R. MANDELL-RICE,<br><br>*Attorney for Intervenor-Defendant The State Water Contractors* |
| DATED:  October 1, 2021 | STOEL RIVES LLP<br><br>By: /s/ *Elizabeth Ewens*<br><br>ELIZABETH EWENS<br>Attorneys for Defendant-Intervenor SAN JUAN WATER DISTRICT |
| DATED: October 1, 2021 | /s/ *Brittany K. Johnson*<br>BRITTANY K. JOHNSON<br>SOMACH SIMMONS & DUNN<br>*Attorneys for Intervenor-Defendants Glenn- Colusa Irrigation District; Reclamation District No. 1004; Conaway Preservation Group, LLC; David and Alice te Velde Family Trust; Pelgar Road 1700, LLC; Anderson-Cottonwood Irrigation District;* |

OCTOBER 1, 2021 JOINT STATUS REPORT                                                              7
Case Nos. 1:20-cv-0043126-DAD-EPG; 1:20-cv-00426-DAD-EPG

|   |   |   |
|---|---|---|
| DATED: October 1, 2021 | | /s/ Meredith E. Nikkel |

MEREDITH E. NIKKEL
DOWNEY BRAND LLP

*Attorneys for Reclamation District No. 108, Sutter Mutual Water Company; Natomas Central Mutual Water Company; River Garden Farms Water Company; Pleasant Grove-Verona Mutual Water Company; Pelger Mutual Water Company; Meridian Farms Water Company; Henry D. Richter, Et Al.; Howald Farms, Inc.; Oji Brothers Farm, Inc.; Oji Family Partnership; Carter Mutual Water Company; Windswept Land And Livestock Company; Maxwell Irrigation District; Beverly F. Andreotti, Et Al.; Tisdale Irrigation And Drainage Company; Provident Irrigation District; Princeton-Codora-Glenn Irrigation District; and Tehama-Colusa Canal Authority*

DATED:  October 1, 2021            PARIS KINCAID & WASIEWSKI, LLP


By:   /s/  Timothy J. Wasiewski
TIMOTHY J. WASIEWSKI
Attorneys for Defendant/Intervenor
SOUTH SAN JOAQUIN IRRIGATION DISTRICT


DATED: October 1, 2021            /s/ Timothy O'Laughlin
TIMOTHY O'LAUGHLIN
TIMOTHY O'LAUGHLIN, PLC

*Attorneys for Intervenor-Defendant Oakdale Irrigation District*

OCTOBER 1, 2021 JOINT STATUS REPORT                                                      8
Case Nos. 1:20-cv-0043126-DAD-EPG; 1:20-cv-00426-DAD-EPG

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

*/s/ Lesley Lawrence-Hammer.*
Lesley Lawrence-Hammer
Sr. Trial Attorney