United States Department of the Interior

BUREAU OF RECLAMATION
2800 Cottage Way
Sacramento, CA  95825-1898

IN REPLY REFER TO:
CGB-100
2.2.1.06

VIA ELECTRONIC MAIL

Paul Souza, Regional Director
U.S. Fish and Wildlife Service
Interior Region 10, California-Great Basin
2800 Cottage Way, Suite W-2606
Sacramento, CA  95825
paul_souza@fws.gov

Barry Thom, Regional Administrator
National Marine Fisheries Service
West Coast Regional Office
1201 Northeast Lloyd Boulevard
Portland, OR 97232
barry.thom@noaa.gov

Subject: Reinitiation of Section 7 Consultation for the Long-Term Operation of the Central Valley Project (CVP) and State Water Project (SWP)

Dear Mr. Souza and Mr. Thom:

Reclamation, after coordination with you and the California Departments of Water Resources (DWR) and Fish and Wildlife (CDFW), requests reinitiation of consultation on the Long-Term Operation of the CVP and SWP. Pursuant to 50 CFR § 402.16, reinitiation is warranted based on anticipated modifications to the Proposed Action that may cause effects to listed species or designated critical habitats not analyzed in the U.S. Fish and Wildlife Service (USFWS) and National Marine Fisheries Service (NMFS) Biological Opinions, dated October 21, 2019.

To address the review of agency actions required by Executive Order 13990 and to voluntarily reconcile CVP operating criteria with operational requirements of the SWP under the California Endangered Species Act, Reclamation and DWR anticipate a modified Proposed Action and associated biological effects analysis that would result in new Biological Opinions for the CVP and SWP.  The goals will be to support species viability, protect life history diversity, support operational flexibility, provide regulatory certainty, support science and monitoring, and to create a single feasible adaptable coordinated operation for the CVP and SWP. Reclamation understands that DWR will be an applicant in the consultation and that CDFW participation will facilitate updating DWR's Incidental Take Permit for the operation of the SWP.

INTERIOR REGION 10 • CALIFORNIA–GREAT BASIN

CALIFORNIA*, NEVADA*, OREGON*

* PARTIAL

Subject:  Reinitiation of Section 7 Consultation for the Long-Term Operation of the Central     2
Valley Project (CVP) and State Water Project (SWP)

I appreciate the efforts by you and your staff in working with Reclamation and the State of California to implement Long-Term Operations. Until new Biological Opinions are issued, and National Environmental Policy Act requirements are completed, the CVP will continue to operate pursuant to the existing consultation and Record of Decision as modified by interim measures, if any, as required by ongoing drought conditions or as ordered in conjunction with any ongoing litigation.  Reclamation will remain in close coordination with USFWS and NMFS throughout reinitiation.

Sincerely,

Ernest A Conant
Digitally signed by Ernest A Conant
Date: 2021.09.30 12:40:39 -07'00'

Ernest A. Conant
Regional Director


ec:     Karla Nemeth
        Director, California Department of Water Resources
        P.O. Box 942836, Room 1115-1
        Sacramento, CA 94236-0001
        karla.nemeth@water.ca.gov


        Charlton Bonham
        Director, California Department of Fish and Wildlife
        P.O. Box 944209
        Sacramento, CA 94244
        chuck.bonham@wildlife.ca.gov