

United States Department of the Interior

FISH AND WILDLIFE SERVICE
2800 Cottage Way – Suite W2606
Sacramento, California 95814



In reply refer to:
08FBDT00-2019-F-0164-R001

Memorandum

To:     Mr. Ernest Conant, Regional Director, U.S. Bureau of Reclamation, Interior Region 10, California-Great Basin, Sacramento, California

From:     Mr. Paul Souza, Regional Director, U.S. Fish and Wildlife Service, Interior Region 10, California-Great Basin, Sacramento, California

Subject:     Request for Reinitiation of the 2019 Section 7 Consultation for the Long-Term Operation of the Central Valley Project (CVP) and State Water Project (SWP)

Thank you for your request to reinitiate section 7 consultation on the Long-Term Operation (LTO) of the Central Valley Project (CVP) and State Water Project (SWP). The U.S. Fish and Wildlife Service (Service) agrees with your assessment that reinitiation of consultation is necessary to address anticipated modifications to the Proposed Action that was addressed in the 2019 Biological Assessment and Biological Opinion on the LTO of the CVP and SWP. This response is provided under the authority of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq*.) (Act), and in accordance with the implementing regulations pertaining to interagency cooperation (50 CFR 402).

We understand and agree with the goals of this reinitiation, as expressed in your reinitiation letter. As required by section 7(a)(2) of the Act, this reinitiation of consultation must utilize the best scientific and commercial information available. The 2019 consultation addressed effects to 15 federally-listed species and two critical habitat designations, including delta smelt and its critical habitat. The Service stands ready to assist the U.S. Bureau of Reclamation (Reclamation) and the California Department of Water Resources (DWR) with determining which species and critical habitat may be affected and measures to avoid and minimize adverse effects to the extent feasible.

We recognize that this type of operations consultation is most efficiently and effectively done with participation of Reclamation, DWR, National Marine Fisheries Service, California Department of Fish and Wildlife and the Service, so we support this multi-agency collaboration and look forward to working with the agencies on this reinitiation.

PAUL SOUZA    Digitally signed by PAUL SOUZA
Date: 2021.10.01 10:57:05 -07'00'