1   **COUNSEL IDENTIFICATION ON FINAL PAGES**

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11   PACIFIC COAST FEDERATION OF               Case No. 1:20-cv-00431-DAD-EPG
     FISHERMEN'S ASSOCIATIONS, et al.,
                                               **STIPULATION BETWEEN FEDERAL**
12              Plaintiffs,                     **DEFENDANTS AND PLAINTIFFS**
          v.                                    **REGARDING PLAINTIFFS'**
13                                              **ADMINISTRATIVE RECORD MOTION;**
     GINA RAIMONDO, in her official             **[PROPOSED] ORDER**
14   capacity as Secretary of Commerce, et
     al.,
15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    This Stipulation is entered between Federal Defendants and Plaintiffs in *Pacific Coast*

2    *Federation of Fishermen's Associations v. Raimondo* ("*PCFFA*"), Case No. 1:20-cv-00431-DAD-

3    EPG, and addresses Plaintiffs' pending motion to complete the administrative records or, in the

4    alternative, supplement the administrative records ("Administrative Record motion"), Dkt. 224.

5                                                **RECITALS**

6        WHEREAS, on September 23, 2020, the parties stipulated to a schedule for Federal

7    Defendants to produce the administrative records of the United States Fish and Wildlife Service

8    ("FWS"), the National Marine Fisheries Service ("NMFS"), and Bureau of Reclamation ("BOR")

9    for this case, Dkt. 217, and the stipulation established a meet and confer process regarding the

10   submitted administrative records and a briefing schedule for any motions to supplement and/or

11   complete the records;

12       WHEREAS, in accordance with the parties' September 23, 2020 stipulation, Federal

13   Defendants submitted the three agencies' respective administrative records, Dkt. 218, and after

14   receiving the records, Plaintiffs and Intervenor-Defendants identified documents and categories of

15   documents that they wished the agencies would include in the records, the parties met and

16   conferred, and in an effort to narrow the scope of the dispute, Federal Defendants agreed to add

17   certain, but not all, of these documents to the records;

18       WHEREAS, on December 18, 2020, Plaintiffs filed their Administrative Record motion

19   along with a memorandum of law and exhibits, Dkt. 224-239;

20       WHEREAS, on October 14, 2021, the parties filed a joint status report that included their

21   positions regarding Plaintiffs' pending Administrative Record motion, Dkt. 296, and on October

22   15, 2021, the Court issued a Minute Order stating that it was "inclined to agree … that, absent a

23   stipulation regarding evidentiary items that are most of interest to [*PCFFA*] plaintiffs, it is not

24   appropriate to continue to delay resolution of at least the most critical disputes over the content of

25   the administrative record" and that the parties "may present a stipulation proposing a plan to

26   present priority evidentiary disputes to the court in as concise a manner as possible," Dkt. 297;

27       WHEREAS, on October 20, 2021, the Court issued a further Order directing Federal

28   Defendants to respond to Plaintiffs' Administrative Record motion on or before November 2,

1   2021, and directing the parties "to engage [in] good faith efforts to resolve as many of [their]

2   disputes as possible and to focus any further briefing on documents that are of pivotal importance

3   to the issues plaintiffs anticipate presenting to the court" in relation to their upcoming filings, Dkt.

4   302;

5        WHEREAS, Federal Defendants have reviewed the specific documents that Plaintiffs

6   requested the agencies add to their administrative records, as identified in the appendix to

7   Plaintiffs' Administrative Record motion, Dkt. 226, and Plaintiffs and Federal Defendants have

8   met and conferred in an effort to further narrow the scope of their disputes regarding the

9   administrative records; and

10       WHEREAS, as set forth in the Stipulation below, Federal Defendants have agreed to add a

11  number of documents to the NMFS, FWS, and/or BOR records in an effort to resolve this specific

12  dispute, in these unique circumstances, in accordance with the Court's instructions; and

13       WHEREAS, Plaintiffs and Federal Defendants have agreed on procedures for resolving

14  any remaining disputes regarding the Administrative Record motion.

15                                     **STIPULATION**

16       NOW THEREFORE, counsel for Federal Defendants and Plaintiffs in the above-captioned

17  matter hereby agree and stipulate that:

18       (1)    Federal Defendants will include in the administrative records the documents

19               identified in Attachment A to this Stipulation;

20       (2)    Federal Defendants will provide[1] to Plaintiffs by November 10, 2021, documents

21               that Federal Defendants have agreed will be added to the administrative record(s),

22               but which are not already in the possession of Plaintiffs or which Plaintiffs possess

23               in a redacted format, specifically, the following documents, which are identified

24               pursuant to the numbering reflected in the Appendix to Plaintiffs' Administrative

25               Record motion, Dkt. 226: Document Nos. 4a, 5a, 6a (in unredacted format;

26

27  [1] Federal Defendants and Plaintiffs agree that these documents can be provided to Plaintiffs
    informally, without bates-stamps, and that formal supplementation of the administrative records

28  with bates-stamped copies of any documents can wait until all administrative record disputes are
    resolved.

1    redacted version filed at Dkt. 226-7), 6b, 6c, 6d, 6e, 6f, 7a, 8a, 8b, 8c, 9a, 9b, 9c,

2    9d, 10a, 12a, 14a, 14b, 14c, 28a, 65a, 65b, 65c, 65d, 68a, 68b, 72a, 78a, 81 (with

3    email header to be unredacted; redacted version filed at Dkt. 228-25), 81a, 95a, and

4    98a;

5    (3)    Following Federal Defendants' November 10, 2021 production, as described in

6    paragraph (2), Federal Defendants and Plaintiffs will meet and confer to determine

7    if there are any outstanding disputes regarding the scope of redactions made by

8    Federal Defendants to the documents produced on November 10, 2021, and further

9    agree that Plaintiffs may seek Court resolution of any remaining disputes regarding

10    the scope of redactions as part of their anticipated upcoming filings regarding

11    interim injunctive relief;

12    (4)    Federal Defendants agree not to move to strike or otherwise challenge Plaintiffs'

13    reliance on the document identified in the Appendix to Plaintiffs' Administrative

14    Record motion, Dkt. 226, as Document 15, and NMFS and FWS agree not to move

15    to strike or otherwise challenge Plaintiffs' reliance on Document 119 (which is

16    already included in the BOR administrative record), in Plaintiffs' anticipated filings

17    regarding any request for voluntary remand and motions for interim injunctive

18    relief; however, Federal Defendants do not agree at this time to add Document 15

19    to any of their administrative records or to add Document 119 to the NMFS and

20    FWS administrative records, and expressly reserve their right to challenge their

21    inclusion; and

22    (5)    Federal Defendants and Plaintiffs agree that the resolution of all remaining issues

23    regarding the scope of the administrative records, as presented in Plaintiffs'

24    Administrative Record motion, should be deferred until July 1, 2022.

25

26    Dated:  November 8, 2021                    */s/ Barbara J. Chisholm*
      Barbara J. Chisholm

27
      HAMILTON CANDEE (SBN 111376)
28    BARBARA JANE CHISHOLM (SBN 224656)

1

2

3

4

5

6

NICOLE S. COLLINS (SBN 338506)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

7

8

Dated:  November 8, 2021

*/s/.Glen H. Spain*
Glen H. Spain

9

10

11

12

13

GLEN H. SPAIN (SBN 111376)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

14

Dated:  November 8, 2021

15

16

17

18

19

20

JEAN E. WILLIAMS
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
U.S. Department of Justice Environment & Natural Resources Division
LESLEY LAWRENCE-HAMMER
Sr. Trial Attorney
NICOLE M. SMITH
Trial Attorney
EVE W. MCDONALD
Trial Attorney

21

22

23

/s/ *Lesley Lawrence-Hammer*
LESLEY LAWRENCE-HAMMER
Sr. Trial Attorney
*Attorneys for Federal Defendants*

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          The court has carefully considered the foregoing Stipulation of Federal Defendants and

3    Plaintiffs and hereby approves the schedule and procedures proposed therein.

4

IT IS SO ORDERED.

5

6          Dated:    **November 8, 2021**          _____

                                                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28