UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al*., <br><br> Plaintiffs, <br> v. <br> GINA RAIMONDO, *et a*l., <br><br> Defendants. | No. 1:20-cv-00431-DAD-EPG <br> No. 1:20-cv-00426-DAD-EPG <br><br> ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR REMAND WITHOUT VACATUR AND INTERIM INJUNCTIVE RELIEF |
| THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.,* <br><br> Plaintiffs, <br> v. <br> GINA RAIMONDO, *et a*l., <br><br> Defendants. | |

Pursuant to the Joint Status Report filed by the parties on November 4, 2021 (ECF No. 307, ECF No. 212), and the Court's Minute Order filed November 9, 2021 (ECF No. 310, ECF No. 214), the Court hereby enters the following briefing schedule for the anticipated motions

in the above-captioned cases:

**November 23, 2021**:

In *PCFFA v. Raimondo* and *CNRA v. Raimondo*, Federal Defendants' last day to file a motion for voluntary remand of the 2019 Biological Opinions and Record of Decision without vacatur requesting that the Court issue an order approving a specifically identified plan for interim operations of the Central Valley Project through September 30, 2022, as equitable relief on remand; that the cases be stayed for the same time period; and that the Court retain jurisdiction during the pendency of the remand.

In *CNRA v. Raimondo*, State Plaintiffs' last day to file a motion for injunctive relief regarding interim operations, seeking judicial approval of a specifically identified plan for interim operations referenced by Federal Defendants above (i.e., the interim operations plan previously submitted to the Court on October 14, 2021, including any modifications that may be agreed upon by the Federal Defendants and State Plaintiffs prior to filing this motion on November 23).

**December 16, 2021**:

In *PCFFA v. Raimondo*, PCFFA Plaintiffs' last day to file a response /opposition to the motions filed on November 23, 2021 by Federal Defendants.

In *PCFFA v. Raimondo*, last day for PCFFA Plaintiffs to file a motion for preliminary injunction related to interim operations, focused on Shasta operations and water temperature management, Old and Middle River (OMR) and OMR Storm Flex, Temporary Urgency Change Petitions that modify Delta Outflow, and the San Joaquin River inflow:export ratio.

**January 10, 2022**:

In *PCFFA v. Raimondo* and *CNRA v. Raimondo*, last day for Defendant-Intervenors to file oppositions to motions filed by Federal Defendants, State Plaintiffs, and PCFFA Plaintiffs.

In *PCFFA v. Raimondo*, last day for Federal Defendants to file response or opposition to PCFFA Plaintiffs' motion for preliminary injunction.

**January 24, 2022**:

In *PCFFA v. Raimondo*, last day to file any reply in support of PCFFA Plaintiffs' motion for preliminary injunction, and any reply in support of Federal Defendants' motion for voluntary

remand.

In *CNRA v. Raimondo*, last day to file any reply in support of Federal Defendants' and State Plaintiffs' motions.

Hearing date(s) to be determined and noticed by the Court.

IT IS SO ORDERED.

Dated:   **November 24, 2021**

_____
UNITED STATES DISTRICT JUDGE