HAMILTON CANDEE (Cal. SBN 111376)
BARBARA JANE CHISHOLM (Cal. SBN 224656)
NICOLE COLLINS (Cal. SBN 338506)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: hcandee@altber.com; bchisholm@altber.com;
ncollins@altber.com

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

GLEN H. SPAIN (Cal. SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
Email: fish1ifr@aol.com

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00431-DAD-EPG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DECLARATIONS FILED BY INTERVENORS REGARDING ECONOMIC HARM** |

Upon careful consideration of the Motion to Strike Declarations Filed by Intervenors Regarding Economic Harm ("Motion to Strike") filed by Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute (collectively, "Plaintiffs"), Plaintiffs' memorandum of points and authorities in support thereof, and the applicable statutory and case law, and finding good cause shown, Plaintiffs' Motion to Strike is GRANTED.

IT IS HEREBY ORDERED that:

1. The entirety of the Declaration of John Dickey (Dkt. 335) is stricken.
2. The entirety of the Declaration of Erik Wilson (Dkt. 336) is stricken.
3. The entirety of the Declaration of Baldomero Hernandez (Dkt. 345) is stricken.
4. The Declaration of Jose Gutierrez (Dkt. 346) ¶¶8–13 are stricken.
5. The Declaration of Anthea Hansen (Dkt. 347) ¶¶7, 9 are stricken.
6. The entirety of the Declaration of the City of San Joaquin Mayor Julia Hernandez (Dkt. 348) is stricken.
7. The entirety of the Declaration of James L. Jasper (Dkt. 349) is stricken.
8. The entirety of the Declaration of Martin Macias (Dkt. 350) is stricken.
9. The entirety of the Declaration of Natalie Caples (Dkt. 351) is stricken.
10. The Declaration of Lon M. Martin (Dkt. 352) ¶¶5–6, 8, 10–13 & Exh. A (Dkt. 352-1) are stricken.
11. The Declaration of Cindy Kao (Dkt. 353) ¶24 is stricken.
12. The entirety of the Declaration of Dr. Michael A. Shires (Dkt. 355) is stricken.
13. The Declaration of William Diedrich (Dkt. 357) ¶¶6–11, 13 are stricken.
14. The Declaration of Ian Buck-MacLeod (Dkt. 359) ¶¶12–13 are stricken.
15. Section III.B of Intervenors' opposition brief, page 27 line 1 to page 28 line 13 (Dkt. 344) is stricken.

IT IS SO ORDERED.

Dated: _____   _____
                                  Hon. Dale A. Drozd,
                                  United States District Judge