HAMILTON CANDEE (Cal. SBN 111376)
BARBARA JANE CHISHOLM (Cal. SBN 224656)
NICOLE COLLINS (Cal. SBN 338506)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: hcandee@altber.com; bchisholm@altber.com;
          ncollins@altber.com

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources
Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

GLEN H. SPAIN (Cal. SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
Email: fish1ifr@aol.com

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and
Institute for Fisheries Resources*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al.,<br><br>Defendants. | Case No. 1:20-cv-00431-DAD-EPG<br><br>**SUPPLEMENTAL DECLARATION OF BARBARA CHISHOLM IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION FOR 2022**<br><br>Hearing date: February 11, 2022<br>Judge: Hon. Dale A. Drozd<br><br>Courtroom 5, 7th Floor<br>2500 Tulare Street<br>Fresno, CA 93721 |

I, Barbara J. Chisholm, declare as follows:

1.     I am an attorney representing Plaintiffs Natural Resources Defense Council ("NRDC"), Defenders of Wildlife, Golden State Salmon Association, and The Bay Institute in the above-captioned action and am a partner at the law firm of Altshuler Berzon LLP.  I am a member in good standing of the bars of the State of California and this Court.  I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2.     Attached hereto as **Exhibit P** is a true and correct copy of the Draft Winter-Run Juvenile Production Estimate (JPE) for Brood Year 2021 letter produced by the Interagency Ecological Program's Winter-Run Project Work Team.  The document was e-mailed from Jason Roberts of the California Department of Fish and Wildlife to Doug Obegi of NRDC on January 3, 2022.

3.     Attached hereto as **Exhibit Q** is a true and correct copy of the 2020 Seasonal Report for the Shasta Cold Water Pool Management prepared by Reclamation in December 2020.  My office downloaded the document on January 20, 2022, at the following address: <http://www.cbr.washington.edu/sacramento/workgroups/WOMT/documents/annual/WY2020/LTO%20Shasta%20Cold%20Water%20Pool%20Seasonal%20Report%2012302020.pdf>.

4.     Attached hereto as **Exhibit R** is a true and correct copy of the DWR and Reclamation's January 18, 2022 letter withdrawing the Temporary Urgency Change Position ("TUCP") submitted on December 1, 2021.  My office downloaded the document from the State Water Resources Control Board's ("SWRCB") website on January 20, 2022, at the following address:  <https://www.waterboards.ca.gov/drought/tucp/docs/2022/20220118_dwr-usbr-letter_tucp-withdrawal.pdf>.

5.     Attached hereto as **Exhibit S** is a true and correct copy of Reclamation's Weekly Assessment of CVP and SWP Delta Operations on ESA-listed Species dated January 18, 2022. The document was emailed from Elissa Buttermore of Reclamation to Doug Obegi of NRDC on January 18, 2022.

6.     Attached hereto as **Exhibit T** is a true and correct copy of DWR and Reclamation's

April 8, 2014 Updated Report to SWRCB on Export Amounts to Maintain Health and Safety During Drought.  My office downloaded the document from the SWRCB's website on January 20, 2022, at the following address:

<https://www.waterboards.ca.gov/waterrights/water_issues/programs/drought/docs/tucp/031814order_urgchg_swcv/20140408_dwrusbr_to_swrcb_updated_minhs.pdf>.

7.  Attached hereto as **Exhibit U** is a true and correct copy of Reclamation's March 2021 Chinook Salmon Report, showing salvage and loss of winter-run and spring-run Chinook salmon and the amount of pumping each day by Reclamation and the State Water Project.  My office downloaded this document from Reclamation's website on January 20, 2022, at the following address: <https://www.usbr.gov/mp/cvo/vungvari/salmon0321.pdf>.

8.  Attached hereto as **Exhibit V** is a true and correct copy of DWR's January 20, 2022 Notice to State Water Project Contractors regarding 2022 State Water Project Table Allocation Increase from 0 to 15 Percent.  My office downloaded the document from DWR's website on January 20, 2022, at the following address: <https://water.ca.gov/-/media/DWR-Website/Web-Pages/Programs/State-Water-Project/Management/SWP-Water-Contractors/Files/22-01-2022-Allocation-Increase--15-Percent-012022.pdf>.

9.  Attached hereto as **Exhibit W** is a true and correct copy of DWR's Allocation Analysis for 2022 (TAF) dated January 6, 2022.  This document is an excerpt of the State Water Contractors Water Operations Committee Meeting packet for January 6, 2022 that was emailed by Demetri Polyzos of the Metropolitan Water District of Southern California to Doug Obegi of NRDC on January 10, 2022.

10.  On January 6, 2022, counsel for Federal Defendants e-mailed the parties to ask about alternative hearing dates for the instant motions.  In reply, I asked counsel for Federal Defendants whether Reclamation plans to announce initial CVP allocations, including allocations for its settlement and exchange contractors, in mid-February, or whether Reclamation would wait until a decision is made by this Court on the pending motions.  On January 10, counsel for Federal Defendants replied that "Reclamation will make its initial allocations in mid-February, pursuant to its various contracts."  A true and correct copy of this

1  e-mail correspondence is attached hereto as **Exhibit X.**

2

3     I declare under penalty of perjury under the laws of the United States that the foregoing is

4  true and correct to the best of my knowledge.

5     Executed this 24th day of January 2022 in Berkeley, California.

6

7                                          _/s/ Barbara J. Chisholm_          

8                                          Barbara J. Chisholm

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28