

EXHIBIT R

DocuSign Envelope ID: 30756A07-67AE-4077-AD90-F9DE6124830C





DEPARTMENT OF WATER RESOURCES
Division of Operations and Maintenance
3310 El Camino Avenue, Suite 300
Sacramento, California 95821

BUREAU OF RECLAMATION
Central Valley Operations Office
3310 El Camino Avenue, Suite 300
Sacramento, California 95821

January 18, 2022

Ms. Eileen Sobeck
Executive Director
California State Water Resources Control Board
1001 I Street
Sacramento, California 95814

Subject: Withdrawal of 2022 Temporary Urgency Change Petitioner Regarding Delta Water Quality

Dear Ms. Sobeck,

On December 1, 2021, the U.S. Bureau of Reclamation (Reclamation) and California Department of Water Resources (DWR) jointly submitted a 2022 February through April Temporary Urgency Change Petition (TUCP) to request the California State Water Resources Control Board (State Water Board) consider modifying requirements set forth in Reclamation's and DWR' s water right permit Decision 1641. The primary goal of the TUCP was to conserve upstream storage at all Central Valley Project (CVP) and State Water Project (SWP) (collectively Projects) reservoirs should dry conditions persist through the fall and into 2022. The TUCP is one action of a portfolio of early drought actions that Reclamation and DWR considered to proactively manage the CVP and SWP for beneficial uses during a very challenging period.

October and December hydrology showed a marked improvement from conditions experienced in 2021, and storage conditions improved at Oroville and Folsom reservoirs. In fact, Folsom is currently in flood operation status. However, storage levels at Shasta and Trinity reservoirs continue to be low with relatively lower runoff projections than seen in the central and southern watersheds. Within this context, Reclamation and DWR reviewed the request for the TUCP to determine if it would benefit Shasta and Trinity reservoirs by helping to preserve storage. Although the requested TUCP may result in some storage conservation under certain dry hydrology, the forecasted conditions of 2022 do not appear that this storage benefit would be in either Shasta or Trinity reservoirs. These reservoirs are not expected to be relied upon for meeting Delta outflow and/or salinity requirements in the February through April period due to the expected higher releases from Folsom, and Oroville, if needed, and/or additional systemwide runoff in general. Reclamation and DWR analyzed this expected benefit under very conservative hydrologic assumptions from the January runoff forecast. As a result, Reclamation and DWR no longer believe there is an urgent need for the February through April modifications contained in the 2022 TUCP. Because of this, Reclamation and DWR are withdrawing the TUCP.

Reclamation and DWR continue to conduct operational studies and plan for a resumption of dry conditions. If those conditions occur, then modifications may be needed to protect upstream storage levels. If future modifications are needed, a separate petition will be filed with supporting information. Reclamation and DWR look forward to cooperatively working with the State Water Board and its staff during this challenging period to manage Delta water resources for the benefit of the people and natural resources of the state of California.

Karla A. Nemeth
Director
Department of Water Resources

Ernest A. Conant
Regional Director
United State Bureau of Reclamation