EXHIBIT S

# Weekly Assessment of CVP and SWP Delta Operations on ESA-listed Species

## Executive Summary

a) **Operations anticipated during the week**

   See Weekly Fish and Water Operation Outlook document for January 18 – January 24

b) **Winter-run Chinook Salmon summary**

   Loss of natural winter-run Chinook Salmon (by length at date, LAD) has not occurred in the past week at the Federal fish salvage facility (WY 2022 total loss = 17.11 fish, as of 1/16/2022). Loss of natural winter-run Chinook Salmon at the Central Valley Project (CVP) and State Water Project (SWP) could occur over the next week based on hydrology and recent observations. 60-79% of juvenile natural winter-run Chinook Salmon from brood year (BY) 21 are estimated to be present in the Delta. The Delta Cross Channel (DCC) gates closure for the season reduces exposure of winter-run Chinook Salmon juveniles that are present in the Sacramento River near the DCC gates into the interior Delta.

c) **Spring-run Chinook salmon summary**

   Juvenile natural spring-run Chinook Salmon from BY 21 are migrating past the DCC gates. The exposure and effects of DCC closure are unlikely for natural spring-run Chinook Salmon. Length-at-date spring run were observed in the Delta within the previous seven days. Larger, older juveniles were observed that may be yearling spring run. 40-55% young of year spring-run Chinook Salmon are estimated to be in the Delta.

d) **Central Valley Steelhead summary**

   Loss of natural Central Valley California (CCV) steelhead has occurred in the past week at the State and Federal fish salvage facilities (WY 2022 total loss = 54.36 fish, as of 1/16/2022). Loss of Central Valley steelhead at the Central Valley Project (CVP) and State Water Project (SWP) fish collection facilities could possibly occur over the next week. 25-29% of juvenile CCV Steelhead are estimated to be present in the Delta. Closure of the DCC gates for the season will reduce exposure to Central Valley steelhead juveniles that are potentially present in the Sacramento River near the DCC gates.

e) **Green Sturgeon summary**

   Loss of green sturgeon has not occurred in the past week at the State and Federal fish salvage facilities. Loss of green sturgeon is unlikely to occur over the next week due to their rare presence in the South Delta.

f) **Delta Smelt summary**

   Based on distribution patterns over the past decade and rare detections, Delta Smelt are unlikely to be prevalent in the South Delta, but with the salvage a 54mm, adipose clipped, Delta Smelt at the Tracy Fish Collection Facility on 1/16/2022, Delta Smelt are present in the South Delta. Limited detection data support Delta Smelt being present in the Sacramento Deep Water Ship Channel, Lower San Joaquin River, South Delta, and the Lower Sacramento River. Three marked individuals have been collected since 1/11/2022. If the daily average turbidity at Old River at Bacon Island (OBI) cannot be maintained less than 12 FNU, exports will be managed to achieve an OMR no more negative than -2,000 cfs until the daily average turbidity at OBI drops below 12 FNU. The

likelihood of Delta Smelt adult entrainment remains low despite the salvaged fish given current low turbidity in the south delta and the expected OMR index range over the next seven days.

**g) Monitoring Teams summary**

There were no non-consensus issues to report from the Salmon Monitoring Team.

There were no non-consensus issues to report from the Smelt Monitoring Team.

## Operational and Regulatory Conditions

See current Weekly Fish and Water Operation Outlook document.

## Biology, Distribution, and Evaluation Winter-run Chinook salmon, Spring-run Chinook salmon, Central Valley Steelhead

**POPULATION STATUS**

**Winter-run Chinook salmon**

    **Delta Life Stages:**

        Juveniles, Adults

    **Brood Year 2021 Productivity:**

- o  Natural winter-run Chinook salmon: A draft juvenile production estimate (JPE) calculation has been established for brood year (BY) 2021 winter-run Chinook salmon. The draft winter-run Chinook salmon JPE is 125,038 fish. Anticipate issuing a final JPE recommendation by January 19, 2022. Among other topics, the group discussed the thiamine vitamin deficiency that is being observed again in broodstock at the Livingston Stone NFH similar to last year's observation. Last year the thiamine vitamin deficiency appeared to negatively affect survival of juvenile fish as they migrate downstream towards the Delta. Mean cumulative weekly passage of winter-run Chinook salmon through 12/31/2021 for the last 18 years of passage data is 96.9% (one SD of 3.2%). By 12/31/2021, 569,921 winter-run Chinook salmon were estimated to have passed RBDD compared to the cumulative passage last year of 3,813,580 winter-run Chinook salmon.
- o  Hatchery winter-run Chinook salmon:
  - ▪  No hatchery winter-run Chinook salmon have been released in WY 2022.

**Spring-run Chinook salmon**

    **Delta Life Stages:**

        Young-of-year (YOY) and Yearlings

    **Brood Year 2021 Productivity:**

- o  Natural spring-run Chinook salmon: No JPE has been established for spring-run Chinook salmon. Approximately 14.7% juvenile spring-run sized Chinook salmon have been observed passing Red Bluff Diversion dam as of 1/17 based on historical data.
- o  Hatchery spring-run Chinook salmon surrogates:
  - ▪  Approximately 84,343 late-fall Chinook salmon from Coleman NFH were released at Battle Creek on 12/15/2021. This group is 100% marked with adipose-fin clip and CWT and have an estimated average fork length of 145mm. This is the first spring-run Chinook salmon surrogates release group. There has been loss this water year of fish associated with the first surrogate release group.
  - ▪  Approximately 82.626 late-fall Chinook salmon from Coleman NFH were released at Battle Creek on 12/22/2021. This group is 100% marked with adipose-fin clip and CWT and have an estimated average fork length of 125mm. This is the second spring-run Chinook salmon surrogates release group. There has been loss this water year of fish associated with the second release group.
  - ▪  Approximately 77,325 late-fall Chinook salmon from Coleman NFH were released at Battle Creek on 1/6/2022. This group is 100% marked with adipose-fin clip and CWT

and have an estimated average fork length of 145mm. This is the third spring-run Chinook salmon surrogates release group. There has been loss this water year of fish associated with the third release group.

- The agencies in the SaMT discussed the thiamine vitamin deficiency that was observed in winter run Chinook salmon broodstock at the Livingston Stone NFH in BY 2021. Last year the thiamine deficiency appeared to negatively affect survival of juvenile fish as they migrate downstream towards the Delta. The thiamine deficiency issue is also likely impacting spring-run Chinook salmon. Although the egg take goals have been met at the Feather River Fish Hatchery, they are still experiencing fertility issues that are impacting production.

## Central Valley Steelhead

### Delta Life Stages:
- Spawning Adults, Kelts, Juveniles

### Brood Year 2021 Productivity:
- Spawner abundance: There is limited information about the adult steelhead population. It is estimated to be small, contributing to the limited productivity of the population
- Natural steelhead: No JPE has been established for steelhead. Data are limited.
- Hatchery steelhead: Reclamation's Proposed Action has no hatchery steelhead triggers.
    - Approximately 610,911 steelhead from Coleman NFH were released at Battle Creek from 12/12/2021 to 12/13/2021. This group is 100% marked only (with an adipose-fin clip) and has an estimated average fork length of 195mm.


## DISTRIBUTION

### Winter-run Chinook Salmon

### Current Distribution:
- On 1/18/2022, SaMT estimated 60-79% of juvenile winter-run Chinook salmon were present in the Delta and 1-5% were estimated to have exited the Delta (Table 1). The SaMT estimate is largely based on historical trends since few winter-run Chinook salmon have been seen in recent monitoring. The SaMT expressed some concern that these numbers seem low especially given the recent precipitation events.
- Combined total natural winter-run Chinook salmon loss equals 17.11 fish (as of 1/16/2022).
- Fish have been steadily arriving since the beginning of October 2021.
- Winter-run Chinook Salmon have been observed in RST monitoring locations over the past week (Knights Landing, Tisdale) and the fish appear to no longer be holding in the middle reaches of the Sacramento River and are migrating downstream (Table 2).
- Movement of winter-run Chinook Salmon juveniles into the lower reaches of the Sacramento River and upper Delta is continuing. Mill and Deer creeks daily flows were recorded higher than 95 cfs during the past week.

### Historic Trends
- Based on historical trends in salvage, 18.5% of winter-run Chinook salmon should have been observed in salvage by this time of the water year (Table 3). Loss of natural winter-run Chinook salmon at the CVP and SWP fish collection facilities could occur over the next week based on hydrology and recent observations. If historic trends in salvage were to continue, winter-run Chinook salmon loss is expected to remain the same over the next week.

- o Based on historic loss patterns and historic cumulative loss, it is possible that in WY 2022 50% of the wild winter-run Chinook salmon Delta Performance single-year loss threshold (729.8 wild winter-run Chinook salmon, as set by the draft JPE estimate) could be exceeded (Figure 1, Operations Outlook Table 2a).However, members of the SaMT agree the likelihood of exceeding the next annual loss threshold and loss occurring in the next week is unlikely to lead to exceedance of the threshold.

**Forecasted Distribution within Central Valley and Delta regions**
- o Movement of winter-run Chinook salmon juveniles into the lower reaches of the Sacramento River and upper Delta are likely to occur with precipitation events and increasing river flows and turbidity. The agencies in the SaMT don't believe precipitation events will occur over the next week (see Ops Outlook). The STARS model projects route-specific proportion of entrainment, survival, and travel times (Table 4). This model does not estimate entrainment into the lower Sacramento River sloughs (i.e., Three-Mile Slough). The DCC gates were closed 11/30/21 and are expected to remain closed through mid-May 2022. If little precipitation is forecasted there may be a need to open the DCC gates to meet D-1641 water quality standards
- o The entrainment tool estimates a median loss of 3 fish and a maximum loss of 21 fish during this week (SacPAS last updated on 1/18/2022, Table 6, Figure 2).
- o For results of entrainment into Delta strata regions from DSM2 model runs (North Delta into Interior and Central Delta, San Joaquin River and Central Delta into South Delta, and South Delta into fish facilities) refer to Attachment A.

Spring-run Chinook salmon

**Current Distribution**
- o On 1/18/2022, SaMT estimated 40-55% of young of year CV spring-run Chinook salmon were present in the Delta (Table 1).
- o Spring-run chinook are being observed at upstream monitoring sites including Tisdale, Knights Landing, on the Feather River and Butte Creek. (DJFMP data was not available).

**Historical Trends**
- o Based on historical trends in salvage, 0% of YOY spring-run Chinook salmon were observed in salvage by this time of the water year (Table 3). If historic trends in salvage were to continue YOY spring-run Chinook salmon loss is unlikely to increase over the next week.

**Forecasted Distribution within Central Valley and Delta regions**
- o On 1/18/2022 SaMT noted that some juvenile CV YOY spring-run Chinook Salmon have yet to emerge. Furthermore, larger, older juveniles were observed that may be yearling spring run. Yearling CV spring run Chinook Salmon are likely beginning to move out from natal tributaries. Mill and Deer creek flows continue to exceed 95 cfs indicating that yearling spring-run Chinook Salmon may begin to move and migrate into the mainstem Sacramento River (Table 5).
- o For results of entrainment into Delta strata regions from DSM2 model runs (North Delta into Interior and Central Delta, San Joaquin River and Central Delta into South Delta, and South Delta into fish facilities) refer to Attachment A.

Central Valley Steelhead

**Current Distribution**

o   On 1/18/2022 SaMT estimated 25-29% of juvenile CCV steelhead were present in the Delta (Table 1).

o   Combined total loss of hatchery steelhead equals 63.45 fish as of 1/16/2022.

o   Combined total loss of natural steelhead between December 1 and March 31 equals 54.36 fish as of 1/16/2022.

**Historical Trends**

o   Based on historical trends in salvage, 7.8% (December through March) of juvenile CCV steelhead should have been observed in salvage by this time of the water year. If historic trends in salvage were to continue, juvenile CCV steelhead loss is likely to not increase over the next week. However, since a few fish have been observed in salvage in WY 2022 earlier than in previous years, it is possible loss of CCV steelhead could occur over the next week.

**Forecasted Distribution within Central Valley and Delta regions**

o   Natural steelhead were not observed in key monitoring locations this past week (Tisdale and Knight's landing).

o   SaMT estimated that 25-29% of the population of CCV steelhead may be present in the Delta at this time. Closure of the DCC gates for the season will reduce exposure and possible entrainment of juvenile CCV steelhead into the interior Delta via the DCC gates.

o   The entrainment tool estimates a median loss of 0 fish and a maximum loss of 24 fish during this week (SacPAS last updated on 1/18/2022, Table 6, Figure 2).

o   For results of entrainment into Delta strata regions from DSM2 model runs (North Delta into Interior and Central Delta, San Joaquin River and Central Delta into South Delta, and South Delta into fish facilities) refer to Attachment A.

TABLE 1. Salmonid distribution estimates

| Location | Yet to Enter Delta | In the Delta | Exited Delta past Chipps Island |
|---|---|---|---|
| Young-of-year (YOY) winter-run Chinook salmon | 20-35% | 60-79% | 1-5% |
| YOY spring-run Chinook salmon | 45-60% | 40-55% | 0% |
| YOY hatchery winter-run Chinook salmon* | NA | NA | NA |
| Natural origin steelhead | 70-75% | 25-29% | 0-1% |

TABLE 2. Historic migration and salvage patterns.

| Date (1/17) | Red Bluff Diversion Dam | Tisdale RST | Knights Landing RST | Sac Trawl (Sherwood) Catch Index | Chipps Island Trawl Catch Index | Salvage |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Chinook, Winter-run, Unclipped | 97.4% (95.3%,99.4%) BY: 2012 - 2020 | 74.8% (50.9%,98.7%) BY: 2012 - 2020 | 68.9% (39.3%,98.6%) BY: 2013 - 2020 | 37.6% (8.5%,66.6%) BY: 2012 - 2020 | 2.5% (-1.3%,6.4%) BY: 2012 - 2020 | 18.5% (1.5%,35.5%) |
| Chinook, Spring-run, Unclipped | 14.7% (3.2%,26.2%) BY: 2012 - 2020 | 24.7% (-2.0%,51.4%) BY: 2012 - 2020 | 23.3% (-2.9%,49.4%) BY: 2013 - 2020 | 4.5% (-3.4%,12.5%) BY: 2012 - 2020 | 0.0% (0.0%,0.0%) BY: 2012 - 2020 | 0.0% (0.0%,0.0%) |
| Steelhead, Unclipped (December - March) | | | | | | 7.8% (-3.5%,19.1%) |

TABLE 3. STARS model output.

| Date (1/17/2022) | DCC | Georgiana Slough | Sacramento River | Sutter and Steamboat |
|---|---|---|---|---|
| Proportion of Entrainment | 0 | 0.25 | 0.46 | 0.28 |
| Survival | NA | 0.21 | 0.57 | 0.45 |
| Travel Time | NA | 15.5d | 9.4d | 9.8d |

TABLE 4. Mean daily flow and percent change (Wilkins Slough, Deer Creek, Mill Creek; cfs from CDEC) and temperature and percent change (Knights Landing; °F from RST).

| Date | Mill Creek flow (MLM) | MLM Change | MLM Alert | Deer Creek flow (DCV) | DCV Change | DCV Alert | Wilkins Slough flow (WLK) | Knights Landing temperature (°F) | Alert Triggered |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2022 | 204.7 | -3.1% | Flow>95cfs | 215.5 | -4.4% | Flow>95cfs | 7886.0 | 41.3 | WLK>7500cfs and KNL<56.3F |
| 1/16/2022 | 211.3 | -2.0% | Flow>95cfs | 225.5 | -3.0% | Flow>95cfs | 8021.0 | 41.3 | WLK>7500cfs and KNL<56.3F |
| 1/15/2022 | 215.7 | -2.2% | Flow>95cfs | 232.3 | -4.0% | Flow>95cfs | 8180.7 | 41.2 | WLK>7500cfs and KNL<56.3F |
| 1/14/2022 | 220.6 | -1.8% | Flow>95cfs | 242.0 | -5.2% | Flow>95cfs | 8432.9 | 41 | WLK>7500cfs and KNL<56.3F |
| 1/13/2022 | 224.7 | -3.6% | Flow>95cfs | 255.2 | -7.0% | Flow>95cfs | 8881.1 | 41 | WLK>7500cfs and KNL<56.3F |

| 1/12/2022 | 233.0 | -6.8% | Flow>95cfs | 274.2 | -9.6% | Flow>95cfs | 9774.6 | 41.2 | WLK>7500cfs and KNL<56.3F |
| 1/11/2022 | 250.1 | -11.0% | Flow>95cfs | 303.5 | -12.7% | Flow>95cfs | 10802.0 | 41.5 | WLK>7500cfs and KNL<56.3F |

TABLE 5. a)WY 2022 loss and salvage predictor data: Predicted weekly loss of winter-run Chinook salmon and steelhead at CVP and SWP facilities. b) Environmental details, current and forecast.

| Week | 15 | 16 |
|---|---|---|
| a) | **Model** | |
| Steelhead median | 0 | 0 |
| Steelhead high | 24 | 17 |
| Winter-run Chinook median | 3 | 3 |
| Winter-run Chinook high | 21 | 33 |
| b) | **Data** | **Forecast** |
| Temperature (Mallard Island, C) | 9.0 | 9.0 |
| Precipitation (5-d running sum, inches) | 0.00 | 0.00 |
| Old + Middle river flows (cfs) | -4,561 | -4,561 |
| Sacramento River flow (Freeport, cfs) | 21,192 | 21,192 |
| DCC Gates | Open | Closed |
| San Joaquin River flow (Vernalis, cfs) | 1,026 | 1,026 |
| Export | 5,730 | 5,730 |



FIGURE 1. WY 2022 cumulative natural winter-run Chinook salmon loss (blue) and 2009 – 2018 historic cumulative loss (gray, different symbols). Historic daily mean plotted in black circles.





FIGURE 2. Predicted weekly loss of steelhead and winter-run Chinook salmon at the CVP and SWP facilities

**EVALUATION**

1. **After January 1, are more than 5% of juveniles from one or more salmonid species present in the Delta?**

   Greater than 5% of juvenile winter-run Chinook salmon, CCV steelhead, and young of year spring-run Chinook salmon are present in the Delta.

2. **Does the operational outlook's ranges impact fish movement and change the potential distribution of fish?**

   Potential effects within the 7 days (near-term) in the operations outlook.

   OMR flow is expected to remain at or more positive than -5,000 cfs this upcoming week.

   Potential effects longer than the 7 days (longer-term) in the operations outlook.

   See response above to (2) (i).

3. **What is the likelihood of increased loss exceeding the next annual loss threshold (50%, 75% or 90% of threshold) resulting in OMR management actions based on population distribution, abundance, and behavior of fish in the Delta?**

   Winter-run Chinook salmon

   Total juvenile natural winter-run Chinook salmon (LAD) loss is 17.11 fish (as of 1/16/2022). Loss of juvenile winter-run Chinook salmon has not occurred in the past week at the CVP and SWP fish salvage facilities. JPE calculations have not been established for brood year (BY) 2021 winter-run Chinook salmon. The agencies in the SaMT assessed the likelihood of exceeding the next annual loss threshold and believe that loss occurring in the next week is unlikely to lead to exceedance of the 50% single-year loss threshold.

   Spring-run Chinook salmon

   Total juvenile spring-run Chinook salmon (LAD) loss is 0 fish (as of 1/16/2022). No loss of juvenile spring-run Chinook salmon has occurred in the past week at the CVP and SWP fish salvage facilities. The agencies in the SaMT assessed the likelihood of exceeding the next annual loss threshold and believes that loss occurring in the next week is unlikely to lead to exceedance of the 50% single-year loss threshold.

   Central Valley Steelhead

   Total natural juvenile steelhead loss (December 1 through March 31) is 54.36 fish (as of 1/16/2022). Loss of natural juvenile has occurred in the past week at the CVP and SWP fish salvage facilities. Total clipped steelhead loss is 63.45 fish (as of 1/16/2022). The agencies in the SaMT assessed the likelihood of exceeding the next annual loss threshold and believe that loss occurring in the next week is unlikely to lead to exceedance of the 50% single-year loss threshold.

4. **If an annual loss threshold has been exceeded, do continued OMR restrictions benefit fish movement and survival based on real-time information?**

   Winter-run Chinook salmon

   The annual loss threshold for winter-run Chinook salmon has not been exceeded in WY 2022.

   Spring-run Chinook salmon

   The annual loss threshold for spring-run Chinook salmon has not been exceeded in WY 2022.

   Central Valley Steelhead

   The annual loss threshold for steelhead (December 1 – March 31) has not been exceeded in WY 2022.

5. **If OMR is more negative than -5,000 cfs are there changes in spawning, rearing, foraging, sheltering, or migration behavior beyond those anticipated to occur under OMR management at -5,000 cfs?**
OMR flows are not expected to be more negative than -5,000 cfs during the next week.

## Biology Distribution and Evaluation of Green Sturgeon
**POPULATION STATUS**

**Delta Life Stages:**
- Adults and Juveniles

**Juvenile Abundance:**
- In 2021, 1037 larval green sturgeon and 5 juvenile green sturgeon were observed at the Red Bluff Diversion Dam during continuous fish monitoring using RSTs in the upper Sacramento River. 14 juveniles were captured and implanted with micro-acoustic tags during the month of October and all were presumed to leave the upper Sacramento River during the unprecedented storm /run-off event that occurred on October 24, 2021 that resulted in flows at Bend Bridge of ~37,000 cfs.

**DISTRIBUTION**

**Current Distribution**
- <u>Adults</u>: Most abundant during spring spawning migration period of March through May, and post spawning out-migration periods May through June; October through January depending on first winter storm event resulting in significant Sacramento River flow increases. Adult presence year-round to a lesser extent mainly in San Pablo Bay. Recent sporadic occurrences of adult green sturgeon in the San Joaquin River system but spawning has not been documented. Unknown if spawning occurred historically in the San Joaquin River system.
- <u>Juveniles</u>: Age-1 through Age-3 juveniles present year-round and widely distributed. Juveniles tagged with acoustic tags in the main channel Sacramento River near Sherman Island detected in the Sacramento River as far upstream as the Cache Slough complex, in the San Joaquin River at the Antioch Bridge, in Threemile, Horseshoe Bend, and Montezuma Sloughs. Seasonal abundance at the primary sampling site (near Sherman Island) appears to be highest during summer in based on capture and telemetry data. Residence time at the primary sampling site for individual fish ranges from one day to over one year but telemetry data show outmigration from the primary sampling site to the Pacific Ocean ranges from 27 to 552 days. Recent capture data shows diurnal depth preference in the main channel of the Sacramento River. No recent documentation of shallow water habitat presence or foraging but likely. The remains of a juvenile/young adult green sturgeon were collected at CVP on 1/6/22; however, this does not count towards green sturgeon salvage totals.

**Historical Trends**
- Juvenile and adult green sturgeon are historically present in the San Joaquin and Sacramento rivers and Delta

**Forecasted Distribution within Central Valley and Delta regions**
o   Juvenile and adult green sturgeon are present in the San Joaquin and Sacramento rivers and Delta during the next week.

## EVALUATION

**1. Is there likely to be salvage that may exceed the annual loss limit?**

Green sturgeon salvage is 0 fish (as of 1/16/2022). The agencies in the SaMT assessed the likelihood of salvage occurring in the next week is unlikely to occur.

## Biology, Distribution, and Evaluation of Delta Smelt

### POPULATION STATUS

**Delta Smelt Life Stages:**
Adults

**Brood Year 2021:**

**Abundance estimate:**
The abundance estimate for Delta Smelt was 922 and calculated from data collected between 1/10-13/2022. The most recent detection of Delta Smelt was on 1/18/2022 (marked, EDSM) caught in the Suisun Marsh stratum.

**Biological Conditions:**
Adult Delta Smelt are expected to be present in the Sacramento Deep Water Ship Channel, the Lower Sacramento, Suisun Bay, South Delta and Lower San Joaquin River based on the survey detections. Delta Smelt are expected to have migrated in response to increases in turbidity and flow from "first flush" conditions (Sommer et al 2011). The Smelt Monitoring Team discussed the most recent monitoring data (Table 4) and considered professional opinion on the historical trends in regional distribution.

### DISTRIBUTION

**Current Distribution**
o   Real time detection data is currently limited to EDSM sampling, Chipps Island, Bay Study, LEPS, and SLS. Since there are only a few recent detections of Delta Smelt, the Smelt Monitoring Team's capacity to estimate where they are within the Delta is limited.
o   The last Delta Smelt detection was on 1/18/2022 in the Suisun Marsh stratum.
o   Larval sampling at the Skinner Fish Facility (SFF) and the Tracy Fish Collection Facility (TFCF) will be initiated by the SMT in February.

TABLE 6. Summary of recently reported detections of Delta Smelt by Region and Salvage Facilities between 1/11/2022 and 1/18/2022. Start and End dates reflect period of time between updates to SMT. Regional categories are determined from EDSM sampling. Delta Smelt >58mm FL are considered adults. Subadult fish are considered by the SMT to be fish from the previous year's cohort based on size and timing of collection. Young of year are considered juveniles and larvae.

| Life Stage | North | South | West | Far West | Salvage |
|---|---|---|---|---|---|

| Adult | 1 | 0 | 1 | 0 | 0 |
|---|---|---|---|---|---|
| Subadult | | | | | 1 |
| Larvae/Juvenile | 0 | 0 | 0 | 0 | 0 |

Table 7. Summary of recent Delta Smelt detections reported since last assessment and the total detections for the current water year. Notes reflect latest information on reported detections or completion of survey for the water year and include both larval and adult detections. Total Fish counts do not distinguish between hatchery origin and wild Delta Smelt. Table may include preliminary data that may not received full QA/QC, but any corrections will be made the following week.

| Sampling Method | Frequency | New Detections | WY2022 | Notes |
|---|---|---|---|---|
| EDSM | Weekly | 2 | 18 | Phase 1 began 11/29/2021 Western Delta stratum sampling cancelled. Additional sites will be selected from Suisun Bay stratum |
| SKT | Monthly | 0 | 0 | Begins: 1/18/2022 |
| SLS | Biweekly | 0 | 0 | Survey 13: Processing |
| 20-mm | Biweekly | 0 | 0 | Begins: 3/21/2022 |
| Summer Townet | Biweekly | 0 | 0 | Complete |
| Bay Study | Monthly | 0 | 0 | Ongoing |
| FMWT | Monthly | 0 | 0 | Complete |
| Chipps Island Trawl | Weekly | 0 | 1 | Ongoing |
| FCCL Brood Stock Collections | Weekly | 0 | 0 | November |
| LEPS | Weekly | 0 | 0 | Ongoing |
| TFCF | Daily | 1 | 1 | Ongoing |
| Total | ___ | ___ | 20 | Sum of all Delta Smelt observed during the OMR Management Season |

**Cultured Delta Smelt Experimental Releases**
o On 12/14/2021-12/15/2021, the Experimental Release Technical Team trucked approximately ~12800 brood year 2021 Delta Smelt from the FCCL to Sacramento River at Rio Vista for release into the Delta. This release will include 11392 Adipose fin clipped individuals and 1408 Visible Implant Elastomer (VIE) tagged individuals.
o On 01/11/2022-01/12/2022, the Experimental Release Technical Team will truck approximately ~12800 brood year 2021 Delta Smelt from the FCCL to Sacramento River at Rio Vista for release into the Delta. This release will include 12416 Adipose fin clipped individuals and 384 Visible Implant Elastomer tagged individuals.

Table 8. Weekly summary of the origin of Delta Smelt caught. These identifications are considered tentative and additional genetic testing will confirm the identity of individuals. Individuals with no tags are provided alive to the FCCL as potential additions to the FCCL Broodstock.

| Date | Survey | Stratum | Total Caught | Ad. Clipped | VIE | No Tag |
|------|--------|---------|--------------|-------------|-----|--------|
| 1/12/2022 | EDSM | Sac Deepwater Ship Channel | 1 | 1 | 0 | 0 |
| 1/16/2022 | TFCF | South Delta | 1 | 1 | 0 | 0 |
| 1/18/2022 | EDSM | Suisun Marsh | 1 | 1 | 0 | 0 |

**Historical Trends**
o Wild Delta Smelt detections in the Sacramento Deep Water Ship Channel indicate presence upstream of the confluence, but the fish may be freshwater residents and not representative of the migratory life history patterns in Delta Smelt (Hobbs 2019).
o Historically, the highest peak in salvage is in May and the second highest is in June (Grimaldo et al 2009; figure 5).

**Forecasted Distribution within Central Valley and Delta regions**
o Predicting the distribution of adult wild Delta Smelt is currently difficult because detection data is limited to a few individuals and historic patterns may not be representative of the low population levels. No detections have been in the central or south delta.
o The SMT uses turbidity as a surrogate for Delta Smelt presence and in making assessments of the likelihood of entrainment for larval Delta Smelt after spawning begins.
o The potential of experimentally released Delta Smelt to distribute from their release site is unknown at this time and SMT cannot predict their distribution beyond the original release site and subsequent recaptures.

**ABIOTIC CONDITIONS**

**Turbidity**
o As of 1/18/2022 turbidity continues to be less than 12 FNU at OBI, and it is stable at other central and south Delta stations (See attachment B).
o Integrated Early Winter Pulse Protection ended on 1/2/2021.
o Precipitation is not expected in the next seven days which may increase turbidity and flows.

TABLE 9. Relevant Environmental Factors to the current management actions for Delta Smelt..

| Date Reported | OBI Daily Turbidity (FNU) |
|---------------|---------------------------|

| 1/18/2022 | 5.17 |
|-----------|------|

**X2 Conditions**
- o  X2 is estimated to be at 76 km.
- o  When X2 is above 81 km, the SMT uses the X2_EC_Graph.xlxs tool to estimate the position of X2 for both the Sacramento and San Joaquin Rivers and assumes the average of the two is representative of an approximate X2 position.

**Other Environmental Conditions**
- o  The Fish and Water Operation Outlook OMR Index values are expected to range between -4,500 to -5,000 cfs from 1/18/2022 to 1/25/2022.
- o  Real time tracking of environmental conditions, relevant thresholds and Delta Smelt catch data are updated daily at:
  http://www.cbr.washington.edu/sacramento/workgroups/delta_smelt.html

**EVALUATION**

1. **Between December 1 and January 31, has any first flush condition been exceeded?**
   The running 3-day average flows and running 3-day average turbidity at Freeport exceeded the triggers for Integrated Early Winter Pulse Protection on 12/17/2021 (running 3-day averages: 27,152 cfs and 67 FNU). The CVP and SWP reduced exports from 12/20/2021 until 1/2/2022.

2. **Do DSM have a high risk of migration and dispersal into areas at high risk of future entrainment? (December 1- January 31)**
   Based on distribution patterns over the past decade and recent detection data, Delta Smelt are unlikely to be prevalent in the South Delta. Delta Smelt are expected to have made their migration in response to first flush and be holding in anticipation for temperatures conducive to spawning. Low turbidity persists in the OMR corridor, adult Delta Smelt are associated with areas of higher turbidity. Therefore, we expect Delta Smelt to have a lower likelihood of moving into areas with a higher likelihood of entrainment. Notably, turbidity in Clifton Court (CLC) has increased over the previous seven days but remains separated from turbidity north of the OMR corridor. However, since an experimentally released Delta Smelt was salvaged in the South Delta under low turbidity conditions (<12 FNU), there is uncertainty about how experimentally released fish may behave or distribute after release.

3. **Has a spent female been collected?**
   No data is being collected currently, but it will begin being collected by SKT on 1/18/2022.

4. **If OMR of -2000 does not reduce OBI turbidity below 12NTU/FNU, what OMR target is deemed protective between -2000 and -5000?**
   OBI turbidity is currently below 12 FNU and a turbidity bridge avoidance action is not expected to be necessary in the next seven days.

5. **If OBI is 12 NTU/FNU, what do other station locations show?**

6. **OBI turbidity is currently below 12 FNU. The daily average turbidities on 1/17/2022 at Prisoners Point (7.77 NTU), Holland Cut (5.59 FNU) and Victoria Canal (5.78 NTU) are stable and expected to remain stable in the next seven days.If OBI is 12 NTU/FNU, is a turbidity bridge avoidance action not warranted? What is the supporting information?**
   The turbidity at OBI is below 12 FNU, and a turbidity bridge avoidance action is not anticipated in the next 7 days.

7.  **After March 15 and if QWEST is negative, are larval or juvenile DSM within the entrainment zone of the CVP and SWP pumps based on surveys?**
    This question is not applicable until March 15th.

8.  **Based on real-time spatial distribution of Delta Smelt and currently available turbidity information, should OMR be managed to no more negative than -3,500?**
    This question is not applicable until March 15th.

9.  **What do hydrodynamic models, informed by EDSM or other relevant data, suggest the estimated percentage of larval and juvenile DSM that could be entrained may be?**
    This question is not applicable until March 15th

**DELTA SMELT REFERENCES**

Lenny F. Grimaldo, Ted Sommer, Nick Van Ark, Gardner Jones, Erika Holland, Peter B. Moyle, Bruce Herbold & Pete Smith (2009) Factors Affecting Fish Entrainment into Massive Water Diversions in a Tidal Freshwater Estuary: Can Fish Losses be Managed?, North American Journal of Fisheries Management, 29:5, 1253-1270, DOI: 10.1577/M08-062.1

Hobbs, J. A., Lewis, L. S., Willmes, M., Denney, C., & Bush, E. (2019). Complex life histories discovered in a critically endangered fish. Scientific Reports, 9(1). https://doi.org/10.1038/s41598-019-52273-8

Polansky, L., Newman, K.B., Nobriga, M.L. et al. Spatiotemporal Models of an Estuarine Fish Species to Identify Patterns and Factors Impacting Their Distribution and Abundance. Estuaries and Coasts 41, 572–581 (2018). https://doi.org/10.1007/s12237-017-0277-3

Sommer, T., F. Mejia, M. Nobriga, and L. Grimaldo. 2011. The Spawning Migration of Delta Smelt in the Upper San Francisco Estuary. San Francisco Estuary and Watershed Science 9(2).

## Attachment A

**Objective**
**Background**
**DSM2 model results: summary tables**
**DSM2 model results: figures**
**DSM2 model interpretation entrainment into Delta strata regions**
**DSM2 channel locations information**

**Objective**
Weekly modeling efforts are conducted to examine the effects of varying OMR conditions on the behavior of salmonids present in the Delta in a one-week "look ahead" or outlook. Members of the Salmon Monitoring Team (SaMT) use DSM2 modeling results to help answer how changing pumping regimes translates to differences in flows and velocities modeled at various channel locations within the Delta and what impact modeled environmental parameters have on rearing, foraging, migrating, and holding salmonids.

Each series of runs consists of three OMR conditions: minimum and maximum scenarios bounded by expected OMR index values for that week (Ops Outlook, Table 1) and a baseline which represents an anticipated operational value. Assumptions are made to best estimate future hydrologic characteristics. These inputs are more confident for the future one, two, and three-day timeframes; days four through six have lower confidence. Model scenarios hold hydrology inputs between runs constant and adjust Delta export pumping rates to compare between scenario OMR index values (unless otherwise noted). Although hydrologic ensembles could be used, a single value or deterministic projection is used for efficiency.

SaMT members use weekly DSM2 model results from a range of scenarios as part of a suite of tools to help assess distribution and changes to behavior of salmonids. At each channel location over a six-day action period, environmental parameters are examined: modeled flow and velocity general statistics (e.g., magnitude, range, percent positive), differences in modeled flow and velocity values compared with the baseline scenario, etc. That information, in conjunction with channel location (e.g., close to the Delta pumping facilities, closer to areas with higher tidal influence, etc.) and other environmental considerations (e.g., tidal cycle, upcoming storms, etc.), is then interpreted from a biological perspective. SaMT explores the possible effects to salmonids of changing OMR index scenarios, assuming each of those potential operations could be that week's controlling factor.

**Background**

| Process | |
|---|---|
| Weekly process | • DSM2 model runs use a historic and forecasted hydrological input dataset with no assumptions provided by DWR Thursdays and updated by Reclamation Mondays. <br> • Input File updated Monday after initial distribution from DWR for removal of forecasted in lieu of historic input. <br> • Reclamation provides scenarios based on expected OMR index values for the upcoming week. <br> • DSM2 model runs produced Monday and distributed to SaMT members. |
| *Hydraulic footprint information* | |
| Updated | 1/17/2022 (baseline and scenarios) |
| DSM2 modeling results range | 1/18/2022 – 1/25/2022 |
| *OMR index value scenarios* | |
| Baseline | -5,000 cfs |
| Scenario 1 | -4,500 cfs |
| Scenario 2 | N/A |
| *Changes between scenarios* | |
| Hydrology | No (see special considerations section below) |
| Delta Exports | Yes |
| *Common assumptions* | |
| DSM2 run results based on the following assumptions | • CCFB Gates are operating to Priority 2 throughout the forecast period. <br> • The Delta Cross Channel gates were closed on November 30 and will remain closed through the end of the forecast period. <br> • Suisun Marsh salinity control gates were changed from tidal position to open operation for 2 gates on December 21, and the remaining 1 gate is closed for maintenance. <br> • Temporary False River drought barrier was breached on January 7. <br> • See Figure A1a for Sacramento River flow at Freeport during the forecast period. <br> • See Figure A1b for San Joaquin River flow at Vernalis during the forecast period. <br> • Clifton Court Forebay and Tracy Pumping Plant pumping is shown for model runs in Figure A2. |

| Additional information | |
|---|---|
| Considerations for current DSM2 model run | • This week there was no Scenario 2 modeled.<br>• Both runs suggest Jones Pumping plant can export: Assumes DCI is available for JPP exports. |
| Caveats | • Time-step: DSM2 generates results at 15-minute time-steps. Visualizations of DSM2 model run results are aggregated over daily timesteps. Operations function on a more granular scale than daily time-step.<br>▪ Salmonid behavior: DSM2 provides flow fields which salmonids may encounter but salmonids are not neutrally buoyant particles. Models which incorporate behavior from acoustic tagged salmonids are being developed for South Delta (ePTM, ecoPTM). |

**DSM2 model results: figures**
FIGURE A1. Daily forecasted Freeport and Vernalis flows (cfs).



FIGURE A2a-b.  Daily forecasted pumping: Jones and Banks (cfs) for (a) Baseline and (b) Scenario 1.



a.



b.

**DSM2 model results: summary tables**

Table A1. Summary of minimum, maximum, mean, and percent positive flows (cfs) and velocities (ft/s) by DSM2 channel for OMR scenarios over a 6 day time period. For scenario values refer to "Hydraulic Footprint Information" in the conditions / assumptions section above.

| Scenario (cfs) | DSM2 Channel | Flow Min. | Flow Max. | Flow Mean | Flow % Positive | Velocity Min. | Velocity Max. | Velocity Mean | Velocity % Positive |
|---|---|---|---|---|---|---|---|---|---|
| Baseline-5000 | 6 | -279.5 | 1808.7 | 1023.6 | 95 | -0.1 | 1.1 | 0.6 | 95 |
| OMR-4500 | 6 | -271.3 | 1809.2 | 1023.2 | 96 | -0.1 | 1.1 | 0.6 | 96 |
| Baseline-5000 | 21 | -7280.8 | 6832.6 | 174.3 | 53 | -0.5 | 0.5 | 0.0 | 53 |
| OMR-4500 | 21 | -7291.1 | 6835.7 | 198.2 | 53 | -0.5 | 0.5 | 0.0 | 53 |
| Baseline-5000 | 49 | -154840.6 | 141973.6 | -2543.8 | 51 | -1.9 | 1.9 | 0.0 | 51 |
| OMR-4500 | 49 | -154820.1 | 142018.0 | -2156.5 | 51 | -1.9 | 1.9 | 0.0 | 51 |
| Baseline-5000 | 81 | -8039.3 | -606.9 | -4662.5 | 0 | -2.2 | -0.2 | -1.4 | 0 |
| OMR-4500 | 81 | -7789.1 | -611.7 | -4665.7 | 0 | -2.2 | -0.2 | -1.3 | 0 |
| Baseline-5000 | 94 | -14590.3 | 8588.2 | -3332.1 | 43 | -2.0 | 1.2 | -0.4 | 43 |
| OMR-4500 | 94 | -14044.2 | 8508.6 | -3078.5 | 44 | -1.9 | 1.2 | -0.4 | 44 |
| Baseline-5000 | 107 | -5954.2 | 3900.5 | -1130.4 | 45 | -1.6 | 1.1 | -0.3 | 45 |
| OMR-4500 | 107 | -5954.6 | 3905.1 | -1059.5 | 46 | -1.6 | 1.1 | -0.3 | 46 |
| Baseline-5000 | 124 | -19180.4 | 11710.4 | -3937.8 | 41 | -0.6 | 0.4 | -0.1 | 41 |
| OMR-4500 | 124 | -19188.2 | 11716.4 | -3804.5 | 41 | -0.6 | 0.4 | -0.1 | 41 |
| Baseline-5000 | 148 | -8310.7 | 5293.6 | -1663.1 | 44 | -0.9 | 0.6 | -0.2 | 44 |
| OMR-4500 | 148 | -8175.8 | 5303.7 | -1551.8 | 45 | -0.9 | 0.6 | -0.2 | 45 |
| Baseline-5000 | 160 | -5075.3 | 3227.3 | -640.9 | 49 | -0.5 | 0.4 | -0.1 | 49 |
| OMR-4500 | 160 | -5071.7 | 3230.6 | -589.8 | 49 | -0.5 | 0.4 | -0.1 | 49 |
| Baseline-5000 | 434 | -155541.4 | 163556.5 | 8420.4 | 53 | -1.7 | 1.9 | 0.1 | 53 |

| OMR-4500 | 434 | -155542.4 | 163534.6 | 8512.5 | 53 | -1.7 | 1.9 | 0.1 | 53 |
|---|---|---|---|---|---|---|---|---|---|



FIGURE A3: Spatial representation of DSM2 modeled flow by channel.

**DSM2 model interpretation entrainment in Delta strata regions**

Delivery of DSM2 model run results occurred after the Tuesday morning SaMT meeting due to a Federal holiday on 1/17/2022. DSM2 results were not discussed during SaMT thus no model interpretation is provided this week.

**DSM2 channel locations information**
FIGURE A4. Highlighted DSM2 channels by Delta Strata.



TABLE A2. Description of channel location, by Delta Strata region. Not all listed channels have model results presented in every weekly Proposed Action Assessment.

| DSM2 Channel | Description |
|---|---|
| North Delta into Interior and Central Delta | |
| CHAN049 | San Joaquin River at Sherman Island |
| CHAN310 | Three-Mile Slough |
| CHAN421 | Sacramento River at Delta Cross Channel |
| CHAN422 | Sacramento River at Delta Cross Channel |
| CHAN423 | Sacramento River at Delta Cross Channel |
| CHAN434 | Sacramento River at Sherman Island |
| San Joaquin River and Central Delta into South Delta | |
| CHAN006 | San Joaquin River at Head of Old River (HOR) |
| CHAN021 | San Joaquin River downstream from confluence with Calaveras River |
| CHAN024 | San Joaquin River upstream of Turner Cut |
| CHAN054 | Old River at confluence with San Joaquin River (HOR) |
| CHAN107 | Old River north of Rock Slough |
| CHAN117 | Old River south of Franks Tract |
| CHAN124 | Old River between Franks Tract and San Joaquin River |
| CHAN160 | Columbia Cut |
| CHAN173 | Turner Cut |
| South Delta into Facilities | |
| CHAN148 | Middle River |
| CHAN227 | Victoria Canal |
| CHAN081 | Grant Line Canal |
| CHAN094 | Old River |

**Attachment B: Delta Turbidity Report**

**Department of Water Resources**
**Division of Operations and Maintenance**
**SWP Water Operations Office**

# Delta Turbidity Conditions Report

**For conditions through:          January 13, 2022**

**General Conditions:**

**Inflows:**

| | |
|---|---:|
| Freeport | 17281 CFS |
| Yolo Bypass | 119 CFS |
| Vernalis | 970 CFS |
| Cosumnes | 456 CFS |
| Mokelumne | 165 CFS |
| Calaveras | 38 CFS |

**Exports:**

| | |
|---|---:|
| Clifton Court | 1694 CFS |
| Jones | 4060 CFS |

**Other:**

| | |
|---|---:|
| OMR (Index) | -4982 CFS |
| QWEST | -1428 CFS |
| NDOI | 15076 CFS |



OBI station Turbidity values are CDEC daily data.
All other stations Turbidity values are daily average calculated from CDEC event data.