

EXHIBIT U

12/2/2021

CENTRAL VALLEY OPERATIONS OFFICE
CHINOOK SALMON REPORT
MARCH 2021

Note: Shaded area not verified with CDFW data    Preliminary Data - Subject to Change

| DATE | Winter Run Chinook Salmon Estimated Loss (Incidental Take) ||||||||| Spring Run Chinook Salmon Estimated Loss (Incidental Take) ||||||||| Pumping ||||||
| | Daily SWP || Daily CVP || Daily Combined || Season Combined || Daily SWP || Daily CVP || Daily Combined || Season Combined || Daily Total In CFS ||| Daily Total In Acre Feet |||
| | Tagged* Estimated Loss | No Tag Estimated Loss | Tagged* Estimated Loss | No Tag Estimated Loss | Tagged* Estimated Loss | No Tag Estimated Loss | Tagged* Estimated Loss | No Tag Estimated Loss | Tagged Estimated Loss | No Tag Estimated Loss | Tagged Estimated Loss | No Tag Estimated Loss | Tagged Estimated Loss | No Tag Estimated Loss | Tagged Estimated Loss | No Tag Estimated Loss | Banks | Tracy | Combined | Banks | Tracy | Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 853 | 971 | 1,824 | 1,691 | 1,926 | 3,617 |
| 2-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 411 | 815 | 1,226 | 815 | 1,617 | 2,432 |
| 3-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 406 | 818 | 1,224 | 805 | 1,623 | 2,428 |
| 4-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 412 | 412 | 0 | 817 | 817 |
| 5-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 291 | 400 | 692 | 578 | 794 | 1,372 |
| 6-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 429 | 429 | 0 | 851 | 851 |
| 7-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 527 | 405 | 933 | 1,046 | 804 | 1,850 |
| 8-Mar-21 | 0 | 0 | 0 | 4 | 0 | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 822 | 822 | 0 | 1,631 | 1,631 |
| 9-Mar-21 | 0 | 4 | 0 | 0 | 0 | 4 | 4 | 8 | 4 | 0 | 3 | 0 | 7 | 0 | 7 | 0 | 1,058 | 819 | 1,877 | 2,099 | 1,624 | 3,723 |
| 10-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 4 | 0 | 0 | 0 | 4 | 0 | 11 | 0 | 515 | 826 | 1,341 | 1,022 | 1,638 | 2,660 |
| 11-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 405 | 827 | 1,232 | 803 | 1,640 | 2,443 |
| 12-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 413 | 413 | 0 | 820 | 820 |
| 13-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 398 | 398 | 0 | 790 | 790 |
| 14-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 3 | 0 | 3 | 0 | 14 | 0 | 0 | 372 | 372 | 0 | 737 | 737 |
| 15-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 1,281 | 406 | 1,687 | 2,541 | 805 | 3,346 |
| 16-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 22 | 0 | 8 | 0 | 30 | 0 | 44 | 0 | 1,705 | 814 | 2,519 | 3,381 | 1,615 | 4,996 |
| 17-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 177 | 0 | 0 | 0 | 177 | 0 | 221 | 0 | 1,904 | 896 | 2,800 | 3,776 | 1,778 | 5,554 |
| 18-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 52 | 0 | 0 | 0 | 52 | 0 | 273 | 0 | 1,709 | 903 | 2,612 | 3,389 | 1,791 | 5,180 |
| 19-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 39 | 0 | 0 | 0 | 39 | 0 | 312 | 0 | 945 | 812 | 1,756 | 1,874 | 1,610 | 3,484 |
| 20-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 7 | 0 | 7 | 0 | 319 | 0 | 515 | 805 | 1,320 | 1,022 | 1,596 | 2,618 |
| 21-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 7 | 0 | 7 | 0 | 326 | 0 | 0 | 804 | 804 | 0 | 1,595 | 1,595 |
| 22-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 27 | 0 | 27 | 0 | 353 | 0 | 623 | 825 | 1,447 | 1,235 | 1,636 | 2,871 |
| 23-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 7 | 0 | 7 | 0 | 360 | 0 | 3 | 877 | 880 | 6 | 1,740 | 1,746 |
| 24-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 4 | 0 | 4 | 0 | 364 | 0 | 623 | 842 | 1,465 | 1,235 | 1,670 | 2,905 |
| 25-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 14 | 0 | 14 | 0 | 378 | 0 | 0 | 840 | 840 | 0 | 1,666 | 1,666 |
| 26-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 13 | 0 | 7 | 0 | 20 | 0 | 398 | 0 | 521 | 827 | 1,348 | 1,034 | 1,640 | 2,674 |
| 27-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 398 | 0 | 0 | 802 | 802 | 0 | 1,590 | 1,590 |
| 28-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 398 | 0 | 267 | 802 | 1,068 | 529 | 1,590 | 2,119 |
| 29-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 16 | 3 | 16 | 3 | 414 | 3 | 0 | 803 | 803 | 0 | 1,593 | 1,593 |
| 30-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 11 | 0 | 11 | 0 | 425 | 3 | 291 | 803 | 1,094 | 578 | 1,592 | 2,170 |
| 31-Mar-21 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 425 | 3 | 408 | 413 | 821 | 809 | 820 | 1,629 |
| Total | 0 | 4 | 0 | 4 | 0 | 8 | 4 | 8 | 311 | 0 | 114 | 3 | 425 | 3 | 425 | 3 | 15,260 | 22,001 | 37,261 | 30,268 | 43,639 | 73,907 |

Winter Run Incidental Take Levels (Oct 1 thru May 31)    Spring Run Incidental Take Levels for Season Combined Total (Oct 1 thru Jun 30)