

EXHIBIT V

# NOTICE TO STATE WATER PROJECT CONTRACTORS



**Date:** January 20, 2022

**Number:** 22-01

**Subject:** **2022 State Water Project Table A Allocation Increase from 0 to 15 Percent**

**From:** Original signed by
**Ted Craddock**
**Deputy Director, State Water Project**
Department of Water Resources

Based on the recent precipitation, runoff, and current water supply conditions, the Department of Water Resources (DWR) is increasing the State Water Project (SWP) Table A Allocation to 15 percent of most SWP long-term contractors' 2022 requested Table A amounts. Attached is the revised 2022 SWP allocation table.

Please note that this Table A Allocation will reduce, on a 1:1 basis, any unmet human health and safety need volumes that were previously identified in the SWP contractors' submittals to DWR.

The Table A Allocation increase is made consistent with the long-term water supply contracts, legal requirements, and public policy. In determining available SWP supplies, DWR has considered several factors including existing storage in SWP conservation reservoirs, estimates of future runoff under very dry conditions, SWP operational and regulatory constraints such as, federal Endangered Species Act and California Endangered Species Act requirements, and the 2022 demands of SWP Contractors. DWR may revise this and any subsequent allocations if warranted by the year's developing hydrologic and water supply conditions.

To develop the 15 percent water delivery schedule, DWR will scale up the SWP Contractors' current 5 percent schedules that were submitted in October 2021 (as part of initial requests), unless SWP Contractors submit updated schedules. DWR will provide approved monthly water delivery schedules to the SWP Contractors.

If you have any questions or need additional information, please contact John Leahigh, Water Operations Executive Manager, at (916) 902-9876.

Attachment

# 2022 STATE WATER PROJECT ALLOCATION
(ACRE-FEET)

| SWP CONTRACTORS | TABLE A (1) | INITIAL REQUEST (2) | APPROVED ALLOCATION (3) | PERCENT INITIAL REQUEST APPROVED (3)/(2) (4) |
|---|---|---|---|---|
| **FEATHER RIVER** | | | | |
| County of Butte | 27,500 | 27,500 | 5,000 | 18% |
| Plumas County FC&WCD | 2,700 | 2,700 | 405 | 15% |
| City of Yuba City | 9,600 | 9,600 | 2,400 | 25% |
| **Subtotal** | **39,800** | **39,800** | **7,805** | |
| **NORTH BAY** | | | | |
| Napa County FC&WCD | 29,025 | 29,025 | 7,256 | 25% |
| Solano County WA | 47,756 | 47,756 | 11,939 | 25% |
| **Subtotal** | **76,781** | **76,781** | **19,195** | |
| **SOUTH BAY** | | | | |
| Alameda County FC&WCD, Zone 7 | 80,619 | 80,619 | 12,093 | 15% |
| Alameda County WD | 42,000 | 42,000 | 6,300 | 15% |
| Santa Clara Valley WD | 100,000 | 100,000 | 15,000 | 15% |
| **Subtotal** | **222,619** | **222,619** | **33,393** | |
| **SAN JOAQUIN VALLEY** | | | | |
| Oak Flat WD | 5,700 | 5,700 | 855 | 15% |
| County of Kings | 9,305 | 9,305 | 1,396 | 15% |
| Dudley Ridge WD | 41,350 | 41,350 | 6,203 | 15% |
| Empire West Side ID | 3,000 | 3,000 | 450 | 15% |
| Kern County WA | 982,730 | 982,730 | 147,410 | 15% |
| Tulare Lake Basin WSD | 87,471 | 87,471 | 13,121 | 15% |
| **Subtotal** | **1,129,556** | **1,129,556** | **169,435** | |
| **CENTRAL COASTAL** | | | | |
| San Luis Obispo County FC&WCD | 25,000 | 25,000 | 3,750 | 15% |
| Santa Barbara County FC&WCD | 45,486 | 45,486 | 6,823 | 15% |
| **Subtotal** | **70,486** | **70,486** | **10,573** | |
| **SOUTHERN CALIFORNIA** | | | | |
| Antelope Valley-East Kern WA | 144,844 | 144,844 | 21,727 | 15% |
| Santa Clarita Valley WA | 95,200 | 95,200 | 14,280 | 15% |
| Coachella Valley WD | 138,350 | 138,350 | 20,753 | 15% |
| Crestline-Lake Arrowhead WA | 5,800 | 5,800 | 870 | 15% |
| Desert WA | 55,750 | 55,750 | 8,363 | 15% |
| Littlerock Creek ID | 2,300 | 2,300 | 345 | 15% |
| Metropolitan WDSC | 1,911,500 | 1,911,500 | 286,725 | 15% |
| Mojave WA | 89,800 | 89,800 | 13,470 | 15% |
| Palmdale WD | 21,300 | 21,300 | 3,195 | 15% |
| San Bernardino Valley MWD | 102,600 | 102,600 | 15,390 | 15% |
| San Gabriel Valley MWD | 28,800 | 28,800 | 4,320 | 15% |
| San Gorgonio Pass WA | 17,300 | 17,300 | 2,595 | 15% |
| Ventura County WPD | 20,000 | 20,000 | 3,000 | 15% |
| **Subtotal** | **2,633,544** | **2,633,544** | **395,033** | |
| **TOTAL** | **4,172,786** | **4,172,786** | **635,434** | **15%** |

SWPAO
1/20/2022