**EXHIBIT W**

# Allocation Analysis for 2022 (TAF)
## WY 2022 based on December WSI forecast

|  | 2021 Dec | 2022 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total (MAF) | Possible Table A % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **50% Exceedence Moderate OMR** | | | D | | SRI = 16.7 | | SVI = 6.5 | | | | Possible 2022 Table A = | | | 2.425 | 58% |
| Oroville EOM Storage | 1359 | 1752 | 2226 | 2736 | 3077 | 3247 | 3253 | 2685 | 2143 | 1820 | 1714 | 1658 | 1673 | | |
| Feather R. release (avg. cfs) | 1200 | 960 | 950 | 800 | 1210 | 1070 | 1060 | 9340 | 9380 | 6760 | 2370 | 1760 | 1760 | - | |
| SWP Banks PP exports | 76 | 79 | 78 | 84 | 40 | 40 | 15 | 408 | 409 | 395 | 150 | 312 | 265 | 2.275 | |
| *Potential South of Delta Art. 21 Water Avail.* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | |
| SWP San Luis EOM Storage | 517 | 545 | 541 | 519 | 441 | 328 | 101 | 190 | 299 | 465 | 383 | 516 | 609 | - | |
| SWP Contractor Deliveries | 54 | 65 | 79 | 84 | 106 | 138 | 228 | 304 | 286 | 222 | 230 | 182 | 182 | 2.106 | |
| **75% Exceedence Moderate OMR** | | | C | | SRI = 12.6 | | SVI = 5.1 | | | | Possible 2022 Table A = | | | 1.076 | 26% |
| Oroville EOM Storage | 1359 | 1595 | 1916 | 2273 | 2465 | 2513 | 2447 | 2116 | 1810 | 1600 | 1504 | 1381 | 1317 | | |
| Feather R. release (avg. cfs) | 1200 | 940 | 950 | 800 | 1060 | 1070 | 1060 | 4640 | 4640 | 4490 | 1250 | 1240 | 1250 | - | |
| SWP Banks PP exports | 76 | 84 | 86 | 80 | 16 | 15 | 14 | 157 | 132 | 212 | 17 | 53 | 60 | 0.926 | |
| *Potential South of Delta Art. 21 Water Avail.* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | |
| SWP San Luis EOM Storage | 517 | 562 | 591 | 588 | 509 | 416 | 305 | 346 | 366 | 491 | 404 | 381 | 358 | - | |
| SWP Contractor Deliveries | 54 | 52 | 54 | 59 | 83 | 90 | 110 | 99 | 97 | 79 | 101 | 79 | 93 | 0.998 | |
| **90% Exceedence Moderate OMR** | | | C | | SRI = 9.9 | | SVI = 4.3 | | | | Possible 2022 Table A = | | | 0.556 | 13% |
| Oroville EOM Storage | 1359 | 1530 | 1734 | 1995 | 2137 | 2178 | 2021 | 1743 | 1511 | 1469 | 1379 | 1240 | 1194 | | |
| Feather R. release (avg. cfs) | 1200 | 940 | 950 | 810 | 1000 | 810 | 2500 | 3880 | 4130 | 2070 | 1770 | 1490 | 960 | - | |
| SWP Banks PP exports | 76 | 78 | 75 | 79 | 16 | 40 | 14 | 16 | 17 | 16 | 17 | 18 | 113 | 0.499 | |
| *Potential South of Delta Art. 21 Water Avail.* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000 | |
| SWP San Luis EOM Storage | 517 | 566 | 618 | 655 | 522 | 402 | 263 | 198 | 150 | 132 | 117 | 118 | 225 | - | |
| SWP Contractor Deliveries | 54 | 40 | 20 | 18 | 135 | 141 | 137 | 65 | 49 | 26 | 28 | 20 | 16 | 0.695 | |

## Assumptions for 2022 Allocation Analysis

**Notes:**
- SWPAO's initial delivery files: 60% for the 50% Moderate study; 30% for the 75% Moderate study; and 5% for the 90% Moderate study.
- The 90% studies reflect a 50% FRSA delivery pattern; 75% and 50% study reflects a 100% FRSA delivery pattern.
- When Biological Opinions' (BiOp) impacts occur at the export facilities, SWP and CVP will share the available water supply accordingly under the revised COA Article 10(i).

### Estimated Delivery in Details

|  | (1) '22 Table A | (2) '22-'23 ANTCO | (3) '22 CO & Others | (1+2) 2022 Allocation | (1+3) 2022 Delivery | (1+2+3) Total Water Available for '22 |
|---|---|---|---|---|---|---|
| 50% Exceedence Moderate OMR | 1.984 maf | 0.441 maf | 0.122 maf | 2.425 maf | 2.106 maf | 2.547 maf |
| 75% Exceedence Moderate OMR | 0.860 maf | 0.217 maf | 0.138 maf | 1.076 maf | 0.998 maf | 1.215 maf |
| 90% Exceedence Moderate OMR | 0.548 maf | 0.008 maf | 0.147 maf | 0.556 maf | 0.695 maf | 0.703 maf |

### Reservoir Targets
- Lake Oroville storage target = 1.600 MAF

| Exceedence | Possible Table A | Storage Target |
|---|---|---|
| 50% Exceedence Moderate OMR | 58% | 1.600 MAF |
| 75% Exceedence Moderate OMR | 26% | 1.600 MAF |
| 90% Exceedence Moderate OMR | 13% | 1.600 MAF |

- SWP San Luis storage targets for 2022

| Exceedence | Deadpool = | Total |
|---|---|---|
| All | 42 taf | 42 taf |

**>>>>> for the 50% OMR study**

| | Deadpool | ANTCO, Unscheduled CO & Backed up Water | Required Storage | | |
|---|---|---|---|---|---|
| Oct-22 | 42 taf | 189 taf | 231 | >>> 1/3 | of '22-'23 ANTCO is available in Oct. '22 |
| Nov-22 | 42 taf | 378 taf | 420 | >>> 2/3 | of '22-'23 ANTCO is available in Nov. '22 |
| Dec-22 | 42 taf | 567 taf | 609 | >>> 100% | of '22-'23 ANTCO is available in Dec. '22 |

**>>>>> for the 75% OMR study**

| | Deadpool | ANTCO, Unscheduled CO & Backed up Water | Required Storage | | |
|---|---|---|---|---|---|
| Oct-22 | 42 taf | 105 taf | 147 | >>> 1/3 | of '22-'23 ANTCO is available in Oct. '22 |
| Nov-22 | 42 taf | 211 taf | 253 | >>> 2/3 | of '22-'23 ANTCO is available in Nov. '22 |
| Dec-22 | 42 taf | 316 taf | 358 | >>> 100% | of '22-'23 ANTCO is available in Dec. '22 |

**>>>>> for the 90% OMR study**

| | Deadpool | ANTCO, Unscheduled CO & Backed up Water | Required Storage | | |
|---|---|---|---|---|---|
| Oct-22 | 42 taf | 38 taf | 80 | >>> 1/3 | of '22-'23 ANTCO is available in Oct. '22 |
| Nov-22 | 42 taf | 76 taf | 118 | >>> 2/3 | of '22-'23 ANTCO is available in Nov. '22 |
| Dec-22 | 42 taf | 114 taf | 156 | >>> 100% | of '22-'23 ANTCO is available in Dec. '22 |

## 2019 NOAA Fisheries and USFWS Biological Opinions / 2020 DFW Incidental Take Permit Regulatory Requirements

### OMR Management
(Targets assumed in accordance with the 2019 NOAA (NMFS) and USFWS Biological Opinions; and the 2020 DFW Incidental Take Permit)

|  | Most | Moderate | Least |
|---|---|---|---|
| January | -1250 | -2500 | -5000 |
| February | -1250 | -2500 | -5000 |
| March | -1250 | -2500 | -5000 |
| April* | SJI Critical WY 1:1 , Dry WY 2:1,  BN WY 3:1,  AN/W WY 4:1 | | |
| May* | SJI Critical WY 1:1 , Dry WY 2:1,  BN WY 3:1,  AN/W WY 4:1 | | |
| June | -1250 | -2500 | -5000 |
| December 1-17 | -2000 | -2000 | -2000 |
| December 18-31 | -2000 | -2000 | -2000 |

In accordance with the 2020 DFW Incidental Take Permit and 2019 NMFS/USFWS BiOp

### Summer - Fall Action Plan (Delta Smelt Habitat)

**Suisun Marsh Salinity Gate Operation**

|  | Wet | Above Normal | Below Normal | Dry* | Critical |
|---|---|---|---|---|---|
| Jun | | | | | |
| Jul | | | | | |
| Aug | SMSCG | SMSCG | SMSCG | SMSCG* | X |
| Sep | | | | | |
| Oct | | | | | |

**Fall X2**

|  | Wet | Above Normal |
|---|---|---|
| Sep | | Fall X2 < 80 KM |
| Oct | | |

* SMSCG operations: Following wet/above normal years, assumed July and Aug (60 days); following below normal years, assumed July (30 days)

### Delta Outflow Blocks
(Includes Spring Outflow up to 150 TAF and 100 TAF)

|  | Wet | Above Normal | Below Normal | Dry | Critical |
|---|---|---|---|---|---|
| Apr | Spring Outflow Block | | | X | X |
| May | Spring Outflow Block | | | X | X |
| Jun | 100 TAF | | | X | X |
| Jul | 100 TAF | | | X | X |
| Aug | 100 TAF | | | X | X |
| Sep | 100 TAF | | | X | X |
| Oct | 100 TAF | | | X | X |

|  | Wet | Above Normal | Below Normal | Dry | Critical |
|---|---|---|---|---|---|
| Mar | | | | | X |
| Apr | -Spring Outflow to be used in the following year (subject to spill from Oroville) | | | | X |
| May | | | | | X |
| Jun | -100 TAF can be stored and used in the following year (subject to spill from Oroville) | | | | X |
| Jul | | | | | X |
| Aug | | | | | X |
| Sep | | | | | X |
| Oct | | | | | X |