

**United States District Court**
**Eastern District of California**



FILED
FEB 07 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| PCFFA, et al., |
|---|

Plaintiff(s)

V.

| Wilbur Ross, in his official capacity, et al., |
|---|

Defendant(s)

Case Number: 1:20-cv-00431-DAD-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Derek Woodman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Westlands Water District

On 05/13/2016 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
California Natural Resources Agency v. Raimondo, No. 1:20-cv-00426-DAD-EPG, submitted 02/04/2022, no ruling

Date: 02/04/2022         Signature of Applicant: /s/ Derek Woodman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Derek Woodman |
| Law Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 1875 Pennsylvania Ave NW |
| City: | Washington  State: DC  Zip: 20006 |
| Phone Number w/Area Code: | (202) 663-6980 |
| City and State of Residence: | Washinton, DC |
| Primary E-mail Address: | derek.woodman@wilmerhale.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Daniel J. O'Hanlon |
| Law Firm Name: | Kronick, Moskovitz, Tiedemann & Girard |
| Address: | 1331 Garden Highway |
| | 2nd Floor |
| City: | Sacramento  State: CA  Zip: 95833 |
| Phone Number w/Area Code: | (916) 321-4500  Bar # 122380 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/7/22

*[signature]*
JUDGE, U.S. DISTRICT COURT