SOMACH SIMMONS & DUNN
A Professional Corporation
ANDREW M. HITCHINGS (Bar No. 154554)
ahitchings@somachlaw.com
BRITTANY K. JOHNSON (Bar No. 282001)
bjohnson@somachlaw.com
JARED S. MUELLER (Bar No. 257659)
jmueller@somachlaw.com
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone:   (916) 446-7979
Attorneys for Intervenors-Defendants
GLENN-COLUSA IRRIGATION DISTRICT, et al.

DOWNEY BRAND LLP
KEVIN M. O'BRIEN (Bar No. 122713)
kobrien@downeybrand.com
MEREDITH E. NIKKEL (Bar No. 254818)
mnikkel@downeybrand.com
SAMUEL BIVINS (Bar No. 300965)
sbivins@downeybrand.com
NICOLAS CHAPMAN (Bar No. 340661)
nchapman@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Attorneys for Intervenors-Defendants
TEHAMA-COLUSA CANAL AUTHORITY;
and RECLAMATION DISTRICT NO. 108, et al.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, *et al.*,<br><br>Defendants<br><br>THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00431-JLT-EPG<br>Case No. 1:20-cv-00426-JLT-EPG<br><br>**DECLARATION OF ERIC C. HANSEN IN SUPPORT OF SACRAMENTO RIVER INTERVENORS' OPPOSITION TO PROPOSED INTERIM OPERATIONS PLAN EXTENSION**<br><br>Date:      TBD<br>Time:      TBD<br>Dept.      5<br>Judge:    Hon. Jennifer L. Thurston |

I, Eric C. Hansen, declare as follows:

1. I have a Bachelor of Science degree in Evolution and Ecology from the University of California, Davis and Master of Science degree in Biological Sciences from California State University, Chico. I have extensive experience performing various surveys and studies for giant gartersnakes (*Thamnophis gigas*) on behalf of various agencies. I served on the California Department of Water Resources Flood Maintenance Office's Technical Review Committee (TRC) as a giant gartersnake expert, where I advised on developing information regarding the ecology of the giant gartersnake and their environment. I have also authored several published articles regarding the giant gartersnake. Four of my studies are cited in the 2017 USFWS Giant Gartersnake Recovery Plan. A curriculum vitae summarizing my representative experience and published articles is attached as Exhibit A.

2. I am hereby providing expert opinions and testimony on behalf of Defendants-Intervenors, the Sacramento River Settlement Contractors (SRS Contractors) and the Tehama-Colusa Canal Authority (TCCA), collectively the "Sacramento River Intervenors" in the above-referenced actions. I have reviewed and evaluated the 2022 Interim Operations Plan for the Central Valley Project (2022 IOP) implemented by the Federal Defendants and State Plaintiffs. I have also reviewed their proposed IOP Extension for 2023. Specifically, in this declaration I provide opinions relating to how the reduced surface water deliveries to rice caused by hydrologic conditions and the 2022 IOP (which could be repeated under the IOP Extension) affects giant gartersnake behavior, reproduction, survival, distribution, and persistence, the importance of irrigation water for this species from April to June, and the overall ecological costs that are likely to result from the inability to plant rice on a large scale due to implementation of the 2022 IOP and the proposed IOP Extension. The references supporting my opinions and testimony are listed in the attached Exhibit B.

**Understanding and Overview**

3. Based upon the Declaration of Dr. Joel Kimmelshue filed in this proceeding, it is my understanding that in 2022 water diversions from the Sacramento River were substantially reduced in the service areas of the SRS Contractors and TCCA, affecting water availability not

2
HANSEN DEC. IN SUPPORT OF SACRAMENTO RIVER INTERVENORS' OPPOSITION TO PROPOSED IOP EXTENSION

just within rice fields but also within the water conveyance infrastructure (i.e., ditches and drains) appurtenant to those fields. Normally, rice fields in this region are flooded and planted during the spring period (before June). Between 2014 and 2021, the amount of rice planted in California (nearly all of which is in the Sacramento Valley) has averaged approximately 471,000 acres per year, and even in 2021, which was a critically dry year, approximately 191,000 acres of rice were planted in the service areas of the SRS Contractors and TCCA. Under 2022 hydrological conditions and the IOP, farmers within the Sacramento River Intervenor service areas planted only approximately 35,204 acres of rice, thus fallowing approximately 156,000 acres, or 82 percent, of rice acreage from 2021. Although a small amount of rice is grown outside of the boundaries of the Sacramento Valley, all of these 156,000 fallowed rice acres served by the Sacramento River Intervenors are located within the Sacramento Valley. These fallowed acres in 2022 represent 33 percent of the average amount of rice grown in California each year.

**Extent of Impacts of the 2022 IOP**

4. As explained in my previous declaration, multiple studies from throughout the species range indicate shifting spatial distribution or population loss in response to reduction in the area of wetlands or rice fields. ECF No. 337 (*PCFFA v. Raimondo*) (Dickert 2003; E. Hansen 2008a, 2008b; G. Hansen and Brode 1980; E. Hansen and Scherer 2017a, 2017b; ICF International 2011, 2012; Jones & Stokes 2005, 2006, 2007, 2008, 2009, 2010; Sloan 2004; Reyes et al. 2017; Sousa and Sloan 2007; USFWS 1993, 1999, 2006, 2012). Reductions in water diversions from the Sacramento River used to grow rice affect not only water availability within rice fields but will also curtail the presence of critical water within appurtenant ditches and drains.

5. The ecological effects of fallowing in 2022 on giant gartersnakes have not been precisely quantified with empirical studies. Correspondence with Dr. Brian Halstead, a recognized expert in the ecology of the giant gartersnake with the U.S. Geological Survey's Biological Resources Division, confirms that the species' response to dry conditions in the Sacramento Valley cannot yet be measured in full and sufficient data for analyzing effects will not be available until after the effects have occurred. Dry conditions in 2022 (particularly those on the west side of the Sacramento River) confounded data collection in many locations because sites

were too shallow or the water too warm to safely trap. Effects of these changes on giant gartersnake populations will not be clear until further data are collected because in many cases sites were visited before they completely dried and effects of subsequent drying were not fully realized (Halstead, pers. comm.). Accordingly, it will not be possible to quantify the effects of drought and fallowing on giant gartersnakes in 2022 until after the 2023 field season.

6. Dry hydrologic conditions and the 2022 IOP caused a substantial reduction in water diversions from the Sacramento River, which resulted in substantial fallowing in affected regions during the critical spring season for giant gartersnakes during which many critical aspects of its life history occur. Simply put, giant gartersnakes cannot persist without water, and massive land fallowing and corresponding dewatering of 156,000 acres of important riceland habitat during this critical part of the species' active season (and thereafter), negatively affect feeding, reproduction, and survival throughout half the species' ostensible range in the Sacramento Valley. As explained in my previous declaration, giant gartersnakes rely upon aquatic prey for survival; food availability from April through May is critical for male giant gartersnakes that emerge from overwintering sites with depleted energy reserves and females who require energy reserves to gestate their young internally. A lack of prey availability in rice *and* ditches during this critical period (and thereafter) dramatically reduces both survival and reproduction on an unprecedented scale. Although long-term population effects are unclear, the probable loss of breeding adults, reduction in population recruitment (contribution of young), and potential loss of already diminished genetic variation would certainly reduce the likelihood of persistence for multiple giant gartersnake populations (Wood et al. 2015, USFWS 2017) over time.

7. While empirical data pertaining to the extent of impacts of the 2022 IOP on giant gartersnakes are not available, recent drought conditions have undeniably placed pressure on the species throughout its range, with the resulting reduction and temporary loss of aquatic habitat associated with severe population reductions, skewed demographic rates, and extirpations of genetically distinct populations. For instance, a recent reduction in area and persistence of water in the Badger Creek population of giant gartersnakes (Wood et al. 2015, USFWS 2017) has resulted in a modeled population reduction of approximately 87 percent (Hansen and Scherer

2017b), and a shift in age/size distribution heavily biased toward sexually immature snakes (Hansen 2021).  Also, a reduction in area and persistence of canal water in the Volta area of the San Joaquin Valley has resulted in the functional extirpation of the Los Banos Creek population of giant gartersnakes (Hansen and Scherer 2017a), one of nine genetically distinct populations described by Wood et al. in 2015.  Reduced genetic variation associated with reductions and extirpations may lead to variable effective population sizes and increased potential for inbreeding effects that ultimately limit long-term viability of populations (Fischer and Lindenmayer 2007, Frankham 2005, Miller and Hobbs 2002).  As discussed in my previous declaration, all remaining giant gartersnake populations are characterized by diminished genetic status including population bottlenecks, inbreeding depression, reduced genetic variation, and low effective (i.e., genetic) population size (Wood et al. 2015).  This condition is likely exacerbated by fragmentation that limits genetic exchange among populations.  Additional fragmentation, population reductions, and potential loss of genetic variation on a scale associated with the spatial extent of fallowing observed in the Sacramento Valley in 2022 could significantly reduce genetic variation.  This, combined with losses elsewhere, would threaten the long-term viability of the species as a whole.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 31st day of October 2022, in Sacramento, California.

*Eric C. Hansen*
Eric. C. Hansen
Consulting Environmental Biologist

# EXHIBIT A

| | |
|---|---|
| **Years of Experience**<br>This Firm/Other Firms or Agencies: 21/2<br><br>**Education**<br>2008 MS, Biological Sciences, California State University, Chico, CA<br>2001 BS, Evolution and Ecology, University of California, Davis, CA<br><br>**Professional Affiliations**<br>American Society of Ichthyologists and Herpetologists<br>Society for the Study of Amphibians and Reptiles<br>The Wildlife Society<br>Herpetologists League | ### General Experience & Qualifications<br>Eric is an environmental consultant with 23 years of experience including research, NEPA/CEQA studies, environmental compliance and monitoring, and conceptual designs. Eric is considered a leading expert in the biology and management of the threatened giant gartersnake and conducts core research on a multitude of special-status reptiles and amphibians in California's Great Central Valley. He is also an experienced contract manager routinely interfacing with contracting officers, clients, and subcontractors to integrate multiple project facets and execute projects efficiently. Eric also is an adjunct professor at Sacramento City College and routinely develops and presents lectures and workshops pertaining to reptile and amphibian ecology and sampling throughout California. Due to his recognized expertise Eric also functions as a trainer for the California Department of water Resources developing multi-day workshops to train staff in the ecology and proper handling of giant gartersnake, California red-legged frog, and California tiger salamander for the purpose of authorizing qualified biological monitors. |

### Representative Project Experience

**Effects of changing hydroperiod on reproductive occupancy of the threatened California tiger salamander in vernal pools and seasonal wetlands in the CA Central Valley under different climate scenarios.** Conducted for the California Landscape Conservation Cooperative. Working in collaboration with co-investigators at Conservation Science Partners, Eric was responsible for concept development, study design and execution of all field sampling in 159 vernal pools in the San Joaquin Valley. (2015-2020)

**Hansen, E.C. Year 2016 Giant Gartersnake (*Thamnophis gigas*) Surveys for the San Joaquin River Restoration Program's Mendota Pool Bypass and Reach 2B Improvements Project: Fresno and Madera Counties, California. Technical report prepared for AECOM. March 24, 2017.** As a subconsultant to AECOM, Eric designed and executed a protocol-level trapping survey for giant garter snakes in the Mendota Pool area, culminating in a report on regional occupancy and habitat suitability incorporating results of cutting-edge environmental DNA analyses. (2016-2017)

**Distribution of the Giant Gartersnake (*Thamnophis gigas*) in the Volta Area of the San Joaquin Valley.** Principally funded by the Central Valley Project Improvement Act Habitat Restoration Program under Funding Opportunity Number R14AS00050 and supplemented by the California Department of Fish and Wildlife to include the southern aspect of the species' range, this project seeks to evaluate current distribution and covariates of occupancy for giant garter snakes in Merced and Fresno Counties using both trapping and environmental DNA sampling techniques. Working in collaboration with co-investigators at Conservation Science Partners, Eric was responsible for contract and project management. (2015-2017)

**Volta Wasteway Level 2 Diversification/Incremental Level 4 Development Pilot Project, Merced County, CA.** On behalf of USBR and in conjunction with the San Luis and Delta Mendota Water Authority and Grasslands Water District, Eric assembled an interdisciplinary team of institutional veterinarians, toxicologists, and biostatisticians to monitor the effects of potential water quality degradation on the Volta Wildlife Area giant garter snake population. Eric was responsible for contract and project management and for executing the monitoring program developed in conformance of the project's Biological Opinion and oversaw all other components of environmental compliance relating to giant garter snake for the project. (2010-2017)

**Hansen, E.C, R. Wack, R. Poppenga, K. Strohm, C. Johnson, D. Bunn, and R. Scherer. 2011. Comparative pathology, health, and contaminant exposure within San Joaquin Valley and Sacramento Valley giant garter snake (*Thamnophis gigas*) populations. Report prepared for the Bureau of Reclamation (BOR) pursuant to BOR Agreement No. 08FG200042. March 31, 2011.** – This study evaluated health, pathology (hematology, plasma biochemistry, parasitology, and bacterial flora) and contaminant exposure (selenium, total mercury, methyl mercury, boron, PCBs, and organophosphate (OP) and organochlorine (OC) pesticides directly in snakes, through diet, and in the environment) in giant garter snakes and a non-threatened congener within both declining and stable populations, providing the baseline data needed for more focused research. (2008-2013)

**Hansen, E.C., H. McQuillen, S. Sweet, S. Gala, and J. Marty.  2010.  Response of the Giant Garter Snake (*Thamnophis gigas*) to Water Primrose (*Ludwigia hexapetala*) Removal at the Cosumnes River Preserve. Report prepared for the Central Valley Habitat Improvement Act Conservation Program.  December 29, 2010.** – Producing positive results, this study tested whether restoration of open-water foraging habitat would result in the return of giant garter snakes to previously occupied areas of Snake Marsh. Combined with detailed hydrologic and vegetation reports, this study provided valuable recommendations for long-term management at the Preserve. (2009-2010)

**Department of Water Resources Giant Garter Snake Technical Review Committee** – As a subcontractor to EDAW-AECOM, Eric served the Flood Maintenance Office on the Technical Review Committee (TRC) as a giant gartersnake expert.  Eric has been asked to advise on developing information regarding the ecology of the giant garter snake and their environment.  Developing this information has been critical to identifying impacts and potential mitigation measures with regards to the potential interactions of DWR activities in the Sacramento Valley, including water transfer programs and floodway maintenance (2014-2017).

## Representative Publications

Fleishman E., T. L. George, E.C. Hansen, and J. Heinrichs. 2021. Development of ecologically meaningful, multiple-species conservation strategies under the California and U.S. Endangered Species Acts. California Fish and Wildlife Special CESA Issue:61-75; 2021. http://www.doi.org/10.51492/cfwj.cesasi.3

Kissel, A.M., M. Halabisky, R.D. Scherer, M.E. Ryan, and E.C. Hansen. 2020. Expanding wetland hydroperiod data via satellite imagery for ecological applications. Frontiers in Ecology and the Environment. 18(8): 432– 438, https://doi.org/10.1002/fee.2233

Hansen, E.C., R.D. Scherer, G.C. White, B.G. Dickson, and E. Fleishman. 2015. Estimates of survival probability from two populations of giant gartersnakes in California's Great Central Valley. Copeia 103:1026-1036.

Hansen E.C., R.D. Scherer, E. Fleishman, B.G. Dickson, and D. Krolick. 2017. Relations between Environmental Attributes and Contemporary Occupancy of Threatened Giant Gartersnakes (*Thamnophis gigas*). Journal of Herpetology, 51(2):274-283.

Scherer, R.D. E.C. Hansen, M. Joseph, and R.F. Wack. 2019. Estimating relationships between size and fecundity in the threatened giant garter snake in seminatural and agricultural wetlands. Population Ecology 61(2): 141-149. https://doi.org/10.1002/1438-390X.1015

Schumer G., Hansen E.C., Anders P.J., Blankenship S.M. 2019. Development of a quantitative polymerase chain reaction assay and environmental DNA sampling methods for Giant Gartersnake (Thamnophis gigas). PLOS ONE 14(9): e0222493. https://doi.org/10.1371/journal.pone.0222493

Wack RF, E. Hansen, M. Small, R. Poppenga, D. Bunn, and C.K. Johnson. 2012. Hematology and plasma biochemistry values for the giant garter snake (*Thamnophis gigas*) and valley garter snake (*Thamnophis sirtalis fitchi*) in the Central Valley of California. J Wildl Dis. 2012 Apr;48(2):307-13. doi: 10.7589/0090-3558-48.2.307. PMID: 22493106.

Wack, R., E.C. Hansen, C. Johnson, and R. Poppenga. 2017. Bacterial Flora of the Giant Garter Snake (*Thamnophis gigas*) and Valley Garter Snake (*Thamnophis sirtalis fitchi*) in the Central Valley of California. Western Wildlife 4:61–71.

Wood, D.A., B.J. Halstead, M.L. Casazza, E.C. Hansen, G.D. Wylie, and A.G. Vandergast. 2015. Defining population structure and genetic signatures of decline in the giant gartersnake (*Thamnophis gigas*): implications for conserving threatened species within highly altered landscapes. Conservation Genetics 16:1025-1039.

# EXHIBIT B

# Eric C. Hansen
*Consulting Environmental Biologist*



| | | |
|---|---|---|
| 4200 N. Freeway Blvd., Suite 4<br>Sacramento, CA<br>95834-1235 | | Phone   916-921-8281<br>Fax       916-921-8278<br>Mobile  916-214-7848 |

**Date:     25 October 2022**

**References**

Dickert, C. 2003. Progress report for the San Joaquin Valley giant garter snake conservation project. Los Banos Wildlife Complex, California Department of Fish and Game, Los Banos, CA. 38 pp + appendices.

Fischer J. and D.B. Lindenmayer. 2007. Landscape modification and habitat fragmentation: a synthesis. Glob. Ecol. Biogeogr. 16:265-280.

Frankham, R. 2005. Genetics and extinction. Biol. Conserv. 126:131-140.

Hansen, G.E. and J.M. Brode. 1980. Status of the giant garter snake *Thamnophis couchii gigas* (Fitch). Inland Fisheries Endangered Species Special Publication 80(5):1-14. California Department of Fish and Game, Sacramento, CA.

Hansen, E. C. 2008a. Discussion of Giant Garter Snake (*Thamnophis gigas*) Movement and Home Range, with Specific Consideration Given to Connectivity Amongst Habitats within the Natomas Basin, Sacramento and Sutter Counties, California. Letter to Tim Washburn, Sacramento Area Flood Control Agency, dated January 20, 2008.

Hansen, E.C. 2008b. Status, distribution, and demography of San Joaquin Valley giant garter snake (*Thamnophis gigas*) populations: Implications for species-specific management and recovery [master's thesis]. [Chico (CA)]: California State University, Chico.

Hansen, E.C., H. McQuillen, S. Sweet, S. Gala, and J. Marty. 2010. Response of the Giant Garter Snake (Thamnophis gigas) to Water Primrose (*Ludwigia hexapetala*) Removal at the Cosumnes River Preserve. Report prepared for the Central Valley Habitat Improvement Act Conservation Program. December 29, 2010.

Hansen, E.C., R.D. Scherer, G.C. White, B.G. Dickson, and E. Fleishman. 2015. Estimates of survival probability from two populations of giant gartersnakes in California's Great Central Valley. Copeia 103:1026-1036.

Hansen, E.C. and R. Scherer. 2017a. Distribution of the Giant Gartersnake (*Thamnophis gigas*) in the Volta Area of the San Joaquin Valley. Report Completed in accordance with the terms and conditions of Fish and Wildlife Service (FWS) Agreement No. F15AP00275. December 30, 2017.

Hansen, E.C. and R.D. Scherer. 2017b. Giant Gartersnake (*Thamnophis gigas*) Surveys on the Cosumnes River Ecological Reserve: Sacramento County, California. Report prepared for the California Department of Fish and Wildlife under Governor's Drought Executive Order 4-25-2014. October 30, 2017.

ICF International. 2011. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2010 Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2011.

ICF International. 2012. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2011 Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2012.

EX. B

Jones & Stokes. 2005. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2004 Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2005.

Jones & Stokes. 2006. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2005 Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2006.

Jones & Stokes. 2007. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2006 Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2007.

Jones & Stokes. 2008. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2007Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2008.

Jones & Stokes. 2009. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2008 Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2009.

Jones & Stokes. 2010. Biological Effectiveness Monitoring for the Natomas Basin Habitat Conservation Plan Area 2009 Annual Survey Results (Agency Version). Prepared for the Natomas Basin Conservancy. April 2010.

Miller J.R. and R.J. Hobbs. 2002. Conservation where people live and work. Conserv. Biol. 16:330-337.

Reyes, G.A., Halstead, B.J., Rose, J.P., Ersan, J.S.M., Jordan, A.C., Essert, A.M., Fouts, K.J., Fulton, A.M., Gustafson, K.B., Wack, R.F., Wylie, G.D., and M.L. Casazza. 2017. Behavioral response of giant gartersnakes (*Thamnophis gigas*) to the relative availability of aquatic habitat on the landscape: U.S. Geological Survey Open- File Report 2017-1141, 134 p., https://doi.org/10.3133/ofr20171141.

Scherer, R.D. E.C. Hansen, M. Joseph, and R.F. Wack. 2019. Estimating relationships between size and fecundity in the threatened giant garter snake in seminatural and agricultural wetlands. Population Ecology 61(2): 141-149. https://doi.org/10.1002/1438-390X.1015.

Sloan, J. 2004.  Progress report for the San Joaquin Valley giant garter snake conservation project. Los Banos Wildlife Complex, California Department of Fish and Game, Los Banos, California. 18 pp + appendices.

Sousa, C.L., and J. Sloan. 2007. San Joaquin Valley Giant Garter Snake Trapping Effort 2006. Los Banos Wildlife Area Publication #30. Department of Fish and Game, 18110 Henry Miller Road, Los Banos, California. 15 pp.

U.S. Fish and Wildlife Service (USFWS). 1993. Endangered and threatened wildlife and plants; determination of threatened status for the giant garter snake. Federal Register 58:54053-54066.

U.S. Fish and Wildlife Service (USFWS). 1999. Draft Recovery Plan for the Giant Garter Snake (*Thamnophis gigas*). U.S. Fish and Wildlife Service, Portland, Oregon. ix + 192 pp.

U.S. Fish and Wildlife Service (USFWS). 2006. Giant Garter Snake (*Thamnophis gigas*) 5-Year Review: Summary and Evaluation. U.S. Fish and Wildlife Service, Sacramento Fish and Wildlife Office, Sacramento, California.

U.S. Fish and Wildlife Service (USFWS). 2012. Giant Garter Snake (*Thamnophis gigas*) 5-Year Review: Summary and Evaluation. U.S. Fish and Wildlife Service; Sacramento Fish and Wildlife Office. Sacramento, California. 62 pp.

U.S. Fish and Wildlife Service (USFWS). 2017. Recovery Plan for the Giant Garter Snake (Thamnophis gigas). U.S. Fish and Wildlife Service, Pacific Southwest Region, Sacramento, California. vii + 71 pp.

Wood, D.A., B.J. Halstead, M.L. Casazza, E.C. Hansen, G.D. Wylie, and A.G. Vandergast. 2015. Defining population structure and genetic signatures of decline in the giant gartersnake (*Thamnophis gigas*): implications for conserving threatened species within highly altered landscapes. Conservation Genetics 16:1025-1039.ny.