1  DOWNEY BRAND LLP
   KEVIN M. O'BRIEN (Bar No. 122713)
2  kobrien@downeybrand.com
   MEREDITH E. NIKKEL (Bar No. 254818)
3  mnikkel@downeybrand.com
   SAMUEL BIVINS (Bar No. 300965)
4  sbivins@downeybrand.com
   NICOLAS CHAPMAN (Bar No. 340661)
5  nchapman@downeybrand.com
   621 Capitol Mall, 18th Floor
6  Sacramento, California 95814
   Telephone:   916.444.1000
7  Facsimile:    916.444.2100

8  Attorneys for Intervenor-Defendants
   TEHAMA-COLUSA CANAL AUTHORITY;
9  and RECLAMATION DISTRICT NO. 108, et al.

10
   Attorneys for Intervenors-Defendants
11 GLENN-COLUSA IRRIGATION DISTRICT, et al.

12              UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION
13

14 PACIFIC COAST FEDERATION OF          Case No. 1:20-cv-00431-JLT-EPG
   FISHERMEN'S ASSOCIATIONS, *et al*.,  Case No. 1:20-cv-00426-JLT-EPG
           Plaintiffs,
15     v.                               **[PROPOSED] ORDER GRANTING
                                        INTERVENOR-DEFENDANT'S MOTION
16 GINA RAIMONDO, *et a*l.,             TO LIFT STAY**
           Defendants.
17 THE CALIFORNIA NATURAL
   RESOURCES AGENCY, *et al.,*          Date: October 10, 2023
18         Plaintiffs,                  Time: 9:00 a.m.
       v.                               Courtroom: 4
19                                      Judge: Jennifer L. Thurston
   GINA RAIMONDO, *et a*l.,
20         Defendants.

21

---

1885276v1                               1

[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANT'S MOTION TO LIFT STAY

**[PROPOSED] ORDER**

The Court having considered the foregoing motion to lift the stay for the limited purpose of dismissing Intervenor-Defendant Oji Family Partnership, finding good cause for lifting the stay previously imposed under these conditions, and finding no reason to hold a hearing on the matter, hereby orders the following:

The stay in the above captioned cases previously imposed by the Court's order on February 24, 2023, is lifted for the limited purpose of permitting Oji Family Partnership file the Stipulation and Proposed Order attached as Exhibit A to the Declaration of Meredith E. Nikkel In Support of Motion to Lift the Stay.

IT IS SO ORDERED.

Dated:   **September 14, 2023**                
                                                                    UNITED STATES DISTRICT JUDGE

1885276v1

2

[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANT'S MOTION TO LIFT STAY