# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al.,<br>　　　　Defendants.<br>──────────────────────────────<br>THE CALIFORNIA NATURAL RESOURCES AGENCY, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>GINA RAIMONDO, et al.,<br>　　　　Defendants. | Case No. 1:20-cv-00431-JLT-EPG<br>Case No. 1:20-cv-00426-JLT-EPG<br><br><br>**ORDER GRANTING IN PART REQUEST FOR CLARIFICATION** |

Having reviewed Federal Defendants' Motion for Clarification, the Court hereby GRANTS the motion IN PART. The parties should follow the joint status report deadlines set in the Court's April 2, 2024 Order (*PCFFA* ECF 512, *CNRA* ECF 358 at 9-10) and may disregard the directive in the March 28, 2024 Opinion (*PCFFA* ECF 511, *CNRA* ECF 357 at 58) to file a joint status report "at least 45 days in advance of the expiration of the stay, or earlier if the parties conclude it is necessary, informing the Court of the need for further proceedings in these actions."

1
Case Nos. 1:20-cv-00431-JLT-EPG; 1:20-cv-00426-JLT-EPG

However, Federal Defendants are directed to file a brief status report on or before November 15, 2024, indicating whether they believe they remain on target for the planned issuance of a revised Record of Decision by December 20, 2024.

IT IS SO ORDERED.

Dated: **April 22, 2024**

*[Signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE