

**FILED**

SEP 1 2 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**United States District Court
Eastern District of California**

Pacific Coast Federation of Fishermen's Assoc

Plaintiff(s)

V.

Gina Raimando

Defendant(s)

Case Number: 20-cv-00431

**APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Thane D. Somerville _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Hoopa Valley Tribe

On _____09/11/2024_____ (date), I was admitted to practice and presently in good standing in the
_____Courts of the State of Washington_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: _____09/11/2024_____          Signature of Applicant: /s/ Thane D. Somerville _____

**Pro Hac Vice Attorney**

Applicant's Name: Thane D. Somerville

Law Firm Name: Morisset, Schlosser, Jozwiak & Somerville

Address: 811 First Ave Suite 218

City: Seattle State: WA Zip: 98104

Phone Number w/Area Code: (206) 386-5200

City and State of Residence: Seattle, WA

Primary E-mail Address: t.somerville@msaj.com

Secondary E-mail Address: k.nelson@msaj.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: George Forman

Law Firm Name: Forman Shapiro & Rosenfeld LLP

Address: 5055 Lucas Valley Road

City: Nicasio State: CA Zip: 94946

Phone Number w/Area Code: (415) 491-2310 Bar # 47822

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9-12-2024

JUDGE, U.S. DISTRICT COURT

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |
|---|---|
| IN THE MATTER OF THE ADMISSION ) | BAR NO. 31468 |
| ) | |
| OF ) | **CERTIFICATE** |
| ) | |
| THANE D. SOMERVILLE ) | **OF** |
| ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE ) | **GOOD STANDING** |
| ) | |

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**THANE D. SOMERVILLE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 27, 2001, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 11th day of
September, 2024.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court