1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, | No. 1:20-cv-00431 JLT EPG |
| Plaintiff, | SCHEDULING ORDER RE MOTIONS TO DISMISS |
| v. | |
| HOWARD LUTNICK[1], *et al.*, | |
| Defendants. | |
| THE CALIFORNIA NATURAL RESOURCES AGENCY, *et al.*, | No. 1:20-cv-00426-JLT-EPG |
| Plaintiffs, | SCHEDULING ORDER RE MOTIONS TO DISMISS |
| v. | |
| HOWARD LUTNICK, *et al.*, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        Having reviewed the parties' June 17, 2025 status report, which proposes a schedule for a

26   round of motions to dismiss based on mootness, the Court adopts the following schedule:

27

28

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Howard Lutnick, the current Secretary of Commerce is automatically substituted in for Gina Raimando as the lead defendant in this matter. The Clerk of Court is directed to update the docket accordingly.

1.   On or before **August 15, 2025**, Federal Defendants will file a brief in each case in support of their contention that the case should be dismissed as moot.[2] This brief will be subject to the Court's normal page limit (**25 page**s). On or before **August 29, 2025**, Defendant-Intervenors, which have been granted permission to participate in these cases on condition that they not duplicate briefing, may also file a brief or briefs addressing mootness in each case. Unless Defendant-Intervenors are granted leave to do otherwise after making a sufficient showing of good cause, they collectively may not submit more than **15 pages** in each case and may determine among themselves whether to file a joint brief or separate briefs that collectively total 15 pages.

2.   On or before **October 29, 2025**, State Plaintiffs and PCFFA Plaintiffs may each file an opposition brief in their respective cases and may each file a single opposition to any briefs filed by Defendant-Intervenors in their respective cases. Briefs shall be limited to no more than **25 pages**, in accordance with the Court's Standing Order. In lieu of filing separate briefs opposing each brief filed by Federal Defendants and Defendant-Intervenors, each plaintiff group may elect to file a single, omnibus opposition. Such opposition would be limited to 25 pages plus an equal number of pages as collectively submitted by Defendant-Intervenors.

3.   On or before **November 26, 2025**, Federal Defendants may file a reply brief in each case. On or before **December 10, 2025**, Defendant-Intervenors may also file a reply brief or briefs in each case. Briefs shall be limited to no more than **10 pages**, in accordance with the Court's Standing Order. Defendant-Intervenors are collectively subject to a page limit of **10 pages** in each case, but may determine among themselves whether to file a joint reply brief or separate reply briefs.

The parties are reminded that the Court's previous direction to propose a schedule for

---

[2] Though the claims and parties in the two matters do differ slightly, the Court expects that the briefs filed in the two cases will either be identical or substantially overlapping. Should the parties intend otherwise, they **SHALL** seek leave of Court prior to filing.

1   appropriate motions does not override Federal Rule of Civil Procedure 11 should the

2   circumstances render a motion to dismiss inappropriate.

3   IT IS SO ORDERED.

4   Dated: June 19, 2025

_____
Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28