# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., <br>　　　　　Plaintiffs, <br>　　v. <br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al., <br>　　　　　Defendants. <br>_____ <br><br>THE CALIFORNIA NATURAL RESOURCES AGENCY, et al., <br>　　　　　Plaintiffs, <br>　　v. <br>HOWARD LUTNICK, et al., <br>　　　　　Defendants. | Case No. 1:20-cv-00431-JLT-EPG <br>Case No. 1:20-cv-00426-JLT-EPG <br><br>ORDER RE BRIEFING DEADLINES |

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the briefing deadlines regarding Federal Defendants' motion to dismiss shall be as follows:

　　December 19:　Plaintiffs' Response to Motion to Dismiss

　　January 23:　　Federal Defendants' Reply in Support of Motion to Dismiss

　　January 30:　　Defendant-Intervenors' Reply in Support of Motion to Dismiss

IT IS SO ORDERED.

　　Dated:　**November 29, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE