HAMILTON CANDEE (Cal. SBN 111376)
BARBARA JANE CHISHOLM (Cal. SBN 224656)
CORINNE JOHNSON (Cal. SBN 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: hcandee@altber.com; bchisholm@altber.com;
       cjohnson@altber.com;

*Attorneys for Plaintiffs Golden State Salmon Association, Natural Resources Defense Council, Inc., Defenders of Wildlife, and Bay.Org d/b/a The Bay Institute*

GLEN H. SPAIN (Cal. SBN 88097)
P.O. Box 11170
Eugene, OR 97440-3370
Telephone: (541) 689-2000
Email: fish1ifr@aol.com

*Attorney for Plaintiffs Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD LUTNICK, in his official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00431-JLT-EPG <br><br> **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL** |

# RECITALS

Whereas, *PCFFA* Plaintiffs filed this action against Federal Defendants on December 2, 2019, challenging the adoption of a pair of biological opinions ("2019 Biological Opinions") issued pursuant to the Endangered Species Act ("ESA") regarding the long-term operation of the Central Valley Project and State Water Project ("Water Projects"), and the associated 2019 Environmental Impact Statement ("EIS") and 2020 Record of Decision issued under the National Environmental Policy Act, ("NEPA"), *see* Dkts. 1, 52;

Whereas, multiple Defendant-Intervenors intervened in the case to defend the 2019 Biological Opinions and 2020 Record of Decision;

Whereas, a related case challenging the 2019 Biological Opinions and 2020 Record of Decision, *California Natural Resources Agency v. Ross*, No. 1:20-cv-00426 ("*CNRA*"), was filed on February 20, 2020, and the Court has held joint proceedings in the two related cases;

Whereas, on May 12, 2020, the Court granted in part and denied in part *PCFFA* Plaintiffs' motion for preliminary injunction, Dkt. 173 at 25; Dkt. 174 at 35;

Whereas, on September 30, 2021, Federal Defendants reinitiated consultation on the challenged 2019 Biological Opinions, *see* Dkt. 394 at 14;

Whereas, on March 11, 2022, the Court granted Federal Defendants' motion for voluntary remand without vacatur of the 2019 Biological Opinions and 2020 Record of Decision and stayed the litigation through September 30, 2022 so that Federal Defendants could engage in the reconsultation process, *see id.* at 122; Dkt. 395;

Whereas, the Court subsequently continued the stay of the litigation, *see* Dkts. 462, 463, 483, 511, 512, 551;

Whereas, Federal Defendants published new biological opinions regarding the long-term operation of the Water Projects in November and December 2024 ("2024 Biological Opinions") and issued a new Record of Decision on December 19, 2024, *see* Dkts. 537, 538;

Whereas, on January 24, 2025, the President of the United States issued Executive Order 14191, which directs the Bureau of Reclamation to "take all available measures" to "maximize

1  water delivery… including but not limited to the issuance of a new Record of Decision

2  maximizing water deliveries and consistent with the [previous] 2020 Record of Decision," Dkt.

3  550 at 3;

4      Whereas, Federal Defendants have moved to dismiss this action, arguing that the issuance

5  of the 2024 Biological Opinions and 2024 Record of Decision moots *PCFFA* Plaintiffs' claims,

6  Dkts. 554, 554-1;

7      Whereas, Federal Defendants' motion represents that "Reclamation is not currently relying

8  on the 2019 Biological Opinions or 2019 EIS, and it does not intend to do so in the future," Dkt.

9  554-1 at 14, and that "Reclamation is not currently relying on the challenged [2019] NEPA and

10  ESA documents and recognizes that reverting to them 'is not practical,'" *id.* at 18 (quoting Dkt.

11  554-2 (Nickels Decl.));

12      Whereas, *PCFFA* Plaintiffs seek to voluntarily dismiss this action without prejudice,

13      Whereas, *PCFFA* Plaintiffs reserve all rights to raise the claims and arguments they have

14  raised in this action in the future, including if Federal Defendants return to operations set forth in

15  the 2019 Biological Opinions or 2019 EIS;

16      Whereas, *PCFFA* Plaintiffs reserve the right to seek attorneys' fees and costs with respect

17  to this action and Federal Defendants reserve the right to oppose attorneys' fees and costs with

18  respect to this action;

19      Whereas, Defendant-Intervenors reserve the right to oppose attorneys' fees and costs that

20  *PCFFA* Plaintiffs seek to recover against Defendant-Intervenors, if any;

21      Whereas, all parties who have appeared in this *PCFFA* action are signatories to this

22  stipulation;

23      Whereas, this stipulation does not address the *CNRA* action;

24  **STIPULATION**

25      NOW THEREFORE, *PCFFA* Plaintiffs, Federal Defendants, and Defendant-Intervenors

26  hereby stipulate to dismissal of this action without prejudice pursuant to Federal Rule of Civil

27  Procedure 41(a), and respectfully request that the Court enter the accompanying proposed order

28

---

STIPULATION AND (~~PROPOSED~~) ORDER OF DISMISSAL     Case No. 1:20-cv-00431-JLT-EPG

1  dismissing *PCFFA* Plaintiffs' action and setting a briefing schedule for any motion by *PCFFA*

2  Plaintiffs for attorneys' fees and costs.

3

4   Respectfully submitted,

5  Dated: December 17, 2025         /s/ *Hamilton Candee*
                                    HAMILTON CANDEE (Cal. SBN 111376)
6                                   BARBARA JANE CHISHOLM (Cal. SBN 224656)
                                    CORINNE JOHNSON (Cal. SBN 287385)
7                                   ALTSHULER BERZON LLP
                                    177 Post St., Suite 300
8                                   San Francisco, CA 94108
                                    Telephone: (415) 421-7151
9                                   Facsimile: (415) 362-8064

10
                                    *Attorneys for Plaintiffs Golden State Salmon Association,*
11                                  *Natural Resources Defense Council, Inc., Defenders of*
                                    *Wildlife, and Bay.Org d/b/a The Bay Institute*
12

13                                  /s/ *Glen H. Spain*
                                    GLEN H. SPAIN (Cal. SBN 88097)
14                                  P.O. Box 11170
                                    Eugene, OR 97440-3370
15                                  Telephone: (541) 689-2000
                                    Email: fish1ifr@aol.com
16
                                    *Attorney for Plaintiffs Pacific Coast Federation of Fishermen's*
17                                  *Associations and Institute for Fisheries Resources*

18

19                                  ADAM R.F. GUSTAFSON, Principal Deputy Assistant
                                    Attorney General
20                                  U.S. Department of Justice
                                    Environment & Natural Resources Division
21

22                                  /s/ *Kamela A. Caschette*
                                    KAMELA A. CASCHETTE, Trial Attorney (New York Bar)
23                                  CAITLYN COOK, Trial Attorney (MD Bar No. 2112140244)
                                    150 M St. NE, Washington, D.C. 20002
24                                  EMILY A. POLACHEK, Trial Attorney (MN Bar No.
                                    0390973)
25                                  5600 American Blvd. W., Suite 650, Bloomington, MN 55437
                                    ROMNEY S. PHILPOTT, III, Senior Trial Attorney (CO Bar
26                                  No. 35112)
                                    999 18th Street, North Tower – Suite 600, Denver, CO 80202
27

28                                  *Attorneys for Federal Defendants*

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL                     Case No. 1:20-cv-00431-JLT-EPG
                                        3

PARIS KINCAID WASIEWSKI, LLP
/s/ *Timothy Wasiewski*
TIMOTHY WASIEWSKI
*Attorneys for Intervenor-Defendant South San Joaquin Irrigation Dist.*

VAN NESS FELDMAN LLP
*/s/ Jenna R. Mandell-Rice*
JENNA R. MANDELL-RICE, Pro Hac Vice
*Attorney for Intervenor-Defendant State Water Contractors*

STOEL RIVES LLP
By: */s/ Kristen Castaños*
KRISTEN CASTAÑOS
*Attorneys for Defendant-Intervenor San Juan Water District*

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
*/s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
*Attorneys for San Luis & Delta-Mendota Water Authority and Westlands Water District*

SOMACH SIMMONS & DUNN
A Professional Corporation
By: */s/ Andrew Hitchings*
ANDREW HITCHINGS
*Attorneys for Defendant-Intervenors Glenn-Colusa Irrigation District; Reclamation District No. 1004; Conaway Preservation Group, LLC; Anderson-Cottonwood Irrigation District; David and Alice teVelde Family Trust; Pelger Road 1700, LLC; City of Redding; and Knights Landing Investors, LLC*

DOWNEY BRAND LLP
*/s/ Meredith E. Nikkel*
MEREDITH E. NIKKEL
*Attorneys for Intervenor-Defendants Tehama-Colusa Canal Authority; Reclamation District No. 108; Beverly F. Andreotti, Et Al.; Carter Mutual Water Company; Henry D. Richter, Et Al.; Howald Farms, Inc.; Maxwell Irrigation District; Meridian Farms Water Company; Natomas Central Mutual Water Company; Oji Brothers Farm, Inc.; Pelger Mutual Water Company; Pleasant Grove-Verona Mutual Water Company; Princeton-Codora-Glenn Irrigation District; Provident Irrigation District; River Garden Farms Company; Sutter Mutual Water Company; Tisdale Irrigation and Drainage*

*District; and Windswept Land and Livestock Company.*

BKS LAW FIRM, PC
*/s/ Jennifer T. Buckman*
JENNIFER T. BUCKMAN
*Attorneys for Contra Costa Water District, City of Folsom, and City of Roseville*

KAPLAN KIRSCH LLP
*/s/ Matthew G. Adams*
Matthew G. Adams
*Attorneys for Friant Water Authority and Arvin-Edison Water Storage District*

TIM O'LAUGHLIN, PLC
*/s/ Tim P. O'Laughlin*
Tim P. O'Laughlin

*Attorneys for Oakdale Irrigation District*

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby ORDERS that this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Any application for fees or costs by *PCFFA* Plaintiffs is due within 60 days after final judgment in this action is entered, provided that any party may seek an extension for good cause.

IT IS SO ORDERED.

Dated:   **December 18, 2025**

_____
UNITED STATES DISTRICT JUDGE