# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS, et al.,

Plaintiffs,

v.

WILBUR ROSS, et al.,

Defendants.

Case No.  1:20-cv-00431-JLT-EPG

ORDER REQUIRING PARTIES TO SHOW
CAUSE WHY SECURITY SHOULD NOT BE
RETURNED TO DEPOSITOR

**FOURTEEN-DAY DEADLINE**

On May 11, 2020, the Hon. Dale A. Drozd granted in part a motion for a preliminary injunction and ordered that Plaintiffs must post $1,000.00 security, pursuant to Fed. R. Civ. P. 65(c). (ECF No. 106.)  The security was paid by depositor Altshuler Berzon LLP.  (Receipt No. #CAE100045656.)   Ultimately, on December 17, 2025, the parties filed a stipulation of dismissal, dismissing this action without prejudice.  (ECF No. 566; see ECF No. 567.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In light of the foregoing, the Court ORDERS any and all parties to show cause, in writing, within **fourteen (14) days** of entry of this order why the $1,000.00 security should not be returned to depositor Altshuler Berzon LLP.  If a party does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court.  Thereafter, the Court will determine whether to direct the Clerk of Court to return the security to the address of the depositor on file.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge