# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS, et al.,

        Plaintiffs,

    v.

WILBUR ROSS, et al.,

        Defendants.

Case No.  1:20-cv-00431-JLT-EPG

ORDER DIRECTING CLERK OF COURT TO
RECONVEY CASH SECURITY TO
DEPOSITOR

On May 11, 2020, the Hon. Dale A. Drozd granted in part a motion for a preliminary injunction and ordered that Plaintiffs must post $1,000.00 security, pursuant to Fed. R. Civ. P. 65(c). (ECF No. 173.)  The security was paid by depositor Altshuler Berzon LLP.  (Receipt No. #CAE100045656.)   Ultimately, on December 17, 2025, the parties filed a stipulation of dismissal, dismissing this action without prejudice.  (ECF No. 566; see ECF No. 567.)

On March 18, 2026, the undersigned issued an order to show cause, directing all parties to show cause in writing within fourteen days why the $1,000.00 security should not be returned to depositor Altshuler Berzon LLP.  (ECF No. 574.)  The Court's order further stated that failure to file a timely response would be construed as a non-opposition.  (Id.)  Fourteen days have passed, and no party has filed a response.[1]

---

[1] Subsequent the Court's order, two parties filed notices of related cases.  (ECF Nos. 575, 576.)  Upon review of those notices, it appears they were directed at only relating this matter to another currently pending case and have no connection on the Court's order to show cause regarding the return of security in this closed matter.

Accordingly, IT IS HEREBY ORDERED THAT the $1,000.00 security shall be reconveyed to depositor Altshuler Berzon LLP. The Clerk of Court is DIRECTED to serve a copy of this order on depositor Altshuler Berzon LLP, as well as return the $1,000.00 security to the address on record for Altshuler Berzon LLP.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2